UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L LUCKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>O. SMITH, et al.,<br><br>    Defendants. | Case No. 19-cv-08204-PJH<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 27 |

GOOD CAUSE APPEARING, it is hereby ordered that defendants' request for an extension of time (Docket No. 27) is **GRANTED**. Defendants shall file waivers of the service of summons and respond to the complaint by **January 8, 2021**, and file a dispositive motion by **March 9, 2021**, or indicate none will be filed.

**IT IS SO ORDERED.**

Dated: 12/11/2020

_____
PHYLLIS J. HAMILTON
United States District Judge