UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L LUCKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD GUTIERREZ,<br><br>    Defendant. | Case No. 19-cv-08204-PJH<br><br>**ORDER RE REQUEST FOR DOCUMENTS AND MOTION FOR EXTENSION**<br><br>Re: Dkt. 134, 135 |

Plaintiff in the above-captioned case has filed a request for documents and a motion for an extension of time. See Dkt. 134, 135. The request for documents appears to seek documents that were already sought by an earlier request (Dkt. 125). Defendant agreed to send copies of the documents to plaintiff. See Dkt. 132 at 2. If defendant has not already provided copies of the requested documents, the court asks that he do so as soon as possible, and no later than April 5, 2024.

The motion for extension is based on plaintiff's belief that the pretrial conference is scheduled for April 5, which would leave him insufficient time to respond to defendant's filings. See Dkt. 135. However, the pretrial conference is actually set for May 2, 2024, and thus plaintiff has approximately one month more than he believed. Accordingly, plaintiff's motion for extension is DENIED.

**IT IS SO ORDERED.**

Dated: April 2, 2024

                                                            */s/ Phyllis J. Hamilton*
                                                            PHYLLIS J. HAMILTON
                                                           United States District Judge