1  Michael Luckert
2  391 ELLIS .ST
3  San Francisco, CA 94102
4  415-774-6005
5  michaelluckert1@gmail.com
6  Attorney in Pro-se
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10 Michael Luckert        Case No. 19-cv-08204-
11      Plaintiff,       PJH
12    .vs                REQUEST FOR DOCUMENTS
13 San Francisco Police  FOR In Opposition to
14 Dept. And Officer:    SUMMARY Judgment
15 Gutierrez #1928       AND EXTENDING
16      Defendant,       TIME F.R.C.P
17                       RULE (6)(b)(1)
18     I, Michael Luckert, am on (General
19 Assistance) and can not afford to
20 get copies of: Docket 169, (Summary
21 Judgment), with EXHIBITS, (Docket 146, Filed 04/04/24,
22 Pages 1-19 with Exhibits), to help me prepare
23 In Opposition to Summary Judgment.
24     I, Michael Luckert, do not under
25 stand why I have to do a In
26 Opposition to Summary Judgment when
27 I Filed Summary Judgment First.
28    To get Copies of the Summary

Request For Documents For In opposition to summary Judgment AND Extending time.

page 1 of 3

**FILED**
NOV 19 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Judgment that I Filed I, michael
2  Luckert, would need $15.00 dollars.
3  Which I can not afford being on
4  County Assistance.
5     I, Michael Luckert am done in this
6  case: 19-cv-08204-PJH whether it
7  be Summary Judgment or in opposition
8  to Summary Judgment; because all that
9  I would do is (change the caption
10 title in the Summary Judgment) that
11 I Filed to (In Opposition to Summary
12 Judgment)
13    So going Forward I, Michael Luckert,
14 need the Summary Judgment that I
15 Filed For a Guide to go by so that I
16 do not have to start all over.
17
18         DOCUMENTS THAT I NEED
19 (1). Docket 169, Summary Judgment with Exhibits
20
21 (2). Docket 146, Filed 04/04/24, with Exhibits
22
23         EXTENDING TIME
24   In General. When an act may or must
25 be done within a specified time, the
26 court may for good cause, extend the time.
27   (1). I, Michael Luckert, need to extend
28 Time in case: 19-CV-08204; because of me,

Request For Documents For In Opposition to
Summary Judgment And extending time.

Page 2 of 3

1 Michael Luckert, being on General
2 Assistance and can not Afford $15.00 For
3 the copies of Summary Judgment
4 that I Filed with the Court Clerk.
5   (2). EXHIBIT 1, (verification of
6 county adult assistance) pages 1 and
7 2).
8       RELIEF
9
10    Copies of Document:
11 (1). Docket 169, Summary Judgment with exhibits
12 (2). Docket 146, Filed 04/04/24, with exhibits
13 (3). Extend Time For In Opposition
14 of Summary Judgment For 3 weeks
15 after I received these documents.
16
17
18
19 Date: 11-17-2024
20
21 Signature of Attorney in Pro-Se:
22 *Michall Luckert*
23
24
25
26
27
28

Request For Documents For In Opposition to
Summary Judgment AND Extending Time.

Page 3 OF 3

# EXHIBIT.1
verification of county adult assistance, page 1, 2



SAN FRANCISCO HUMAN SERVICES AGENCY | County Adult Assistance Programs

**Need help with this form? Contact us at:**

Phone: (833) 879-1365

Hours: Monday to Friday
08:00 AM to 05:00 PM

## Verification of county adult assistance

11/18/2024

**Case name:** Michael Luckert
**Case address:** 391 ELLIS ST SAN FRANCISCO CA 94102-2709
**Case number:** 1342593
**Client's social security number:** xxx-xx-5723
**Worker number:**

This is to verify that the above named client receives **$109** in **cash** per month in **County Adult Assistance Programs (CAAP).**

If you have any questions, please call CAAP at **(833) 879-1365** between the hours of 8:00 a.m. and 5:00 p.m.

(EXHIBIT. 1) page 1

8023A - Verification of County Adult Assistance

PAGE 1 OF 1


GR00000022551047

1235 Mission Service Center
P.O. BOX 7988
SAN FRANCISCO, CA 94120-9939

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| **Date** | : 11/18/2024 |
| **Case Name** | : Michael L Luckert |
| **Case Number** | : 1342593 |
| **Worker Name** | : Chris Martha |
| **Worker ID** | : 38LS0E310A |
| **Worker Phone Number** | : (415) 558-3140 |
| **Customer ID** | : |

Michael L Luckert
391 ELLIS ST
SAN FRANCISCO, CA 94102-2709

(EXHIBIT. 1), page 2

GR00000022551047

1. CERTIFICATE OF SERVICE
2. I, Michael Luckert, hand delivered these documents:
3. (Request For Documents For In opposition to
4. Summary Judgment AND EXTENDING TIME),
5. to: U.S. DISTRICT COURT, Northern District
6. of California, 450 golden gate. Ave, San
7. Francisco, CA 94102
8.
9.
10. ADDRESSED TO: U.S. District Court, Northern
11. District of California, 1301 Clay. St
12. Oakland, CA 94612
13.
14.
15. Executed on this day: November 19th, 2024
16.
17. Case NO. 19-CV-08204-PJH
18. Michael Luckert
19. 391 ELLIS. ST
20. San Francisco, CA
21. 94102
22.
23. Attorney in pro-se Signature: Michael Luckert
24.
25.
26.
27.
28.

Request For Documents For In opposition to summary
Judgment AND EXTENDING Time.
Page 1 of 1