# DECLARATION OF MICHAEL LUCKERT FOR OPPOSITION TO SUMMARY JUDGMENT

1  Michael Luckert
2  391 ELLIS . St , San Francisco , CA 94102
3  email: michaelluckert1@gmail.com
4  Attorney in Pro-Se: Michael Luckert
5
6        UNITED STATES DISTRICT
7               COURT
8      NORTHERN DISTRICT OF CALIFORNIA

9  Michael Luckert , Plaintiff    Case No: CV-19-08204-PJH
10              VS                 Declaration of Michael
11 San Francisco Police dept       Luckert FOR OPPOSITION
12 And Officer: Gutierrez          TO SUMMARY Judgment
13           , defendant's

14      I, Michael Luckert , declare as follows:
15   1. I am, and at all relevant times mentioned
16 here in. I have personal knowledge of the
17 contents of this declaration. If called upon to
18 testify, I could and would testify competently to
19 the contents of this declaration.
20    2. On February 26, 2019, I got falsely charged
21 with Resisting Arrest, Obstructing/Delaying/
22 a Peace officer/EMT, Interfering with a public
23 agency, Disturbing the peace, Poss of a weapon
24 at the Courthouse/public Building. ALL CHARGES got
25 Dropped Per Exhibit 1 .
26    3. I was brought to the San Francisco
27 county Main Library Security Building Ground
28 Patrol office. I did not know exactly what

Declaration of Michael Luckert    Page 1 of 2
In Support of Trial ML FOR
OPPOSITION TO SUMMARY JUDGMENT

1  officer at the building grounds security office at
2  the Main library was resonsible for applying
3  pressure to my handcuffed hands until I read the
4  Declaration's of each officer at the scene of this
5  particular incident. Only (1) officer in the building
6  grounds security office applied pressure to my handcuffed
7  wrists. And in Officer Gutierrez Declaration he
8  is admitting to applying pressure to my wrist at
9  the building grounds security office at the Main
10 library in San Francisco.
11     4. At the San Francisco County Jail only
12 two officers applied pressure to my handcuffed
13 wrist. One of the officers is Officer Brian
14 Mendoza. The other one is officer Gutierrez.
15 Since my Amended Complaint I have been saying
16 that only (2) officers injured me while at San
17 Francisco County Jail. In Officer Gutierrez
18 Declaration he is admitting applying pressure
19 to my handcuffed wrist at San Francisco County Jail.
20     5. These officers that applied pressure to
21 my handcuffed wrists injured me.
22     I declare under penalty of perjury
23 pursuant to the laws of the United State that
24 the foregoing is true and correct.
25     Executed this 13th day of June, 2024 at
26 and in the County of Alameda.
27                    Michael Luckert
28                         Michael Luckert

Declaration of Michael Luckert.        page 2 of 2
in support of trial  For opposition
to summary judgment ML

IN SUPPORT OF DOCUMENTED PLEADINGS FOR EVIDENCE AND EXHIBITS FOR OPPOSITION TO SUMMARY JUDGMENT

1 Michael Luckert
2 391 ELLIS . St , San Francisco, CA 94102
3 email: michaelluckert1@gmail.com
4 Attorney In Pro-se: Michael Luckert
5
6            UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA

8 Michael Luckert, Plaintiff          | Case NO: 19-08204-PJH
9          .VS                        | IN SUPPORT OF
10 San Francisco Police Dept.         | DOCUMENTED
11 AND Officer : Gutierrez            | PLEADINGS FOR
                                       | Evidence AND EXHIBITS
12 # 1928, Defendant's               | FOR OPPOSITION TO
13                                    | SUMMARY ~~JUDGMENT~~ ml
14                                    | JUDGMENT

15      To the honorable Judge and ~~Jury Herein~~ is
16 Plaintiffs support of AND Documented evidence
17 of Briefly what happened in triage and the Medical
18 Medical Neglect AND also the excessive force
19 that happened at San Francisco count Jail.

20
21
22    (EXHIBIT-1), DISPOSITION SHEET OF ALL
23 Charges Dropped From Arrest on 02-26-2019.
24     This disposition sheet to show that all the charges
25 were dropped on the 2-26-2019 arrest For: Resisting
26 Arrest, obstructing/Delaying Peace officer,
27 Interfering With a public agency, Disturbing the
28 Peace, Possession of a Weapon in courthouse/Public

Building, AND is in support of (exhibit - 1.C) SAN
Francisco medical Report highlighted area. per Lt.
Daggs client's charges are dropped.

## COUNT 1 MEDICAL NEGLECT

(1). (EXHIBIT-1.P), Declaration of Edward
Gutierrez in support of Defendants Motion For
Summery Judgment, Document 50-17, Filed 08-10-2021,
Page 3 Lines 10-12, "During the Medical triage
Component of the booking process, Plaintiff
Continued to be resistive and refused to

( CONTINUED ON PAGE 3)

IN support of Documented Pleadings
for evidence and EXHIBITS For Trial
EXHIBITS FOR OPPOSITION TO SUMMARY
Judgment                                    Page 2 of 15

1 answer the questions of Jail Medical Services,
2 including refusing to answer whether he was
3 suicidal."

4        (1·a) Officer Gutierrez lied. IN(EXHIBIT-1·A),
5 San Francisco Medical Report Triage screening. I
6 was answering triage questions as you can see from
7 the triage intake page 32. And I did answer is
8 patient suicidal. IN The Highlighted Area it
9 says "NO".
10        So as the Judge and Jury can see officer
11 Gutierrez # 1928 Declaration, Document 50-17, filed
12 08|10|21, page 3 Lines 10-12 "During the medical
13 triage component of the booking process, plaintiff
14 continued to be resistive and refused to answer the
15 questions of Jail Medical Services, including refusing to
16 answer whether he was suicidal. These statements
17 of officer Gutierrez #A28 is opposite to triage
18 intake (EXHIBIT-1·A) San Francisco Medical Report
19 triage.
20        The Plaintiff Declare's that because the
21 defendant Gutierrez lied he really does not
22 remember what happened. And the Defendants
23 Declaration is in hindsight. Because originally
24 the police report stops with (EXHIBIT-1·Q),
25 San Francisco SHERIFFS Department incident report
26 Narrative INCIDENT NO: 190-143-778 IN the
27 Highlighted Area. "Deputy Gutierrez and
28 Deputy B. Mendoza #2324 transported Luckett

In support of Documented Pleadings     Page 3 of 15
For evidence and EXHIBITS For trial
AND EXHIBITS FOR IN OPPOSITION TO
Summary Judgment.

1 to County Jail #1. Where he was medically cleared
2 and booked for the following: 148(a) PC, 602.1(b) PC,
3 171b(a) PC and 415 PC. The end of any narrative
4 report on plaintiff.
5       So what did happen with the medical
6 Neglect is officer Gutierrez #1928 was escorting
7 Plaintiff to triage on 2-26-2019 at: (EXHIBIT-1·A),
8 San Francisco Medical Report triage screening, 17:37
9 Plaintiff was being seen in the San Francisco
10 Medical triage screening and was starting to tell the
11 Medical staff what happened with my hands and
12 the Excessive force earlier in the day and the
13 police officer's did not like it. So they gave plaintiff
14 all of a few seconds to respond and when plaintiff
15 started talking about his hands injury officer
16 Gutierrez #1924 pulled me away and to the safety cell.
17 (EXHIBIT-1·R), San Francisco Medical Report, Page 33,
18 safety cell placement time: 17:50,
19       So officer Gutierrez #1928 only gave me a
20 couple of seconds to talk to triage. Triage time
21 17:37. Safety cell time 17:50. AND when it
22 came to talking about the hand injury officer
23 Gutierrez #1928 pulled me away to the safety cell
24 so that I could not get NO pain killer for my
25 hand injury. Keeping me in pain, Which is
26 Medical Neglect.      AND Because officer
27 Gutierrez # did not want me to report any
28 Excessive force. I was pulled away to the safety

1  cell. Also in
2  (EXHIBIT-1.A), San Francisco medical Report. Page
3  32, Highlighted Areas. While Plaintiff was talking
4  to triage and they said "Patient denies urgent care
5  or chronic injuries". That is not how they stated
6  the question. Triage said "Does plaintiff have any
7  life Threatining injuries." IN which Plaintiff stated
8  "NO". Also In this exhibit-1.A triage is saying
9  in highlighted Area that plaintiff was being
10 resistive, and combative with Custody. But Plaintiff
11 was not as shown in (EXHIBIT - 1.C), San
12 Francisco Medical Report, highlighted area. "Per
13 Lt. Daggs client's charges are dropped." AND
14 (EXHIBIT- 1) DISPOSITION SHEET. OFFICER GUTIERREZ
15 has broken the 14th AMENDMENT BY MEDICAL Neglect.
16     CHARGE: EXCESSIVE FORCE BY
17        OFFICER GUTIERREZ #1928
18 (1). Officer Gutierrez #1928 lied as shown in
19 above litigation page 1. Lines 23-28 — Page 3
20 Line 1. Officer Gutierrez #1928 Declaration being
21 in hindsight Does not really remember what happened
22 Officer Gutierrez #1928 IN (EXHIBIT-1.P),
23 Declaration of EDWARD GUTIERREZ IN support of
24 Defendant's motion For Summary Judgment Document 70-8
25 Filed 05/11/22, Page 3, Line 3, "Plaintiff was placed
26 in a holding cell to wait For the booking process".
27 Then Page 3 Line 14 " Plaintiff was then placed in a
28 safety cell".

In support of Documented pleadings          Page 5 of 15
For evidence AND EXHIBITS FOR TRIAL   ML
AND EXHIBITS FOR OPPOSITION TO
SUMMARY JUDGMENT

(1.a) These Two cells were actually one cell. The "safety cell". So when officer, EDWARD GUTIERREZ #1928 (EXHIBIT.1.P)

4. Declaration of EDWARD GUTIERREZ IN support of Defendant's
5. motion For summary Judgment, Document 70-8, Filed:
6. 05/11/22, Page 3, Line 4-6, High lighted areas.
7. " I applied a rear wrist lock on plaintiff with one
8. hand while I pat searched him with my other hand.
9. " I applied only enough pressure to be able to detect
10. any resistance".
11.    This excessive force that officer Gutierrez
12. #1928 Did to plaintiff happened in the safety cell.
13. officer Gutierrez #1928 lied as explained in this
14. above litigation page 1 lines 23-28 - page 3
15. Line 1. And being in hind sight with Defendant,
16. Gutierrez #1928, Declaration. Defendant really does not remember.
17.    Defendant, officer Gutierrez #1928 committed
18. Excessive force when (EXHIBIT.1.P), page 3 lines
19. 4-6 "I applied a rear wrist lock on plaintiff with
20. one hand while I pat searched him with my other.
21.    while the defendant Edward Gutierrez
22. #1928 was Doing this to my right hand, wrist,
23. finger's officer Edward Gutierrez #1928
24. contributed to the swelling of my whole
25. right hand AND ALL fingers on my right hand.
26. Pushing my hand, wrist fingers passed the
27. limits that it will bend. Injuring plaintiff.
28. As explained in                    Summary

1 Judgment:                          Page 6 Line 1-3/with
2 EXHIBIT-1-G, Valley Care Pleasanton medical documents
3 Page 7, of:                          (SUMMARY Judgment),
4 Lines 20-23." Gutierrez #1928 I hold responsible
5 for excessive force also because he was right beside Brian
6 Mendoza #2324 bending my hand, wrist and fingers.
7 Causing Injury. Swelling of hands, wrists and fingers.
8 EXHIBIT-1.G, Highlighted Area of Valley Care Pleasanton
9 medical documents. AND in (supplemental
10 to SUMMARY JUDGMENT), Highlighted Areas with (EXHIBITS
11 (1.H),(1.I),(1.J) .plaintiff was handcuffed and on his stomach.
12 CHARGE 3. Earlier in the day officer Gutierrez in
13 the building ground security office at the main library, as
14 stated in (Exhibit-1.B) Amended Complaint, Document 20, Filed
15 08/03/20, Page 5, Lines 6-14, Highlighted Area, Pushed me
16 to the bench and floor twisting my wrists, causing
17 Plaintiff Pain and suffering. And my wrist to swell even more.
18 (EXHIBIT-1.P) Declaration of EDWARD GUTIERREZ
19 IN support of Defendants' Motion FOR SUMMARY
20 Judgment Document 70-8 Filed: 05/11/2022, Page 2
21 Lines 4 "When I arrived at the security office, Lines 13-14" I applied
22 a rear wrist lock on Plaintiff with one hand while I pat searched
23 him with my other hand. I applied only minimal Pressure."
24    So here again earlier in the day officer Gutierrez
25 #1928 is applying Pressure to my wrist injuring
26 Plaintiff. So let's just let the medical Report For
27 Valley Care Pleasanton, Exhibit-1.G, 1.H AND Santa
28 Rita Jail Medical, Exhibit-1.I, AND ZUCKERBERG SAN

IN support of Documented pleadings
For evidence AND EXHIBITS FOR TRIAL        Page 7 of 15
AND EXHIBITS FOR OPPOSITION TO      ML
SUMMARY JUDGMENT

1  Francisco General Hospital, Exhibit-1·J, decide
2  the extent of the injuries caused by officer
3  Gutierrez #1928 applying pressure to my wrists,
4  AND violating the 4th AND 8th AMENDMENTS By
5  EXCESSIVE FORCE. By injuring Plaintiff. Swelling
6  of hands, wrists and fingers. Both excessive
7  forces happened while plaintiff was handcuffed and on his stomach.

8                    OBJECTIONS
9

10  (1). Plaintiff object to any witnesses to
11  testify that was a defendant in this case; because of
    prior prejudice of excessive force charges.

12

13  (2). Plaintiff object to any witness to testify
14  that was not present at the time of the incident.
15

16  (3). Plaintiff object to the defence using
17  any litigation that has to do with dropped
18  charges of Resisting Arrest, Obstructing/Delaying
19  peace officer, Interfering with a public agency,
20  Disturbing the Peace, Possession of a weapon in
21  court house/public building. Per EXHIBIT·1.
22
23
24      IN SUPPORT OF (EXHIBIT-1·M)
25      CARPENTERS   DETAIL   HOURS
26     These Exhibits is to support (EXHIBIT-1·M),
27  Carpenters Detail list with verification of
28  employment From 2019 to previous employment of 2017.


IN Support of Documented Pleadings        page 8 of 15
For evidence AND EXHIBITS FOR TRIAL
AND EXHIBITS For opposition TO summary  ML Judgment

IN support of Documented pleadings,
For evidence AND Exhibits for trial
AND Exhibits for opposite on to
summary judgment
ML
Page 9 of 15

(EXHIBIT 1-2), Verification of EmPloymeNT

1. DRYWALL LATHERS Local UNION # 9068, work
2. Referral Start date: 4/30/2019, Employer;
3. Ironwood Commercial Builders, wage:48.40, check
4. Stub Pay Date: 4/30/2019 · Drywall LATHERS
5. Local UNION #9144, Work Referral Start Date:
6. 9/6/2018, Employer; Performance contracting,
7. INC, wage: 48.40, W-2 from 2018 EARNINGS summary,
8. Employer: R.F.J/MEISWINKEL COMPANY: PAYROLL
9. Start Date: 01/09/2018, W-2 for 2018.
10. Carpenters Local UNION #22, Work
11. Referral start date: 1/9/2018, Employer:
12. CAHILL Construction Services, wages: 48.40,
13. CHECK STUB Date: 7/13/18.
14. Employer: TUTOR PERINI CORPORATION: MONTH
15. work Date: 06/01/2018, W-2 for 2018.
16. Employer: Bjork Construction Co. INC: MONTH
17. Work Date: 06/01/2018, check stub PAY Date:
18. 6/01/2018. Regular pay rate: 46.40
19. Carpenters Local UNION #22, work
30. Referral start Date: 5/18/2018, Employer;
31. Bjork Construction Co. Inc., wages: 46.40,
32. W-2 for 2018.
33. Employer: Bomel Construction co.: WORK
34. MONTH: 01/01/2018, (Check Activity Report),
35. pay period ending: 12/28/2017
36. CARPENTERS Local UNION #22, Work Referral
37. Start Date: 12/1/2017, Employer: Bomel
38. Construction Co.: Wages: 46.40, Check Activity

1  Report), pay period end Date: 12-07-2017–
2  12-21-2017.
3  Carpenters Local UNION #22, WORK
4  Referral Start Date: 11/15/2017. Employer:
5  Tutor Perini Building Corp., Wages: 46.40
6  CHECK Date: 11/17/2017. Refer to Lines 14-16 W2 2017.
7  CARPENTERS LOCAL UNION #22, WORK Referral
8  Start Date: 11/1/2017, EMPLOYER: I.S.E.C. INC.,
9  Wages: 46.40, CHECK STUB Date: 11/06/17.
10 EMPLOYER: DOME CONSTRUCTION: MONTH
11 WORK Date: 10-01-2017 —— 11-01-2017, check
12 Stub Pay Date: 10/5/2017 —— 11/9/2017,
13 Pay Rate: 46.40.
14 Carpenters Local Union #22, Work Referral
15 Start Date: 9/11/2017, Employer: Tutor Perini
16 Building Corp., Wages: 46.40. W-2 2017.
17 EMPLOYER: DOME CONSTRUCTION: MONTH
18 WORK Date: 09/01/2017 CHECK STUB Pay date: 9/28/
19 2017, Pay rate: 46.40.
20
21
22                              EXHIBIT.
22 (2.a) MORE EMPLOYMENT HISTORY
23  (EXHIBIT
24 EMPLOYER: I.S.E.C. INC., CHECK Date: 07/28/17,
25 : period End: 07/23/17 —— CHECK Date: 08/30/17,
26 : period End: 08/27/17, RATE: 46.40.
27 EMPLOYER: DOME CONSTRUCTION CHECK STUB
28 PAY period 5/29/2017– 7/16/2017, RATE: 44.40–

IN Support of Documented pleadings
for evidence AND EXHIBITS FOR Trial
AND EXHIBITS FOR OPPOSITION TO    ML
SUMMARY JUDGMENT.                Page 10 of 15

1  46.40.
2
3  # MEDICAL REASON FOR OUT OF POCKET
4  EXPENSES.
5  (1). (Exhibits-2)      Verification of employment
6  is to show the Judge and Jury that I am a
7  established Journeyman Carpenter and that because
8  of this injury from Excessive force by officer
9  Gutierrez the Plaintiff was not able to work as a
10  union Carpenter from 2-26-2019 till 4-26-2019.
11
12  **Officer Gutierrez** false charges of resisting etc.
13  Reason for Out of Pocket Expenses.
14       Because of officer Gutierrez charging the
15  Plaintiff with resisting arrest and other charges.
16  Starting the ball rolling to try and get Plaintiff
17  Violated with the Probation office. For charges
18  that were dropped. (Exhibit-1), The Disposition
19  sheet of All charges Dropped. Plaintiff spent
20  (Exhibit-1.L), Custody Activity cen. 9389699 P.F.N:
21  ULW-491, 25 days in custody at Santa Rita Jail
22  until the Probation office was notified that
23  the charges were dropped. Going to Jail Cost
24  Plaintiff getting kicked off of the ready to go to
25  work list. Making Plaintiff start all over at the
26  Union Hall Ready to go to work list. Delaying
27  the Process for Plaintiff to work again with
28  Carpenters union for at least 2 months. So Plaintiff

In support of Documented Pleadings
For evidence AND EXHIBITS for trial  Page 11 of 15
AND EXHIBITS FOR OPPOSITION ML
TO SUMMARY JUDGMENT

1  missed out on about 2 month of work. So
2  Plaintiff holds officer Gutierrez responsible for
3  half of the Out of Pocket expenses As a Journeyman
4  Carpenter in 2019 Plaintiff made $ 48.40 hour
5  with the Union going back 2 years of employment.
6  So in a 40 hour work week Plaintiff would make:
7  1,936.00. Plaintiff was out of work for 2 months
8  So there is 4 weeks in a month. So For 1 week
9  1,936.00 X 8 week's for 2 month's of missed
10  work = 15,488.00. Half of 15,488.00 = 7,744.00.

11

12  (3). The Court can call the Phone Numbers
13  on the <u>Dues Card</u>, (EXHIBIT-1·K), Page S 1-3
14  to verify these documents and info.

15
16
17  <u>CLOSING  STATEMENT</u>
18  Because of this excessive force Plaintiff
19  was in Pain and suffered for about 3 months.
20  from (R.O.M) Rupture of Membranes in the hands
21  Causing them to swell to twice there size.
22  Causing plaintiff injury and missing work For
23  2 months.
24  The Problem with officer EDWARD
25  Gutierrez #1928 statements is that there is no
26  Narrative original Police report on the incidents
27  with officer Edward Gutierrez. So his Declaration
28  is in hindsight of a couple of Years. So that he can

IN support of Documented Pleadings
For evidence AND EXHIBITS FOR Trial
AND EXHIBITS FOR OPPOSITION TO  ML
SUMMARY JUDGMENT                                     page 12 of 15

look at Plaintiffs' complaint and write all around the
excessive force. And lie. But EDward Gutierrez did
have his hands on plaintiffs wrists, fingers, hands
and does not remember what happened exactly.
Because of this couple of year gap between
incident and Declaration. And it is Just the Officer's
way of avoiding excessive force. So since EDWARD
Gutierrez applied pressure to my wrists, fingers,
hands let's let the hospital records tell the extent
of the excessive force/handcuff injuries. Violating
the 4th, 8th and also the 14th Amendment
For Medical Neglect. Swelling Plaintiff's hands,
wrists and fingers.

# RELIEF

(1). 2 counts of EXCESSIVE force.

(2). 1 count of medical Neglect.

(3) $60,000 in damage for 2 counts
of EXCESSIVE force. Causing injury to Plaintiff.
AND for pain and suffering.
(4). $10,000 for Medical Neglect From San
Francisco Jail Medical Triage and pulling me away
and not letting me get medical treatment for my
hands, wrists, finger's injury.

(5). $7,744.00 For out of Pocket expenses

IN support of Documented pleadings
For Evidence AND EXHIBITS FOR TRIAL     13 of 15
AND EXHIBITS FOR OPPOSITION TO ML
SUMMARY JUDGMENT

In monetary damages. For Plaintiff being injured from excessive force and not being able to work.

OR Because the plaintiff got arrested for false charges of resisting arrest etc. And was sent to jail for a probation violation that got dropped. Because of these false charges Plaintiff had to start all over at the bottom of the ready to go to work list. Causing me to be out of work for 2 more extra months in my normal trade as a union Journeyman Carpenter.

(6). Pay for plaintiffs' filing fee.

(7). Restraining order on the guilty defendant that caused excessive force / medical neglect.

(8). Removed from the duties to protect and serve the community as a police officer / security guard etc. Because of excessive force / Medical Neglect.

The plaintiff is suing in official capacity and individual capacity.

OR

A Default Judgment which is set out in a different motion for not preserving Electronically Stored Information. F.R.C.P. Rule 37(e).

IN support of documented pleadings 14 of 15
For Evidence AND EXHIBITS FOR TRial
AND EXHIBITS FOR   ML OPPOSITION TO
Summary Judgment

1
2
3
4 Date: ~~6-06-2024~~ mᶜ 12-13-2024
5
6 Signature of Attorney in pro-se: Michael Lambert
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN Support of Documented Pleadings FOR    Page 15 of 15
Evidence ~~AND EXHIBITS for Trial~~ mᶜ
AND EXHIBITS FOR OPPOSITION TO
SUMMARY JUDGMENT

# DECLARATION OF MICHAEL LUCKERT IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT

CASE NO. 19-CV-08204-PJH

THE Pages IN THIS DECLARATION ARE
HIGHLIGHTED WITH A ✳ HIGHLIGHTED
WHOLE PAGE At The BOTTOM OF EACH
PAGE.

PLEASE    READ

1 | Michael Luckert
2 | 391 ELLIS .ST, San Francisco, CA 94102
3 | email: michaelluckert1@gmail.com
4 | 707-803-3836
5 | Attorney in Pro-se: Michael Luckert

6 | UNITED STATES DISTRICT COURT
7 | NORTHERN DISTRICT OF CALIFORNIA

8 | Michael Luckert
9 |      Plaintiff,

Case No. 19-CV-08204-PJH

10 |     vs.
11 | San Francisco Police officer's:
12 | D. SMITH # 2275; GUTIERREZ #
13 | 1928; BRULE #2005; ESPIRITU #
14 | 1952; MENDOZA #2324; ANTHONY
15 | P. OCHOA, Security Guard.
16 |      Defendant's.

DECLARATION OF MICHAEL LUCKERT IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT

17 |

18 | I, Michael Luckert, declare as follows:
19 | (1). I am a Journeyman Carpenter with local 22 in San Francisco,
20 | CA. But at this time I am a incarcerated inmate at Santa
21 | Rita County Jail. I am a Plaintiff in this 1983 Civil Suit
22 | and am representing myself in Pro-se statis. In my Amended
23 | complaint I am making statement's that are fact. In
24 | OPPOSITION TO SUMMARY Judgment I am making statement's that
25 | are Fact, Through out This opposition of SUMMARY Judgment
26 | their are documents that I recieved through Discovery.
27 | The statements that I make with these document's are fact.
28 | Fact's That would be admissible in evidence.

DECLARATION OF MICHAEL LUCKERT / Page 1 of 2
IN SUPPORT OF OPPOSITION TO SUMMARY
JUDGMENT opposition to SUMMARY JUDGMENT

* HIGHLIGHTED WHOLE PAGE

These facts are of MY Personal knowledge, and I could and would testify competently thereto if called up on to do so.

I declare under Penalty of Perjury under the laws of the UNITED STATES That the forgoing is true and correct.

EXECUTED ON JUNE 4th, 2022 at Dublin, CA.

Signature of Attorney in Pro-se: Michall Luckert

DECLARATION OF MICHAEL LUCKERT page 2 OF 2
IN SUPPORT OF OPPOSITION TO ML OPPOSITION to Summary
ML SUMMARY JUDGMENT

* Highlighted whole page

# OPPOSITION TO
# SUMMARY
# JUDGMENT

## CASE NO. 19-CV-08204-PJH

Some pages say * Highlighted Whole
Page at the bottom of the page.

Please Read them and the highlighted
Areas of Summary Judgment.

1  Michael Luckert
2  391 ELLIS . ST, San Francisco, CA  94102
3  email: ~~michael Luckert~~ ml michaelluckert1@gmail.com
4  Attorney in Pro·se: Michael Luckert
5
6       UNITED  STATES  DISTRICT  COURT
7       NORTHERN  DISTRICT  OF  CALIFORNIA
8  Michael Luckert                          | Case NO. 19·CV·08204·PJH
9       Plaintiff,
10      Vs.                                  | OPPOSITION TO
11  San Francisco Police                     | SUMMARY JUDGMENT
12  OFFicers: D. SMITH #F 2275,
13  GUTIERREZ # 1928; ESPIRITU
14  # 1952; MENDOZA # 2324;
15  ANTHONY P. OCHOA, Security
16  GUARD; B RULE # 2005,
17      Defendants.

18   I.  INTRODUCTION  AND  STATEMENT  OF FACTS
19       To  the honorable Judge of the Court. What we have
20  is a citizen trying to visit the library and got
21  Assaulted by the cops, And then again at County Jail
22  I, Michael Luckert got Assaulted physically and sexually.
23  And Also some emotionally; because their Mentality was
24  that I assaulted a librarian employee, The Fact is all
25  charges were dropped that they had on me. As shown in
26  a Exhibit in my AMENDED complaint. so to rely on some charges,
27  "For ~~Fat~~ ml Factual; and Admissible evidence", that were dropped
28  would not be Justice. So I Plead with the Court to rely on

                                    Page 1 of ~~13~~ 12
                                              ml

     OPPOSITION  TO     SUMMARY  JUDGMENT


     * Highlighted whole page

1 | Facts. And the Federal Rules of Civil Procedure.
2 | II. ARGUMENTS AND POINTS OF AUTHORITY
3 |   (A). Plaintiff should be entitled to a Judgment in his
4 | Favor for EXCESSIVE Force And SEXUAL ASSAULT on
5 | inmate. Which Fit under Cruel and unusual Punishment
6 | inflicted, which is the 8th Amendment. I will be proving
7 | this in the documented admissible evidence. And which
8 | would be proven in video surveillance. Which the defence so
9 | readily destroyed. Judgment in my Favor should be ruled.
10 | Hence F.R.C.P. Rule 37 (e), Failure to Preserve electronically
11 | stored Information. A 1983 civil suit you have 2 years to
12 | file. Therefore the video surveillance should be Preserved
13 | for 2 years and more once the defence knows about the
14 | electronically stored information that could be used as
15 | evidence in a excessive Force case.
16 |   (B). Also I did not refuse any medical services. I was
17 | not given the choice to see a medical Profession For my
18 | injuries. And they did not identify themselves as a Medical
19 | Professional that could help with my injuries for 3 days.
20 | They asked me if my injuries were life threatening.
21 | In which they made that decision for me. They also said I could
22 | not have any medication for my injuries until I get done
23 | with the PSYCH. When the officers took me from the
24 | library to San Francisco County Jail they deprived me of seeing
25 | a Medical Professional For my injuries. Keeping me in Pain and
26 | Making me suffer From my injuries. Like I explained in my
27 | AMENDED COMPLAINT. This is a Violation of the 8th Amend-
28 | ment and 14th Amendment. The 8th Amendment: cruel and unusual

✱ Highlighted whole page     Page 2 of 12

IN OPPOSITION TO SUMMARY JUDGMENT
OPPOSITION TO

1  Punishment inflicted. The 14th Amendment: No State shall

2  Make or enforce any law which abridge the privileges or

3  immunities of citizens of the UNITED STATES; nor shall

4  any state deprive any person of life, liberty or property,

5  without the due process of law.

6    So is what I am trying to say here is I have a

7  right and liberty to see a doctor for my injuries. They

8  denied me that right. keeping me in pain and making me

9  suffer. Video Surveillance AND EXHIBIT-1.D will give the

10  court some idea of what the time and date that

11  I actually did get out of san francisco county Jail.

12  Violating my due process of law to get medical attention

13  for my injuries. Violating the 14th Amendment. The

14  defendants also violated the F.R.C.P. Rule 37 (e), Failure

15  to Preserve Electronically Stored Information which is video

16  surveillance. on 2-28-2019 they put me in a release cell.

17  I got the nurses attention and the nurse gave me something

18  for my injuries. Then they released me. All this would be proven

19  through video surveillance. which they destroyed. And is

20    (C). The San Francisco Medical report starts from page

21  0000032. As shown in EXHiBiT-1.A.

22  Dont Medical Reports usually start from page 000001. This

23  Makes me think the defendant's and there attorney are

24  hiding some medical facts. I, michael Luckert, would like the

25  full medical report from san francisco Medical Rec Records JAil

26  Medical Records.

27    (D). The Defendant's use of force was not reasonable;

28  because I was not resisting arrest and all charges were dropped.

1  (1). And the fact that they injured me and I had
2  to go to the hospital. As shown in EXHIBIT 16,
3  (Valley Care Pleasanton)
4     (E). The Santa Rita Jail Medical Report would show
5  the longivity of MY Injuries and the fact that I had to
6  do physical Therapy for a time to help cure my injuries.
7  With Injuries and pain and suffering lasting at least 18
8  Months. And to this day I still get cramps in my left arm.
9     (1). These Santa Rita Medical Records were at one time sent
10 to me through discovery at a address on the street. But then
11 I moved and did not get a chance to use them yet for
12 ADMISSIBLE EVIDENCE; because I lost them in the move.
13    IF through discovery Santa Rita Medical Records sent me
14 Medical Records they would also have to show the court
15 that they complied with discovery by sending the courts a
16 copy also. So I am asking in the interest of Justice con the
17 Court send me my medical Records from Santa Rita Jail
18 Medical Records. Since I am a incarcerated in mate and
19 can not obtain them myself. OR ORDER SANTA Rita Medical
20 Records to resend them to me at my present address here
21 at Santa Rita Jail.
22    (F). Under the 4th Amendment these's officer's willful
23 wanton behavior was Malicious and Sadistic and they did not use
24 reasonable force. I did not assault anyone, or resist arrest, or brandish
25 a legal pocket knife. Or assault officer's. All charges were dropped.
26 And I Think the only reason they were dropped is because of
27 Video Surveillance/body camera's. And because there was no
28 physical injury or verbal assault to the librarian. This was
                                        page 4 OF ~~13~~ 12

IN OPPOSITION TO SUMMARY JUDGMENT
opposition    TO

1  A private person instigating arrest for false imprisonment. These
2  policeman lied in there police report and in hindsight A attempt to
3  cover there tracks of excessive force and sexual Assault. Violating
4  the 4th, 8th and 14th amendments. This arrest was unlawful.
5     (1.) Under the 4th Amendment these officer's : D. SMITH #2225;
6  security ground patrol: Anthony P. Ochoa; Espiritu #1952; Brule
7  #2005 committed excessive force by using force that was
8  unreasonable. Because I was still cuffed and not resisting
9  arrest. And they caused me injury as shown in Valley Care Medical
10 report Exhibit-I.6 Swelling of hands, wrists and fingers.
11    (2.) Gutierrez #1928 and Mendoza #2324 as talked about
12 in my Amended Complaint and in this Opposition to Summary
13 judgment used illegal search and seizure. I was not resisting arrest.
14 I was still in cuffs and in a cell and had already been searched
15 twice. This is when ~~Gutierrez #1928~~ MENDOZA #2324 sexually Assaulted me. He
16 ripped off my pants and used his hand/with soiled clothes and touched
17 my butthole. Making a little penetration. So this went from illegal
18 search and seizure to excessive force to sexual Assault. Excessive
19 by bending my fingers back until they popped. Causing punctate
20 hyperdensity in the distal left thumb. Mendoza #2324 I hold
21 responsible for excessive force also; because he was right
22 beside ~~Gutierrez #1928~~ bending my hand, wrist and fingers. Both
23 causing injury. Swelling of hands, wrists and fingers. Both
24 injuries as seen in the Valley Care Medical Report Exhibit-I.6.
25            OBJECTIONS
26  I object to the defendant's and there Attorney using any
27 documents, declarations or statements referring to charges
28 that have already been dropped as Admissible Evidence.

<u>ADMISSIBLE EVIDENCE OF STATEMENTS OF</u>
<u>FACTS AND DOCUMENTS OF ADMISSIBLE</u>
<u>EVIDENCE</u>

(A.) <u>ADMISSIBLE EVIDENCE IN CHRONOLOGICAL ORDER</u>

(1). Amended Complaint, Which is with Documents Filed.

(2). In EXHIBIT-1.A <u>San Francisco Jail Medical Report</u>, in the highlighted area we will find first off that this Medical Report starts at <u>Page 000032</u>. Dont Medical report's usually start at <u>page 000001</u>. This makes me think that the defendence and there attorney are trying to hide some Medical facts. I would like the Full Medical Report.

(3). In EXHIBIT-1.B page 1 (San Francisco Jail Medical Report), in highlighted area," looking at his hands and talking to them after interview. Reported voices tell him he needs to communicate with writer and that all people need to communicate."

This exhibit should reveal to any Jury and to the Judge that I am having problems with my hands. And the injuries At VALLEY MEDICAL CARE PLEASANTON EXHIBIT-1.G, are connected.

(4). In EXHIBIT-1.B page 2, <u>San Francisco Medical Report</u> in high-lighted area," Appeared to talk to self And hand."

This EXHIBIT should reveal to any Jury and to the Judge that I am having problems with my hands, and the injuries that I had with my hand, finger, wrist at Valley Care Pleasanton EXHIBIT-1.G. are connected.

(5). In EXHIBIT-1.C San Francisco Medical Report in highlighted area," per LT. Daggs client's charges are dropped."

This exhibit should reveal to any Jury and to the Judge that

IN OPPOSITION TO SUMMARY JUDGMENT                    Page 6 of 12
ML OPPOSITION TO

1 all charges were dropped.

2 (6) EXHIBIT-1.D, San Francisco medical Report in highlighted

3 area, "02/27/19   19:10"  "Discharge".

4    This exhibit shows that I was still in the Psychiatrist care

5 and was being discharged on 02/27/19   at 19:10 hours. And was

6 Still in the safety cell and not released yet until 02.28.19.

7 Violating the 14th Amendment. Keeping me in pain and making me

8 Suffer For 3 days without any medical help For my injuries. As

9 discussed IN OPPOSITION TO SUMMARY Judgment Judgment page 2,

10 line 28 through page 3, line 19.

11

12 (7) EXHIBIT-1.E, Declaration of Brian Mendoza, Page 5 of 5.

13 This exhibit states in the highlighted area " The i/m

14 (INMATE) complained about his hand hurting.

15    This should reveal to any Jury and to the Judge that

16 I am having Problems with my hands. And that my injuries

17 at Valley care Medical Exhibit 1.G   are connected. Being

18 the extent of the injuries are similar to the excessive

19 force in my Amended Complaint. And in This Exhibit 1.E of me

20 complaining about my hand hurting.

21

22 (8). (A.) As explained in my Amended complaint the name's at

23 anytime in this excessive force case my change or switch

24 place's. But the fact's of what happened does not change.

25 (9.) So upon further investigation And in my Amended Complaint

26 Deputy Mendoza #2324 and gutierrez #1928 are to change

27 places. So now in my Amended Complaint it should read in place

28 of Mendoza #2324 it should read gutierrez #1928 And in

IN OPPOSITION TO SUMMARY JUDGEMENT Page 7 of +3 12

1  Place Mendoza #2324 it would read Gutierrez #1920
2  Do to EXHIBIT-1.F in the highlighted area. Gutierrez #1920 MENDOZA #2324
3  is the one that stripped my soiled clothing off of me
4  and touched my butthole with his hand so hard it
5  almost felt like rape. This is SEXUAL ASSAULT. As
6  explained in my Amended complaint officer Gutierrez #1920 MENDOZA #2324
7  is also the one that bent my finger's back until they
8  Popped. Ripping my finger's out of Joint causing me extreme
9  pain; and more pain and suffering. making me have to do
10 Physical Thearpy for my finger's. A injury lasting 18
11 Months. And still today get cramps in my left arm.
12     (b.) All of this excessive force and sexual assault would
13 be on video surf Surveillance (body camera's); but they so
14 readily destroyed. Judgment in my favor should be ruled, Hence
15 F.R.C.P. Rule 37(e), failure to Preserve Electronically stored
16 information. And because of my injuries at valley CARE
17 Pleasanton EXHIBIT-1.G
18
19     (9). EXHIBIT-1.G, Valley Care Pleasanton
20 (a.) (Page 6) In highlighted AREA "3/1/2019 1:00 pm"
21 This is the date and time I was seen for X-rays.
22 In all reality I did not get out of the San Francisco
23 County Jail until 2-28-2019. Video surveillance would
24 Prove that. So between the date and time I was released
25 it was only about 24 hour our less until I seen a
26 doctor. "XR Hand 3 views Right": "49 years of age mole,
27 Pain and swelling following trauma" "3 views of bilateral
28 hands" "There is regional soft tissue swelling There is a

1  Punctate hyperdensity in the distal left thumb. may
2  represent external artifact versus foreign body"
3  These highlighted areas show that I was in Pain and
4  that my hands were swollen. And that my finger was
5  hyper extended, pulled out of joint. And that some other
6  Person could of caused this injury. These injuries
7  are consistent with the San Francisco Police defendants
8  and there use of force and my hand injury. As reported
9  in the declaration's of every defendant.
10   (b) (Page 8): In highlighted area, "XR Hand 3 Views left"
11  Radiographic examination of the bilateral hands. This
12  diagnostic outcome is the same as (a) page 6.
13   (C) (Page 10): In highlighted area, "Contusion of hand,
14  unspecified laterality." This means that my hand's were bruised.
15
16   (d) (Page 11): In highlighted area, "Hand swelling, patient
17  reports injury to bilateral hands by PD, both hand ae swollen
18  and patient reporting pain diffusely + CSM, + pulses"
19  This medical Page shows that my hands were swollen.
20  Meaning both hands. And that I was in a lot of pain
21  and that my hands were throbbing all over.
22   (e) (Page 13): In highlighted area, "Both hands are
23  swollen and the dorsel aspect has some excoriations
24  on the fingers." This medical document says my hand's
25  are swollen and my finger's are severly swollen and
26  damaged.
27   (F) (Page 14): In highlighted area, "XR Hand 3 Views left
28  final result" "Punctate hyperdensity in the distal left

1  thumb may represent external artifact versus foreign
2  body." XR Hand 3 Views right Final Results. (same results
3  as XR Hand 3 Views Left). (a.) Page 6.
4      (g.) page 15: In highlighted area, "Contusion of hand,
5  unspecified laterality. follow up: Your doctor"
6      This medical document is saying that my hands were
7  bruised and to follow up with my doctor.
8      (h.) page 16: In highlighted area, "both hands are swollen
9  and Pt reporting Pain diffusely + CSM, + Pulses."
10     This medical Report shows that both hands are swollen
11 and I am in a lot of pain.
12     (i.) Page 18: In highlighted area, "You feel down depressed,
13 or hopeless?" Yes
14     After this excessive force from the defendant's I was
15 depressed and felt hopeless; Because I just got assaulted by
16 the police and did not think I could do nothing about their ML
17 their actions. Hopefully that is not true.
18     (j.) Page 20: In highlighted area, "Home Medication
19 given (Ibuprofen (Motrin) tablet 600 mg).
20     This medical document was a relief. Because finally
21 they gave me something for the pain. Motrin 600. Not like
22 San Francisco Jail Staff/police making me suffer and keeping
23 me in pain for almost 3 days. Violating the 14th Amendment.
24     (k.) page 21: In highlighted area, "The homeless patient
25 has been referred to a source of follow-up care, IF
26 medically nes necessary: Yes"
27     This medical documentation was necessary. I went
28 to santa Rita Jail and needed something for pain and I

1  . also needed Physical thearpy to recover from my injuries.

2      (L) Page 21 and Page 22, In highlighted area," XR Hand
3  3 Views left final results, Radiographic EXAMINATION OF
4  The BILATERAL HANDS 3/1/2019  12:55, clinical History:
5  49 year of age, male, pain and swelling following trauma. 3
6  Views of the bilateral hands, FINDINGS: There is regional
7  soft tissue swelling. There is a punctate hyperdensity in the
8  distal left thumb. Punctate hyperdensity in the distal left
9  thumb may represent external artifact versus foreign body."

10    (M.) page 22 and 23, In highlighted area " XR Hand 3 Views Right "
11 Final Results, Radio Graphic Examination of the BILATERAL
12 HANDS 3/1/2019 12:55. Same results and findings as (XR Hand
13 3 Views Left. Page's 21, 22)

14    These medical document's, final results, shows that
15 My hands are swollen and that my thumb was situated
16 away from the point of attachment to the hand. Another
17 words hyperextended. And that some other person could of
18 done this. Like San Francisco Police officers.

19    CLOSING STATEMENTS OF ADMISSIBLE
20          EVIDENCE

21    (1). These's officer's / Defendant's have been working under
22 the color of State/government officials and yet they
23 choose to break the law. Negating their immunity.
24 They used excessive force with maliciousness and also
25 were being sadistic. After all it could not of been that
26 I was resisting Arrest; because those charges were dropped.
27 As well as the Assault charges on the librarian. And I am sure
28 that the only thing that saved me from these charges is the

IN OPPOSITION TO SUMMARY JUDGMENT     Page 11 OF 13 ML
ML/opposition                                          12

* Whole Page Highlighted

1  Video surveillance. So what did motivate them to act
2  in a malicious and sadistic manner. The charges
3  themselves of assault on a librarian. So it was on the
4  defendant's minds that I assaulted a librarian. So they
5  decided to punish me. Treat me different then a regular
6  citizen. Using wanton behavior. This behavior became
7  sadistic when they started to pass the word onto every
8  officer and then every officer in this case prejudged me.
9  By not listening to anything I had to say. It is to bad
10  that they could not use their own judgment and treat me
11  like a normal patron. Instead they prejudged me and beat
12  the crap out of me, (over and over). Violating the 8th, 4th
13  Amendment. Video surveillance would prove this excessive
14  force and sexual assault. And I am sure that you are
15  already aware of the defendant's and there lawyer
16  destroying the body camera footage as well as the video
17  surveillance. Violating the F.R.C.P Rule 37 (e), failure to
18  preserve electronically stored information. As explained in my
19  opposition to summary judgment page 2 lines 7-15. And also
20  violated the 14th Amendment by denying me medical care for my
21  injuries for 3 days. Violating my due process rights. As
22  explained on page 2 line 16 - through - page 3 line 19 of my opposition
   ML
23  opposition to summary judgment.
24        (2). There will be a supplemental within 14 days of the ML
25  mailing date of this opposition opposition to summary ML
26  judgment for the longivity of the injury and wages lost. By ML
27  way of Santa Rita medical document's. Or through order of ML
28  the court. ML/ Date: 12-16-24/ Pro-se Attorney: Michael Lockett ML

IN OPPOSITION TO SUMMARY JUDGMENT Page 12 of 13 ML
   ML opposition to                                        12
                    * Whole Page Highlighted

# RELIEF
## FOR OPPOSITION TO SUMMARI Judgment

(1). 2 Counts of excessive force.

(2). 1 Count of Medical Neglect.

(3). $60,000 in damages For 2 counts of excessive force. Causing injury to Plaintiff and For Pain and Suffering.

(4). $10,000 For Medical Neglect From San Francisco Jail Medical Triage and pulling me away not letting me get medical treatment For my hand's, wrist's injury.

(5). $7,744.00 for out of pocket expenses in Monetary damages. For plaintiff being injured From excessive force and not being able to work. OR Because the plaintiff got arrested for false charge's of resisting arrest etc. And was sent to Jail for a probation Violation that got dropped. Because of these False charges Plaintiff had to start all over at the bottom

OPPOSITION TO SUMMARY JUDGMENT

1  of the ready to go to work list. Causing Plaintiff
2  to be out of work for 2 more extra months in
   his normal trade as a Union Journey/man carpenter.
3    (6). Pay For Plaintiffs' Filing Fee.
4
5    (7). Restraining order on the guilty defendant
6      that caused Excessive Force/Medical Neglect.
7    (8). Removed From the duties to Protect and
8      serve the Community as a police officer/
9      security guard etc. Because of excessive
10     Force/Medical Neglect.
11
12  The plaintiff is suing in official capacity
13  and Individual Capacity.
14
15
16  Date: 6-6-2024  12-16-2024
17                ML
18
19  Signature of Attorney in Pro-se:
20      Michael Luckert
21
22
23
24
25
26
27
28

# RELIEF

## FOR OPPOSITION TO SUMMARY Judgment

(1). 2 Counts of Excessive force.

(2). 1 Count of Medical Neglect.

(3). $ 60,000 in damages for 2 Counts of excessive force. Causing injury to Plaintiff and for Pain and Suffering.

(4). $ 10,000 for Medical Neglect From San Francisco Jail Medical Triage and pulling me away not letting me get medical treatment for my hand's, wrist's injury.

(5). $ 7,744.00 for out of Pocket expenses in monetary damages. for Plaintiff being injured From excessive force and not being able to work. OR Because the plaintiff got arrested for false charge's of resisting arrest etc. And was sent to Jail for a probation violation that got dropped. Because of these false charges Plaintiff had to start all over at the bottom

of the ready to go to work list. Causing plaintiff to be out of work for 2 more extra months in his normal trade as a Union Journeyman Carpenter.

(6). Pay For Plaintiffs' Filing Fee.

(7). Restraining order on the guilty defendant that caused Excessive force/Medical Neglect.

(8). Removed from the duties to protect and serve the Community as a police officer/security guard etc. Because of excessive Force/Medical Neglect.

The plaintiff is suing in official capacity and Individual Capacity.

Date: ~~6-6-2024~~ 12-16-2024

Signature of Attorney in Pro-Se:

Michael Luckert

# SUPPLEMENTAL
# TO SUMMARY
# JUDGMENT

Pages: (1, 4, 5, 6, 7, 8, 15, 16) AND OUT
OF POCKET EXPENSES FOR GETTING
KICKED OFF OF THE READY TO
GO TO WORK LIST. Pages: 17, 18, 19.

1 | Michael Luckert
2 | 391 ELLIS .St, San Francisco, CA 94102
3 | email: michaelluckert1@gmail.com
4 | 707-803-3836
5 | Attorney in pro-se: Michael Luckert

6
7 |       UNITED STATES DISTRICT COURT.
8 |     NORTHERN DISTRICT OF CALIFORNIA
9 | Michael Luckert                          Case No: 19-CV-08204-
10 |          Plaintiff,                      PJH
11 |      vs.
12 | O. SMITH # 2275; GUTIERREZ            Supplemental to
13 | # 1928; Brule #2005; Espiritu         opposition for
14 | #1952; Mendoza #2324;                 SUMMARY Judgment
15 | Anthony P. Ochoa, Security
16 | Patrol officer.
17 |          Defendants.

18 | (A). UPON Recommendation of the health
19 | care providers at VALLEY CARE PLEASANTON,
20 | IN EXHIBIT-(H), page 21 in the highlighted
21 | area, it says The homeless patient has been
22 | referred to a source of follow up care, if
23 | medically necessary.

24
25 |    (1). This follow up was medically necessary
26 | for the following medical documents have to
27 | do with the same injury but more
28 | conclusive.

supplemental to the opposition to summary    page 1 of 21
so opposition for summary judgment

Case 4:19-cv-08204-PJH    Document 168    Filed 09/21/24    Page 46 of 64
Case 4:19-cv-08204-PJH    Document 173    Filed 12/16/24    Page 42 of 64
Case 4:19-cv-08204-PJH    Document 85    Filed 08/05/22    Page 4 of 22

1   (9). EXHIBIT (I), in highlighted area's
2   (page 9), it shows that on: 6-13-20 I was still
3   hurts. I was injured about 16 month ago.
4   so I am still in pain from this injury
5   Documented by Valley Care Pleasanton
6   Medical on 3-1-19.
7
8       (C.)   SANTA RITA JAIL MEDICAL
9           INTAKE/RECEIVING SCREENING
10                  DOCUMENTS
11
12   (I). EXHIBIT-I.I, page 15 in highlighted
13   area's: "LUCKERT, MICHAEL LANDON"; Bilateral
14   hand's tender and swollen" On this day of:
15   "03-01-2019 at 7:15 pm", "PAIN? YES"
16   "Pain scale/10: 3".
17
18   (a). These quoted highlighted area's in EXHIBIT-
19   I.I page 15 says that my hands were
20   tender and swollen and that I was in pain
21   on the day of 3-01-2019; because of this
22   injury done by the San Francisco Police officers.
23
24   (2). EXHIBIT (J), Page 26 in highlighted
25   area's: "LUCKERT, MICHAL LANDON"; "PAST/
26   PRESENT MEDICAL PROBLEMS"; "CHRONIC
27   L hand" On this day of "09-23-2019 at
28   1:42 pm".

supplemental to the opposition to     page 4 of 21.
summary judgment
supplemental to the opposition for
summary judgment

1  (a). These quoted highlighted area's in Exhibit
2  (J), page 26 says that I am still having
3  problems with my L hand. And obviously
4  in Pain because of this injury or I would
5  not be seeing a doctor/Nurse. Medical # 170485.
6
7    (3). EXHIBIT (J), Page 29 in highlighted
8  area's: "PAIN? Yes" on this day of: "09-23-
9  2019 at "1:42 pm", "Pain Scale/10: 3/10".
10
11   (a). These quoted highlighted area's in EXHIBIT
12  (J), page 29 shows that I still am in Constant
13  pain on 9-23-2019 from my left hand injury.
14  Medical # 170485
15
16   (4) EXHIBIT-I.I, page 128 in highlighted
17  areas: "Bilateral hand's tender and swollen"
18  "Pain? Yes" "Pain scale/10: 3". ON
19  This day of 03-01-2019 at 7:15 pm.
20
21   (a). These quoted highlighted area in EXHIBIT-
22  I.I, page 128 shows that on 3-1-2019 I was
23   diagnosed with my hand's being swollen
24  and tender. And that I was in pain on
25  my hand's from this injury.
26
27     INITIAL HEALTH HISTORY AND
28     PHYSICAL EXAM

Supplemental to the opposition to ML   page 5 of 21
   summary judgment  ML
Supplemental to the opposition for
   summary judgment

1  (1). EXHIBIT-1.I, page 132 in highlighted
2  area's: "Hospitalizations/operations? Yes,
3  Describe: When? Where? (rt and lf hand
4  pain went to valley memorial hospital X rays
5  taken neg). ON This day of: 03-13-2019
6  at 2:10 pm".

7

8  (a). These quoted highlighted areas in
9  Exhibit-1.I page 132 shows that I
10 had X-rays done at valley memorial hospital
11 and they were negative for any broken
12 bones ON This day of: 3-13-2019, And
13 but as quoted above I was in a lot of Pain.
14  (2). EXHIBIT-(1.I) page 134 in highlighted
15 area's: "MOOD: Depressed ON This day of:
16 03-13-2019 at 2:10 pm".

17

18  (a). These quoted highlighted areas in
19 Exhibit-1.I page 134 shows that I was
20 depressed because of this injury and that
21 the cops beat me up and I did not think
22 that justice would prevail for there
23 excessive force. ON This day of: 03-13-2019
24
25          MEDICAL SICK CALLS
26
27  (1). EXHIBIT-1.I page 326 in high-
28 lighted areas: "CALL DATE: 3-01-2019 at

supplemental to opposition to       page 6 of 21
SUMMARY JUDGMENT
supplemental To opposition FOR summary Judgment

1  7:14 pm " " ASSESSMENT : 03·01·2019 at
2  7:14 pm - " " Patient cleared at Valley Care
3  for Soft tissue injury/Sprain on bilateral
4  hands." PLAN :03-01-2019 at 7:14 pm : Patient
5  given 500 mg Tylenol for 3/10 pain level on
6  hands."

7
8     (a). These quoted highlighted area's in
9  Exhibit-1·I page 326 shows that on
10 my sick call appointment on 03-01-2019
11 at 7:14 pm that I was given 500 mg of
12 Tylenol for my injuries; because I was
13 in Pain.

14
15    (2) EXHIBIT-1·I, page 326 in highlighted,
16 area's:" CALL DATE : 03-15-2019 2:07 pm"
17 SUBJECTIVE: 03-15-2019 1:36 pm", "IT has
18 been 2 weeks and it still seems broken
19 between the webbing and the knuckle on my
20 L hand @ 10:55: Patient reports 5/10 pain
21 on R hand and 8/10 pain on L hand.
22 Patient states he needs pain medication."
23 OBJECTIVE: 03-15-2019 1:36 pm , NO noted
24 swelling on R hand. Mild swelling noted on L
25 hand. Pt. has difficulty moving his L ring
26 Finger and middle Finger, has difficulty
27 making a fist." ASSESSMENT : 03-15-2019
28 1:36 pm: Alteration in comfort"; PLAN :

supplement to the opposition to    page 7 of 21
Summary Judgment
Supplemental to the opposition FOR Summary Judgment

1  03-15-2019  1:36 pm  Will consult the
2  provider for pain medication. Provider
3  consulted VO given for meloxicam 7.5 mg.
4  EDUCATION: 03-15-2019   1:36pm Advised
5  to alert medical if swelling and pain is not
6  resolved."
7
8      (a), These quoted highlighted area's in Exhibit-
9  I Page 326 shows that on my sick call
10 appointment on 03-15-2019 that on my left
11 hand between the webbing of my Knuckle
12 I was having a lot's of Pain  8/10  and on the
13 right hand A pain level of 5/10. This Medical
14 document also shows that my left hand
15 was still mildly swollen and I was having
16 difficulty moving my ring finger and middle
17 finger and that I was having difficulty making
18 a fist. And that I needed pain medication
19 in which they gave me because I was
20 in a lot of Pain at this point from this injury.
21
22     (4) EXHIBIT (J), pages 326 and 327 in
23 highlighted area's: "CALL DATE: 09-30-2019
24 1:14 pm," SUBJECTIVE: 09-30-2019 1:14
25 pm, pt request to see a provider for chronic
26 pain to L hand. Chronic pain in upper
27 extremities. Has some numbness and
28 tingling in his hand. "ASSESSMENT: Chronic

1  were given by the doctor and carried
2  out for percutaneous endoscopic
3  gostrostophy return to clinic as
4  necessary.
5
6      ZUCKERBERG SAN FRANCISCO
7   GENERAL HOSPITAL MEDICAL
          DOCUMENTS
8
9
10  (1). EXHIBIT-I.J, page 1, on 4-17-2019, in the
11  highlighted area's. "REASON FOR APPOINTMENT:
12  Lt Hand/Body pain.", ASSESSMENTS & PLAN:
13  pain in right hand, pain of the left hand,
14  Bilat hand Pain," TREATMENT & ORDERS: PAIN IN
15  RIGHT HAND, Start Voltaren Gel, 1% as directed,
16  transdermal, use as directed. Imaging: Hand and
17  wrist Left *, Imaging: Hand and wrist Right *.
18  PAIN OF LEFT HAND! Imaging: Hand and wrist
19  Left *, Imaging: Hand and wrist right. *
20  DISPOSITION & COMMUNICATION: Discharge
21  Disposition: Discharged, instructions/precautions
22  given, Condition at Discharge: Good. Follow up, prn."
23  HISTORY OF PRESENT ILLNESS: injured approx 2
24  mos ago. L > R fingers and hand. Numbness. B/L.
25  Unable to close L fist completely. " PAIN
26  ASSESSMENT: Does the patient have pain?
27  yes. Pain quality: Stiff, aching. Pain location:
28  2-5 fingers L hand. Pain Frequency: Intermittent.

supplemental to the opposition to ML          page 15 of 21
summary judgment ML
supplemental to the opposition for summary judgment

1   Relief Measures: Warmth, hot water.

2
3       (2). EXHIBIT-1J, page 2, Visit date: 4/17/2019.
4   In the highlighlighted area's, "IMAGING: X-RAY
5   HAND AND WRIST LEFT      (final result): X-ray hand
6   and wrist left: Hand and Wrist LT." "Indication
7   For Exam: Pain Post Arrest." "X-RAY HAND
8   AND WRIST RIGHT (FINAL RESULTS):
9   hand And Wrist RT. Indication For exam:
10  Pt. arrested 2 months Ago Cont. POOR ROM."
11
12      (a). These quoted highlighted areas in Exhibit-
13  1J, page's 1 and 2 shows that on 4-17-2019 I
14  was still in pain on my Left hand and Finger's
15  and on my right hand I was also still in Pain.
16  In which the doctor Ordered me some pain
17  Oint ment, Because I was still in Pain.
18  Specifically on my Left hand and Finger's,
19  I could not close my Left hand all the way.
20  They also use the abbreviation ROM at the
21  bottom of page 2 which stands For: Rupture of
22  membranes and that it was poor. So I am
23  thinking that because of this ROM the internal
24  hand and Finger's were having a hard time healing with less
25  blood flow. Also the X-RAY were Negative
26  For any broken or Fractured bone's.
27      This Medical Document also say's, to
28  Follow up with Medical as necessary.

supplemental to the opposition to   ML        Page 16 of 21
        summary Judgment   ML

supplemental to the opposition For summary Judgment

# OUT OF POCKET EXPENSES FROM GETTING KICKED OFF OF THE READY TO GO TO WORK LIST

(A). I am a Journeyman Carpenter with local 22 here in San Francisco.

(1). In (EXHIBIT (1. K), page 1 in the highlighted area's the courts will see that on 12-20-2018 I payed Dues and Signed the ready to go work list. (EXHIBIT (1.K), page 2 in the highlighted area's the court will see that I had paid my due's with the Carpenter's local 22 on 02/25/2019. The day before the excessive force with the San Francisco Police officer's. The excessive force which happened on: 02/26/2019.

The way the Carpenters Local Union 22 worked in 2019 was you would have to go to the union hall every 1st and 3rd Thursday of the week to sign the ready to go to work list. This would make your name stay on the ready to go to work list. So that a carpenter can go to work. In (EXHIBIT (1. K), page 3 in the highlighted area you will see that it says: Roll Call 1st & 3rd Thursdays of the month: 7:00am - 12:00 p.m.

(2). So is what happened is that on 2-26-2019 I falsely got arrested for assault and other charges which were dropped. The San Francisco County Main Jail let me out of Jail on 2-28-2019.

1  It Just so happens that I was on Federal
2  Probation with the United States District Court,
3  Northern District of California. So on 3-1-2019
4  I went to go see my probation officer and got
5  arrested for A probation violation; because the
6  Federal probation officer and Judge White of
7  the criminal division of the United States
8  District, Northern District of California in
9  Oakland, CA did not know the charges had
10  been dropped.
11      (a). (EXHIBIT -1.L, Custody Activity CEN.
12  9389699 PFN: ULW491, in the highlighted area's
13  the court will see that on (03-01-2019) at 11:00
14  am I got arrested. I stayed in custody until
15  (03-25-2019) on a probation. Violation until the
16  criminal federal Court found out that the charges
17  that I got on 2-26-2019 got dropped.
18      (3). Because of these false arrest charges on
19  (02-26-19) I missed the 1st Thursday of the
20  month of March in 2019 to sign the ready to go
21  to work list. Therefore I got kicked off of
22  the ready to go to work list because I was in
23  Jail. Per-(Exhibit -1.L, Custody Activity CEN:
24  9389699 PFN: ULW491.
25      (a). So this means that when I got out on
26  3-25-2019 I had to resign up on the Carpenters
27  Local Union 22 ready to go to work list again.
28  Dropping me to the bottom of the list. A list I had

1   been on for 2 months. In (EXHIBIT-I.K, Dues
2   Card, page's 1-3  Will show that I had been
3   keeping up on my DUES at the Carpenters
4   Local 22 and trying to go out to work. Dropping
5   me to the bottom of the Ready to go to work
6   list made me miss out on about 2 month of
7   work as a Journeyman Carpenter with local 22,
8   In the highlighted area the court will see that
9   in EXHIBIT (I.N), Carpenters Detail hours of
10  Michael Luckert, UBC# U59563998, that in
11  the highlighted (work month), the court will see
12  that I have a long work history with the
13  Northern California Carpenters Union, As the
14  court will also see in the highlighted area of
15  (WORK MONTH) that the last time that I
16  worked before the excessive force was 11-01-2018.
17  So this means I was out of work and on the
18  Ready to go to work list with my dues payed per-
19  Dues Card, (EXHIBIT-I.K, pages 1-3 from
20  December to February EML of 2019, (EXHIBIT-
21  I.N), Carpenters Detail hours in the highlighted
22  area's of (WORK MONTH) the court will also see
23  that I have a gap in my employment with the
24  Carpenter UNION from (11-01-2018 to 05-01-2019)
25  in which I could not work because of this
26  false arrest and getting kicked of the ready
27  to go to work list and having to start all over
28  from the bottom of the Ready to go to work list.

1
Date: 12-16-2024

2
Signature of Attorney in Pro-se; Michael Luckert

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# (I) AUTHORITIES OF CASE LAW

# (I). AUTHORITIES of CASE LAW

(A) Fourth Amendment Cases for excessive force

(1). Leibel V. City of Buckeye, 364 F. Supp 3d 1027 (D. Ariz 2019).

(2). Joseph V. Donahue, 392 F. Supp. 3d 973 (D Minn 2014).

(3). United States V. Bundy, 406 F. Supp. 3d 932 (D Nev 2018).

(4). Davis V. City of Las Vegas, 478 F. 3d 1048 (9th Cir 2007). (applying Nevada law).

(5). Row V. Holt, 864 N E. 2d 1011 (Ind 2007)(under Common Law).

(6). Hulett V. City of Syracuse, 253 F. Supp. 3d 462 (N.D.N.Y. 2017)(Applying New York law).

(7). Nelson V. County of Wright, 162 F. 3d 986 (8th cir. 1998)(when an officer commits a willful or malicious wrong).

(8). Touchton V. Bramble, 284 Ga. App. 164, 643 S.E. 2d 541 (2007)

(9). Karels V. Storz, (Not entitled to qualified immunity). 906 F. 3d 740 (8th Cir. 2018).

(10). (Not required to specifically identify which Particular officer used excessive force in order to over come the officer's motion for summary Judgment based on qualified Immunity). Hunter V Leeds, City of, 941 F 3d 1265 (11th cir. 2020).

(11). Was not Objectively reasonable and was not fleeing or resisting arrest and was not asked to get out of Vehical. Seargent aggressively pulled arrestee out of vehical, forcefully turned her around, slammed arrestee against car door, and cuffed her hands behind her back, resulting in her right arm swelling to twice it's size.

(I). Authorities of case law                    page 1 of 4

1  Andrew V. Scott, 729 Fed. Appx. 804 (11th Cir. 2018).

2  (12) Complained that her hand cuffs were on to tight and were

3      hurting her and she took photo's one day later after incident

4      showing injuries on her hands, wrists and arms. Rudolph V.

5      Babinec, 939 F. 3d 742 (6th Cir. 2019);

6  (13) Not entitled to qualified immunity. Unconstitutional

7      excessive force by hand cuffing her to tightly she was bruised.

8      Tight hand cuffing that caused physical injury. McGrew V.

9      Duncan, 937 F. 3d 664 (6th Cir. 2019).

10 (14). More force than is reasonably necessary. Schaettle V.

11     Jefferson County. 788 F. 3d 855 (8th Cir. 2015) (under

12     Missouri law).

13 (15). Over lapping claims of excessive force and un lawful

14     arrest. Adams V. Metiva, 31 F. 3d 375, 1994 Fed App 0217P

15     (6th Cir. 1994); Renk V. City of Pittsburgh, 537 Pa 68, 641

16     A2d 289 (1994); Wardlaw V. Pickett, 1 F. 3d 1297 (D.C. Cir.

17     1993); Etheredge V. District of Columbia, 635 A2d

18     908, 33 A.L.R. 5th 795 (D.C. 1993); Sisneros V. Fisher,

19     685 F Supp. 2d 1188 (D.N M) 2010). U.S V. Tosti, 733 F.

20     3d 816 (9th Cir. 2013). /similar to: In opposition to summary

21     judgment, page 4 line 28 through page 5  line 4.

22 (16). Fontana V. Haskin, 262 F. 3d 871 (9th Cir. 2001)   ML

23     (holding that the constitution prohibits conduct by law   ML

24     enforcement officers that shocks the conscience or      ML

25     offends human dignity). /similar to officer Gutierrez # 1428 actions ML

26 (B). EIGHTETH AMENDMENT CASES FOR EXCESSIVE FORCE

27

28 (1). Bearchild V. Cobban, 947 F 3d. 1130 (9th Cir. 2020).

   (I). Authorities of case law                      page 2 of 4

1   (2). Inmate must establish that there was both some degree of
2   actual or potential injury, and that society considers the acts
3   that complains of to be so grave that it violates
4   contemporary standards of decency to expose anyone
5   unwillingly to these acts. Const Amend 8. Garnica v.
6   Washington Dept of Corrections, 965 F. Supp 2d 1250
    MENDOZ-A #2324
7   (Wash 2013)./similar to these officer's and Gutierrez #1928 actions.
8   (3). Involve the unnecessary and wanton infliction of pain.
9   U.S.C.A. Const Amend. 8. Crawford V. Cuomo, 796 F.3d 252
10  (2d Cir. 2015).
11  (4). Factor used to determine whether application of force
12  was applied maliciously and sadistically to cause harm. OR
13  instead ᵐˡ evinced such wantonness with respect to the
14  unjustified infliction of harm as is tantamount to a
15  knowing willness that it occur. U.S.C.A Const. Amend 8.
16  Watson V. Edelen, 76 F. Supp. 3d 1332 (N.D. Fla. 2015).
17  (5). Among unnecessary and wanton infliction of pain constituting cruel
18  and unusual punishment forbidden by the Eigth Amendment are
19  those that are totally without penological justification.
20  Wilkins V. Gaddy, 559 US. 34, 130 S Ct. 1175, 175 L.
21  Ed 2d 495 (2010); U.S. V. La Vallee, 439 F.3d 670
22  (10th Cir. 2006); Hope V. Pelzer, 536 U.S. ᵐˡ 730, 122
23  S. Ct. 2508, 153 L. Ed. 2d 666 (2002).
24  (6). Handcuffed and controlled, Prisoner suffered injuries
25  including abrasions to his wrist/wrist sprains, violating
26  contemporary standards of decency. U.S. Const. Amend. 8
27  Hammond V. Lapeer County, 133 F. Supp. 3d 899 (E.D. Mich
28  2015).; Pelfrey V. Chambers, 43 F.3d ᵐˡ 1034, 1995 Fed

(I). Authorities of case law          Page 3 of 4

1. App. 0002P (6th Cir. 1995); Harris V. Chapman, 97 F.3d 499,
2. 45 Fed. R. Evid. Serv. 1063 (11th Cir. 1996); Gomez V. Randle,
3. 680 F.3d 859 (7th Cir. 2012); Cockrell V. Sparks, 510 F.3d
4. 1307 (11th Cir. 2007); Hamilton V. Brown, 630 F.3d 889
5. (9th Cir. 2011). /

6. Rosa V. Loza 2010 N.S Dist. LEXIS 20558: UNITED
7. STATES DISTRICT COURT FOR The NORTHERN DISTRICT
8. OF CALIFORNIA, Plaintiff wrists as well as other
9. injuries he had sustain sustained. Subsequently however,
10. the medical evolution sheet was tampered with and
11. re-written. Omitting the injuries TO Plaintiff's
12. Wrists. Constitutional Rights under the Eigth Amendment.
13. to be free from the Use of Excessive force on two
14. seperate Occations. (1) in the Course of defendants
15. interactions with plaintiff on the Facility C Yard
16. during the disturbance, and (2) when Plaintiff....
17. need not allege that he suffered Serious injury
18. in order to establish a Eigth Amendment Violation.
19. (1.) Use of force on the Facility C Yard Plaintiff...
20. in the Verified complaint, alleges that defendant Used.
21. excessive r·····
22.    a triable issue with respects to whether defendant
23. used excessive force. After removing him from facility C
24. Yard. Additionally as noted Above, A triable issue
25. of material fact exist with respects to the extent of
26. the injuries.
27. Dated: 12·16·2024
28. signature of Attorney in pro se: michael Luckert

(I). Authorities of Case. law            Page 4 of 4

# DEFAULT; DEFAULT JUDGMENT FOR FAILURE TO PRESERVE ELECTRONICALLY STORED INFORMATION

Michael Luckert
391 ELLIS . St , San Francisco, CA 94102
eMail: michaelluckert1@gmail.com
701-803-3836

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Luckert, Plaintiff

. vs

San Francisco Police . Dept
AND OFFICER : GUTIERREZ
#1928

Case No. 19-CV-08204.
PJH. / DEFAULT;

DEFAULT Judgment

FOR FAILURE TO
PRESERVE
ELECTRONICALLY
STORED INFORMATION.

F.R.C.P. RULE 55

To the honorable Judge of the court and to
the JURY. A default Judgment may be entered
against the UNITED STATES, its officers, or its
agencies only if the claimant establishes a
claim or a right to relief by evidence that
satisfies the court. So please conduct an
accounting of the above caption. Determine
the amount of damages. Establish the truth of
any allegation by evidence and investigate any
other matters.
    F.R.C.P. Rule 37(e) Failure To Preserve.
Electronically stored information. IF
electronically stored information that should have

1  been preserved in the anticipation or conduct
2  of litigation is lost because a party failed
3  to take reasonable steps to preserve it,
4  and it can not be restored or replaced
5  through additional discovery, the court:
6  (1) upon finding prejudice to another party
7  from lose of the information, may order
8  measures no greater than necessary to cure
9  the prejudice; or (2) only upon finding that
10 the party acted with the intend to deprive
11 another party of the information's use in
12 the litigation may: F.R.C.P Rule 37 (e)(1)(C)

13 In this case I am seeking a entry of
14 default Judgment on the defence and or
15 defendants, because of the following
16 documents:

17
18
19    1. (EXHIBIT-1.N), Original Complaint
20 under the Civil Rights Act, 42 U.S.C S 1983,
21 Document 1 Filed 12/17/19, Page 4, Line 4-5
22 I state "At this time the Police officers
23 took turns on me."
24    So when This complaint, was filed
25 12/17/19 the defence and its attorney's
26 should of taken steps to preserve the
27 Electronically stored Body camera's and video
28 Surveillance it was not just

Default; Default Judgment for failure  Page 2 of 6
to preserve electronically stored
information.

1. one officer, but officers involved in this case
2. ~~doing the excessive force and medical neglect,~~ (EXHIBIT-1.N)
3. Original complaint page 4 Lines 25-28 the
4. plaintiff is stating " subpoena of video
5. surveillance and body cameras you will see that
6. officer : D.Smith and other officers involved
7. in this incident have committed excessive force
8. and medical malpractice".
9.     So with these types of statements in my
10. original complaint of 12/17/19 the defence
11. and the defendants involved in this case
12. should of preserved the Electronically stored
13. body camera and video surveillance. But they
14. did not they erased or destroyed Evidence
15. of the Body cameras and video surveillance
16. maliciously and Sadistically right after
17. I filed the original complaint on 12/17/19.
18.   2.(EXHIBIT-1.O) Office of the City
19. Attorney, Letter dated April 17, 2024.
20.    The Attorney In this document is saying that
21. they "disposed of the video surveillance on
22. February 1, 2020" and that the body cameras
23. " while the surveillance video" was disposed of
24. months prior on February 1, 2020"
25.    2b. I do believe the defendant and
26. counsil have some kind of minimum
27. standards for preserving electronically stored
28. video/body camera surveillance. I do believe

Default; Default Judgement for Failure
to preserve electronically stored information   3 of 6

it is 1 year for the state and 2 years for federal civil case's. In this case NO. 19-CV-08204-PJH the defence/San francisco police dept. Violated even the minimum standard for the State. For Preserving electronically stored information being body Camera's and video Surveillance by disposing of it on or before February 1, 2020 When the date of this Excessive force/Medical Neglect incident was February 26, 2019.

## CONCLUSION

This Default; Default Judgment FoR Failure to Preserve electronically Stored information, F.R.C.P. Rule 37 (e). By not Preserving electronically stored information of Video Surveillance/body camera's For 2 Count's of Excessive force which is explained in:
   (IN SUPPORT OF Documented Pleadings for evidence and EXHIBITS FoR summary Judgment)       (Summary Judgment), (supplemental to summary Judgment) with medically documented Exhibit's - 1.G, 1.H, 1.I, 1.J, . In Which the Plaintiff had to go through with his hand's, wrist's injury.

   This Default; Default Judgment For Failure to preserve electronically stored information F.R.C.P Rule 37 (e) is also For Failure to preserve Video Surveillance/body Camera's For Medical Neglect which is documented in (In Support of Documented

Default, Default Judgment For Failure to preserve electronically stored information.    4  OF  6

1  Pleadings for evidence and EXHIBITS for Summary Judgment
2  page 2 Line 6 through page 5 Line 15, with
3  documented exhibits.
4
5
6                    R E L I E F
7    DEFAULT, DEFAULT JUDGMENT FOR FAILURE TO
8   PRESERVE ELECTRONICALLY STORED
9   INFORMATION OF VIDEO SURVEILLANCE/
10  BODY CAMERA'S OF THE Following INCIDENTS:
11
12    (1). 2 counts of excessive force.
13    (2). 1 count of Medical Neglect.
14    (3). # 60,000 in damages for 2 counts of
15       excessive force. Causing injury to Plaintiff
16       and for Pain and Suffering.
17    (4). $ 10,000 for Medical Neglect from San
18       Francisco Jail Medical Triage and pulling
19       me away not letting me get medical treatment
20       for my hand's, wrist's injury.
21    (5). $ 7,744.00 for out of pocket expenses
22  in Monetary damages. For Plaintiff being injured
23  from excessive force and not being able to
24  work. OR Because the plaintiff got arrested
25  for false charge's of resisting arrest etc. And
26  was sent to Jail for a probation Violation that
27  got dropped. Because of these false charges
28  Plaintiff had to start all over at the bottom

Default, Default Judgment For          5 OF 6
Failure to preserve electronically
stored information.

1  of the ready to go to work list. Causing Plaintiff
2  to be out of work for 2 more extra months in
3  his normal trade as a union Journeymen Carpenter.
4  (6). Pay for Plaintiffs' Filing Fee.
5  (7). Restraining order on the guilty defendant
6  that caused Excessive force/Medical Neglect.
7  (8). Removed from the duties to protect and
8  serve the Community as a police officer/
9  security guard etc. Because of excessive
10  Force/Medical Neglect.

11
12  The plaintiff is suing in official capacity
13  and Individual Capacity.

14
15
16  Date: 6-6-2024 12-16-2024

17
18  Signature of Attorney in Pro-se:
19      Michael Luckert

20
21
22
23
24
25
26
27
28

Default, Default Judgment For        Page 6 of 6
Failure to preserve Electronically
stored information.