# MICHAEL LUCKERT

## VS.

# DEPUTY EDWARD GUTIERREZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case no. 19-CV-08204-PJH

## EXHIBITS

# EXHIBIT-1

THE DISPOSITION SHEET OF
ALL CHARGES DROPPED
ON   02-26-2019

```
REPORT 6769      Q C X                          RUN 06/18/20 @ 10-26 PAGE    1
 (ROBERT MICHAEL                                     CTN 19008204 SON
    (                                         ) SFNO 5473075 INCN 191437788
                                             ) JAIL#19663795 W/M DOB 071269
                              DEFSTATUS COJ1 ) MCN      STRKS    CELL
                    JAILSF    022719/1649 ) OPLIC
BARGT DATE       ---------------- KEY DATES -----------------------------------
AFB 022619     REPOOK                        ) BRCN           .
        /              /                      ) BW  /              PSR
PROBSTAT       -                             ) INTR              PCD
SETBAIL $                                    )
---------------------------- SCHEDULED ON CALENDAR ----------------------------
022719/0900 M9/ AN
------------------------------------------------------------------------------
RR006845 BKD 148(A)1PC /M NOW 148(A)1PC /M RESIST/OBST/DLY PEACE OFCR/EMT
 COUNT   PLEA                           DISM  29
RR006846 BKD 602,1(B)PC/M NOW 602,1(B)PC/M INTERFERE PUBLIC AGENCY
 COUNT   PLEA    /                      DISM  29
RR006847 BKD 415PC      /M NOW 415PC      /M DISTURBING PEACE
 COUNT   PLEA    /                      DISM  29
RR006848 BKD 171B(A)PC /M NOW 171B(A)PC /M POSS WEAPN COURTHOUSE/PUB BLDG
 COUNT   PLEA    /                      DISM  29

MSG WAITING
```

EXHIBIT.1

# EXHIBIT-1.A

## SAN FRANCISCO MEDICAL REPORT

### PAGE 32

JHS Live03/24/21 13:01

## Encounter Report

ID:         19641 (2265974)  Date:    02/26/19 17:37
Patient:   Luckert,Michael L Provider: Chan,Edmund
BirthDate: 07/12/69         Type:    Triage
Location:                    Site:    County Jail 1

Triage Screening
Refused Triage Screening: No
Patient has Critical Charges: None
HigherLevel of Care Prior to Triage: No
General Appearance: Other Pt handcuffed to back, resistive with custody and escorted in by three
deputies. Pt got agitated after triage and placed into SC by custody due to DTO.
Patient Denies Urgent or Chronic Medical Condition
No Primary Care Provider
No Prescription Medication with Patient
No Medication Requiring Verification
Patient Denies Substances Used
Patient Denies Methadone Maintenance
No Hx of Positive PPD
Patient Denies Active TB Symptoms
Patient Denies Recent Injury
Current Abscesses or Infestations: Patient Denies
Patient Suicidal: No
Disposition: RTC PRN Intake Screening Safety CellDenies chronic medical conditions, psych referral
Blood Pressure Right Arm Sitting143/93 [Abnormal]
Pulse: Monitor121 [Abnormal]
Temperature Oral98.0
Additional
Have you had a HepA Vaccine: Unknown
Would you like a HepA Vaccine: No
Refused Vital Signs: No
BMI23.9
BHS Referral Pt resistive, and combative with custody. Talking to self during triage. Denied si/hi.
Placed into SC due to DTO
End-of-Report

(1.A)

EXHIBIT (A), M SAN Francisco Medical
REPORT Triage Screening

000032

# EXHIBIT-1.B

## SAN FRANCISCO MEDICAL REPORT

### PAGE 34  AND  35

Suicidal Behavior Question: No Reported he has been hospitalized before for "meth caused head banging on the wall" 20 years ago.

Suicide Risk Factors: Age 35 or Above Caucasian History of Substance Use Male

No Qualifying Charges

Summary of Suicide Risk Per CSSR, client is at low risk of suicide. Did not endorse SI.

No Risk to Harm Others

Plan

Current Clinical Presentation: Yes Client was observed pacing in the s/c, naked eventhough a blanket is available. Client had tattoos all over body, including face. Skinhead dropout per housing card. Met with writer at the s/c door and client was cooperative. Client presented with disorganized thought content, tangential speech. Poor orientation, says he has been in jail for a long time (came into custody today). But was able to report the date within a couple of days. Labile mood, smiled at times inappropriately when talking about past hospitalizations. Combative with deputies during intake, Now seems calm in s/c, and is cooperative with clinician. Appeared sad and teary, was reflective of his life and said he wanted to have a relationship. Does not know reason he is in jail, said he is arrested "for them to test my faith." Reported AH, denied cAH. Appeared to respond to internal stimuli, looking at his hands and talking to them after interview. Reported voices tell him he "needs to communicate with" writer and that "all people need to communicate." Denied VH, Denied thoughts of hurting himself or others. Mood is unstable and labile. Impulses not contained and was placed in s/c for DTO. Client is placed on 5150.

Housing Recommendations: Other

Treatment Recommendations: PES Transport RequiredClient is placed on 5150 for GD and DTO. Rationale for Recommendations Client is not well-known to BHS. 5150'ed for DTO and GD. Watch commander and JMS was informed.

BHS Standing Orders Correct: NoNo BHS Standing Orders

Additional

BHS ReferralPt resistive, and combative with custody. Talking to self during triage. Denied si/hi. Placed into SC due to DTO

Seen: Tue 02/26/19.

Active JBHSRepeat: Tue 02/26/19 NA

Arrest Date02/26/2019

End-of-Report

EXHIBIT (1.B) (B) SF San Francisco
MEDICAL REPORT

Page 1

000034

JHS Live03/24/21 13:01

## Encounter Report

ID:        19641 (2266032)  Date:    02/26/19 19:20

Patient:   Luckert,Michael L Provider: Yu,Laura

BirthDate: 07/12/69        Type:    BHS ZSFG Transfer

Location:                  Site:    County Jail 1

Arrest Date02/26/2019
Booking Number2019-00662217
Charges at Arrest 148(a)(1) :RESISTING, OBSTRUCTING, DELAYING OF A PEACE OFFICER
OR EMT
602.1(b);INTERFERING WITH A PUBLIC AGENCY
415:DISTURBING THE PEACE
171(b):POSSESSION OF WEAPON IN COURTHOUSE OR PUBLIC BUILDING
Legal Status: Misdemeanor
Safety Cell
Safety Cell Date; 02/26/2019
Safety Cell Time: 17:50
Safety Cell Placement Reason: Danger to Self,Danger to Others Per S/C sheet: Client was "combative
with arresting officers. Resistive with triage process. Did not answer if he was suicidal."
Fifty One Fifty Date: 02/26/2019
Fifty One Fifty Time: 18:30
DiagnosisPsychotic disorder (provisional)
Pre-5150 Housing
Roommate Prior to Safety Cell: No
Reason for 5150
Fifty One Fifty Reason: DTO,GD
Justification for 5150 Resistive of arresting officer and with jail deputies. Came in with feces on
clothing. Disorganized thought content, tangential. Confused, "don't know" if he is on substances.
Thinks he has been in jail for days (came in today). Intermittently answers questions appropriately.
Reported AH, appeared to talk to self and his hand. Pacing naked in the safety cell. Labile mood,
laughing inappropriately. Then appears teary and sad, and seems reflective.
Hx of Suicide Attempts: YesReported head banging in the past
Hx of Dangerous Behavior
In the Community: true
Toward Staff: true
Gang Affiliation: true
-Reported head banging when on meth that led to previous hospitalizations.
- resistive with deputies and police today
-Skinhead dropout
Eating or Hydration IssuesUnknown
Sleep IssuesUnknown
Hygiene IssuesFeces on clothes at intake
Medications Ordered and ComplianceNo known psych meds
Behavior Qualifiers Before Jail ReturnImprove in orientation to reality.
BHS Standing Orders Correct: YesActive JBHS
NotificationsNotified watch commander Lt. Martindale and JMS nurse.
End-of-Report

EXHIBIT (B)mu(1·B) San Francisco Medical Report
Page 2

# EXHIBIT-1.C

## SAN FRANCISCO MEDICAL
## REPORT PAGE 39

JHS Live 03/24/21 13:01

## Encounter Report

| | | | |
|---|---|---|---|
| ID: | 19641 (2266607) | Date: | 02/27/19 09:33 |
| Patient: | Luckert,Michael L | Provider: | Lundbohm,Adrian |
| BirthDate: 07/12/69 | | Type: | BHS Progress Note |
| Location: | | Site: | County Jail 1 |

**Subjective**
Subjective IT "I don't even know why I'm in here. (It says you were combative with arresting officers) That's untrue, they beat me up and were fucking with me. (Where are you from?) East Bay originally. (Where do you live now?) San Francisco, I'm homeless now. (How long have you been homeless?) About 4 weeks, maybe longer. I was living at 1010 Bush Street, it's a Residence Inn but I was paying monthly. (Have you ever taken psych meds?) No. But I need to get out of here and go to an appointment (What's the appointment?) I was supposed to go to a treatment center not to like go there just for an appointment at 11 o'clock. (What's it for?) I'm in drug court and I was mandated to it. I don't want to miss it. (What is your drug of choice?) I don't use drugs. (How would a person make it into drug court without using drugs?) It's not only for drug users. (Have you ever used?) Yeah, awhile ago I used to use meth. (Any history of suicide attempts?) No. (5150?) Once like 25 years ago but it was in the East Bay. (Suicidal now?) No. (Are you going to cooperate with SFSD?) Yes sir no problem."

**Objective**
Reason for Visit: Safety Cell
Safety Cell Date: 02/26/2019
Safety Cell Time: 17:50
Safety Cell Placement Reason: Danger to Self,Danger to Others
"combative with arresting officers. Resistive with triage process. Did not answer if he was suicidal." Objective IT Client was seen at the door of CJ1 safety cell. Client's mood was neutral, he was polite with this writer and willing to answer questions. Client did not seem to be fully honest throughout interview, but when reminded that collateral information is available to this writer he was able to give more accurate answers. He does not present as confused, he presents as intentionally misleading. Client's thoughts were linear and organized, no paranoid or delusional content noted. Client denied auditory or visual hallucinations and did not present as internally preoccupied. Was observed yelling out of the cell earlier this morning, client presents as impulsive and likely coming off substances. He denied being combative with arresting officers although reported by at least 6 Deputies working yesterday. He did admit to defecating in his pants and he said it was due to struggling with officers. Client denied life threatening ideation and has been calm for the past 4 hours. He appears to have regained impulse control.

**Assessment**
Assessment IT 5150 canceled. Notified I, Albert who is coordinating with 7L, Lt. Daggs and JMS. Per Lt. Dagss clients charges are stopped, he will remain in custody to fingerprint but should be out shortly. He does not require a PES drop off and is appropriate to re-enter the community. Client is signed out of the safety cell. In the event that he stays in custody, he does not present with symptoms that would warrant ongoing JBHS care. His combativeness appears due to Axis II traits and substance abuse, rather than a mood or thought disorder.

DX: Amphetamine Abuse, r/o Personality Disorder NOS
BHS Standing Orders Correct: YesActive JBHS
End-of-Report

(1.C)

EXHIBIT (E) San Francisco MEDICAL REPORT

# EXHIBIT-1.D

## SAN FRANCISCO MEDICAL
## REPORT     PAGE 40

JHS Live03/24/21 13:01

## Encounter Report

ID:       19641 (2267285)  Date:   02/27/1919:10
Patient:    Luckert,Michael L Provider: System,Administrator
BirthDate: 07/12/69        Type:   Discharge
Location:                  Site:   County Jail 1
Active JBHS02/26/19 NA
Discontinued. Patient Discharged
End-of-Report

EXHIBIT-1·D  SAN FRANCISCO
JAIL MEDICAL REPORT

# EXHIBIT - I.E

## DECLARATION OF BRIAN MENDOZA

AFTER OBSERVING COVERING AND DEEMING AT THE DECLINE UNRULY THE CITY OF COLUMBIA

About his Head Pushing

During Intake I/m was Resistive and not following orders. He tried

To kick multiple Deputies 2019

| Last Name: | First Name: | Middle | (SP#) Local ID Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SFSO-SPR01A-062008

EXHIBIT (T.E)(E)M, DECLARATION OF
BRIAN MENDOZA

# EXHIBIT-1·F

DECLARATION OF
BRIAN MENDOZA

# SAN FRANCISCO FIELD ARREST CARD

| SFSD BOOKING #: | | | SFPD Booking # |
|---|---|---|---|

| CASE #: 190·143·7798 | Booking Last Name: Luckert | Booking First Name: Michael | Booking Middle Name: | DOB: |
|---|---|---|---|---|

| Local ID # (SFNO) | AKA -Last Name: | AKA -First Name: | Pref Pronoun: He( ) She( ) They( ) Other( ) None( ) |
| Preferred Title: Mr. ( ) Ms. ( ) Other ( ) |

| PID Hit ( ✓ ) Yes ( ) No | Residence Address: Transient | Date of Arrest 2/26/19 | RACE: (Check One) |
| Name: ___ Star# 2224 | | | ( ) American Indian/Alaskan |
| CDL # / State | Location of Arrest: 30 Grove Street | Time of Arrest 1625 Hrs | ( ) Asian/Pacific Islander |
| | | | ( ) Black ( X White ( ) Unknown |

| CII # | Prior to Booking: ( ) Combative ( ) Use of Force ( ) Medical Assessment | Sex: Male ( ✓ ) Female ( ) | Ethnicity: White |
| | *If ANY are checked, provide explanation on the back of the card | Non-Binary ( ) | Jail Health-Medical Triage |
| FBI # | Agency: SFSD    Reason NOT Cited: | Gender Identity | ( ) Cleared for booking |
| | Unit: 1V20 TDA | | ( ) Refused for booking |
| CWB Check: Name / Star # | DV Related ( ) Yes ( ) No Property Booked Into Evidence Y ( ) N ( ) | TGN ___ | JHS: ___ Time: ___ |
| LENA #500 | Consular Notification ( ) Yes ( ) No Penal Code 834(c)PC    Check IF | Search Pref: ___M ___F | JHS Remarks: |
| Global Subject File# | Deputy: ___ Star# ___ Attempted | No Pref  Star# | |

| Arresting Officer  A#/Star# SMITH  #2275 | | Print Legibly | Attempt F/M/I | SEARCHES |
|---|---|---|---|---|
| Arresting Officer  A#/Star# GUTIERREZ #1428 | Charge 1 | 1203.2PC | ☐ | Counter |
| Supervisor  A#/Star# MERCADO #1982 | Charge 2 | 148(a) PC | ☐ M | By ___ Star# ___ |
| Notifications Made | Charge 3 | 602.1(b) PC | ☐ M | A# ___ Star# ___ |
| Name: | | | | SFSD |
| Phone# | | | | P&P Strip ( ) Pat ( ) |
| Relationship (check one) | Charge 4 | 171b(a) PC | ☐ M | Deputy: ___ Star# ___ |
| ( )Officer( )Parole( )Probation | | | | SEARCH COMPLETED |
| Remarks: | | | | P&P: Strip ( ) Pat( ) |
| | | | | Time of Search ___ |
| | | | | Deputy: |
| | | | | Star: |
| Last/First: | | Sub Codes: | | Class Level: |

EXHIBIT-1.F

Declaration of Brian Mendoza

# EXHIBIT - 1.G

## VALLEY CARE MEDICAL
## PLEASANTON

Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

VALLEYCARE PLEASANTON   Luckert, Michael
5555 W Las Positas Blvd   MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000   Visit date: 3/1/2019

## 03/01/2019 - Appointment in VCP Diagnostic Radiology

### Visit Information

#### Appointment Information

**XR5INPATIENT**
3/1/2019 12:55 PM

**Completed**

| Time | Provider | Department | Length |
|------|----------|-----------|--------|
| 12:55 PM | VCP XR 04 | VCP DIAGNOSTIC RADIOLOGY | 5 min |

| Referral Provider: | TJOE, ANDREAS | Arrival Time: | 12:51 PM |
|---|---|---|---|

**History**

| Made On: | 3/1/2019 12:51 PM | By: | Gill, Italo, RT | RIS |
|---|---|---|---|---|
| Checked In: | 3/1/2019 12:51 PM | By: | Gill, Italo, RT | ES |
| EOD Status: | 3/5/2019 12:11 AM | By: | Eod, Processing | ES |

### Medication List

#### Medication List

Cannot display patient medications because the patient has not yet been checked in.

### Imaging

#### Imaging

##### XR Hand 3 Views Left (Final result)

| XR Hand 3 Views Left | Resulted: 03/01/19 1321, Result status: Final result |
|---|---|

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD

Order status: Completed
Filed by: Shc, In-Radiant Results Multiple Systems  03/01/19 1324

Performed: 03/01/19 1251 - 03/01/19 1311
Resulting lab: RADIOLOGY
Narrative:

Accession number: VC14336047

RADIOGRAPHIC EXAMINATION OF THE BILATERAL HANDS: 3/1/2019 12:55

CLINICAL HISTORY: 49 years of age, Male, pain and swelling following trauma.

COMPARISON: None.

PROCEDURE COMMENTS: 3 views of the bilateral hands.

FINDINGS:

There is no visible fracture or malalignment. The joint spaces are preserved. There is regional soft tissue swelling. There is a punctate hyperdensity in the distal left thumb.

Impression:
IMPRESSION:

1. No fracture or malalignment.
2. Punctate hyperdensity in the distal left thumb may represent external artifact versus foreign body.

Physician to Physician Radiology Consult Line: (650) 736-1173



Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON          Luckert, Michael
5555 W Las Positas Blvd        MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000       Adm: 3/1/2019

## 03/01/2019 - ED in VCP Emergency Department

## Reason for Visit

### Chief Complaint
- Hand Swelling (Pt reports injury to bilateral hands by PD, both hands are swollen and pt reporting pain, bilt sens, +cap, +pulses.)

### Visit Diagnoses

| Name | ICED? |
|---|---|
| Contusion of hand, unspecified laterality, initial encounter (primary) | Yes |
| Contusion, shoulder and upper arm, multiple sites, unspecified laterality, initial encounter | Yes |
| Rib contusion, left, initial encounter | Yes |

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 03/01/2019 1215 | Admit Date/Time: | 03/01/2019 1217 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Home | Admit Category: | |
| Means of Arrival: | Police-other | Primary Service: | Emergency | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | STANFORD HEALTH CARE | Unit: | VCP Emergency Department |
| Admit Provider: | | Attending Provider: | Tjoe, Andreas, MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 03/01/2019 1412 | Jail Or Prison | Jail | None | VCP Emergency Department |

### Follow-up Information

| Follow-up With | Details | Why | Contact Info |
|---|---|---|---|
| Your doctor | | | |

## Treatment Team

| Provider | Service | Role | Specialty | From | To |
|---|---|---|---|---|---|
| Tjoe, Andreas, MD | Emergency Medicine | Attending Provider | Emergency Medicine | 03/01/19 1223 | 03/01/19 1412 |
| Maher, Shannon, RN | — | Registered Nurse | — | 03/01/19 1219 | — |

## Events

### ED Arrival at 3/1/2019 1215
Unit: VCP Emergency Department

### Admission at 3/1/2019 1217

| | | |
|---|---|---|
| Unit: VCP Emergency Department | Room: ED16 | Bed: 16 |
| Patient class: Emergency Services | Service: Emergency | |

### ED Roomed at 3/1/2019 1217

| | | |
|---|---|---|
| Unit: VCP Emergency Department | Room: ED16 | Bed: 16 |
| Patient class: Emergency Services | Service: Emergency | |

### Discharge at 3/1/2019 1412

| | | |
|---|---|---|
| Unit: VCP Emergency Department | Room: ED16 | Bed: 16 |
| Patient class: Emergency Services | Service: Emergency | |

### Discharge at 3/1/2019 1412

| | | |
|---|---|---|
| Unit: VCP Emergency Department | Room: ED16 | Bed: 16 |
| Patient class: Emergency Services | Service: Emergency | |

**Official Copy**

Stanford
HEALTH CARE

STANFORD MEDICINE

VALLEYCARE PLEASANTON
5555 W Las Positas Blvd
Pleasanton CA 94588-4000

Luckert, Michael
MRN: 75861773, DOB: 7/12/1969, Sex: M
Adm: 3/1/2019

**03/01/2019  ED in VCP Emergency Department (continued)**

## Events (continued)

### Medication List

#### Medication List
This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

##### Prior To Admission
None

##### Discharge Medication List
None

##### Stopped In Visit
None

### ED Provider Note

#### ED Provider Notes by Tjoe, Andreas, MD at 3/1/2019 1:29 PM

Author: Tjoe, Andreas, MD
Filed: 3/1/2019 1:51 PM
Editor: Tjoe, Andreas, MD (Physician)

Service: —
Date of Service: 3/1/2019 1:29 PM

Author Type: Physician
Status: Signed



Stanford
HEALTH CARE

STANFORD MEDICINE

ValleyCare

## Emergency Department
## Provider Note

| Name: Michael Luckert | ED Arrival: 3/1/2019 12:17 PM |
|---|---|
| MRN: 75861773 | Room #: 16 |

### History & Physical

**Triage:**
**Chief Complaint**
Patient presents with
• Hand Swelling
    Pt reports injury to bilateral hands by PD, both hands ae swollen and pt reporting pain
    diffusely, +csm, +pulses.

**HPI**
49 Y male here for medical clearance. Patient said that he was assaulted by the police
officers on Tuesday. He said he was beat up. Now has swollen hands bilaterally and
right shoulder pain. Denies chest pain. He does have a visible bruise to the left lower rib.
No shortness of breath.
No fevers, cough.

Printed on 3/10/21  8:39 AM

Stanford
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd      MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000    Adm: 3/1/2019

## 03/01/2019 - ED In VCP Emergency Department (continued)

ED Provider Note (continued)

---

Physical Exam
**VITAL SIGNS:**
Visit Vitals:

|          | 03/01/19 1221      |
|----------|--------------------|
| BP:      | 120/68             |
| Pulse:   | 67                 |
| Resp:    | 20                 |
| Temp:    | 36.9 °C (98.5 °F)  |
| TempSrc: | Oral               |
| SpO2:    | 98%                |

CONSTITUTIONAL: Well appearing male in NAD, non toxic appearing.
EYES: EOMI, normal conjunctiva, PERRLA
ENT: normal oropharynx with no exudates, moist oral mucosa, normal external ears
NECK: Supple, no vertebral tenderness
CARDIOVASCULAR: Normal S1, S2. Regular rate and rhythm, no murmurs, rubs, or gallops.
RESPIRATORY: normal respiratory effort, clear to auscultation, no wheezing, rales or rhonchi
ABDOMEN: non-distended, soft, non tender, no guarding, no rebound.
MSK: Full range of motions in all extremities, normal gait. Both hands are swollen and the dorsal aspect. Has some excoriations on the fingers
NEURO: normal sensory, motor, normal speech and follows commands appropriately
SKIN: Warm and dry. No rash, lesions.

---

Procedures
  **Expand/Collapse Notes**

Labs & Imaging

---

ED Physician and Radiology Interpretations:
(For Limited US, complete procedure note)
XR Shoulder 2 Views Right
Final Result
IMPRESSION:

1. No acute fracture or malalignment.

Physician to Physician Radiology Consult Line: (650) 736-1173

Signed

---



Official Copy
**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON   Luckert, Michael
5555 W Las Positas Blvd      MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000    Adm: 3/1/2019

**03/01/2019 - ED in VCP Emergency Department (continued)**

**ED Provider Note (continued)**

XR Hand 3 Views Left
Final Result
IMPRESSION:

1. No fracture or malalignment.
2. Punctate hyperdensity in the distal left thumb may represent external artifact versus foreign body.

Physician to Physician Radiology Consult Line: (650) 736-1173

Signed

XR Hand 3 Views Right
Final Result
IMPRESSION:

1. No fracture or malalignment.
2. Punctate hyperdensity in the distal left thumb may represent external artifact versus foreign body.

Physician to Physician Radiology Consult Line: (650) 736-1173

Signed

**Medical Decision Making**

Initial Ddx, assessment and plan: 49-year-old male here for medical clearance status post physical artery locations with police. Hands do show some swelling however x-rays obtained and they are negative. Right shoulder Xray also negative.
Motrin for pain. Stable for discharge. Medically cleared

**ED Treatment:**
Labs ordered:
None

Medications
Ibuprofen (MOTRIN) tablet 600 mg (600 mg Oral Given 3/1/19
1336)

Consults ordered:
None

**Clinical Decision Rules**

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd      MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000    Adm: 3/1/2019

## 03/01/2019 - ED In VCP Emergency Department (continued)

**ED Provider Note (continued)**

**ED Course, Data Review & Interpretation:**

**Disposition:**
Diagnosis:
Contusion of hand, unspecified laterality, initial encounter
Contusion, shoulder and upper arm, multiple sites, unspecified laterality, initial
encounter
Rib contusion, left, initial encounter
Disposition: Discharge
   Admitting Attending: No admitting provider for patient encounter.
   OR
   Follow up: Your doctor

**New Prescriptions**
No medications on file

**Expand/Collapse Notes**
**Critical Care**
Not applicable

Electronically signed by Tjoe, Andreas, MD at 3/1/2019 1:51 PM

**ED Notes**

**ED Notes by Montano, Briana, RN at 3/1/2019 2:07 PM**

Author: Montano, Briana, RN            Service: —                                 Author Type: Registered Nurse-ED
Filed: 3/1/2019 2:08 PM                    Date of Service: 3/1/2019 2:07 PM    Status: Signed
Editor: Montano, Briana, RN (Registered Nurse-ED)

Discussed with case management, patient cleared for discharge.

Electronically signed by Montano, Briana, RN at 3/1/2019 2:08 PM

**ED Care Timeline**

**Patient Care Timeline (3/1/2019 12:15 to 3/1/2019 14:12)**



Official Copy
**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd    MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000    Adm: 3/1/2019

03/01/2019 - ED in VCP Emergency Department (continued)

### ED Care Timeline (continued)

| 3/1/2019 | Event | Details | User |
|---|---|---|---|
| 12:15 | Patient arrived in ED | | Achaigua, Jenesis |
| 12:15:28 | Emergency encounter created | | Achaigua, Jenesis |
| 12:15:55 | Arrival Complaint | medical clearance | |
| 12:17:23 | Patient roomed in ED | To room ED16 | Koon, Donna, RN |
| 12:19 | Triage Start | **Triage Start**<br>Triage Start: STARTING TRIAGE | Maher, Shannon |
| 12:18:28 | Assign Nurse | Maher, Shannon, RN assigned as Registered Nurse | Maher, Shannon |
| 12:19:48 | Triage Started | | Maher, Shannon |
| 12:21 | Initial Questions | **Treatment PTA**<br>Treatment PTA: Ice | Maher, Shannon |
| 12:21 | Vitals | **Pain Assessment**<br>Pain Scale Instruction: Yes<br>Pain Level - 1st Site: 7<br>Does Patient have Chronic Pain: No<br>**Pain - 1st Site**<br>Pain Level - 1st Site: 7<br>Pain Orientation - 1st Site: R<br>Pain Location - 1st Site: Hand<br>Pain Description - 1st Site: At Rest; Aching<br>Pain Intervention - 1st Site: Ice/Cold Pack<br>Does the patient have an additional pain location?: Yes<br>**Pain - 2nd Site**<br>Pain Orientation - 2nd Site: L<br>Pain Location - 2nd Site: Hand<br>Pain Description - 2nd Site: At Rest; Aching<br>Pain Intervention - 2nd Site: Ice/Cold Pack<br>**Vitals**<br>BP: 120/68<br>Mean Arterial Pressure (Calculated): 85 mmHg<br>Temp: 36.9 °C (98.5 °F)<br>Temp Source: Oral<br>Pulse: 67<br>Resp: 20<br>SpO2: 98 %<br>O2 Delivery: RA | Maher, Shannon |
| 12:21 | Custom Formula Data | **Relevant Labs and Vitals**<br>Temp (in Celsius): 36.9<br>**Pain 1st Site**<br>(RN Documented) Pain Orientation: R<br>(RN Documented) Pain Location: Hand<br>**Pain 2nd Site**<br>(RN Documented) Pain Orientation 2nd Site : L<br>(RN Documented) Pain Location 2nd Site : Hand | Maher, Shannon |
| 12:21:07 | Chief Complaints Updated | Hand Swelling (Pt reports injury to bilateral hands by PD, both hands as swollen and pt reporting pain diffusely, +csm, +pulses.) | Maher, Shannon |
| 12:21:28 | Allergies Reviewed | | Maher, Shannon |

000016

Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd      MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000    Adm: 3/1/2019

## 03/01/2019 · ED in VCP Emergency Department (continued)

### ED Care Timeline (continued)

| 12:52 | Infection Screening | Infection Screening | Maher, Shannon |
|---|---|---|---|
| | | Have you had/ever had a previous Infection?: No | |
| | | Tuberculosis (TB) symptom(s) present: None | |
| | | Current or recent tuberculosis diagnosis and/ or on TB medication : No or not applicable | |
| | | Active diarrhea in the previous 48 hours: No or N/A | |
| | | Skin problems on assessment: None | |
| | | Influenza like symptoms: None | |
| | | Within the preceeding 6 months patient traveled outside of the United States or immigrated to the United States: No | |

| 12:52 | Custom Formula Data | Pain 1st Site | Maher, Shannon |
|---|---|---|---|
| | | (RN Documented) Pain Orientation: L | |
| | | (RN Documented) Pain Location: Hand | |
| | | Pain 2nd Site | |
| | | (RN Documented) Pain Orientation 2nd Site : R | |
| | | (RN Documented) Pain Location 2nd Site : Hand | |

| 12:52:01 | Imaging Exam Started | XR Hand 3 Views Right | Gill, Italo, RT |
|---|---|---|---|
| 12:52:11 | Imaging Exam Started | XR Shoulder 2 Views Left | Gill, Italo, RT |

| 12:53 | Triage Plan | Room Precaution | Maher, Shannon |
|---|---|---|---|
| | | Patient Meets Criteria for Isolation: Not applicable | |
| | | Triage Destination | |
| | | Patient ESI Level: 4 | |
| | | Destination: Emergency Department | |

| 12:53 | Initial Questions | Treatment PTA | Maher, Shannon |
|---|---|---|---|
| | | Treatment PTA: Ice | |
| | | Domestic Abuse Screening | |
| | | Because difficult relationships can cause health problems, we are asking all of our patients the following question: Does a partner, or anyone at home, hurt, hit, or threaten you or take advantage of you financially?: Patient answers "No" | |
| | | Does RN have reason to believe a Social Work Consult is needed to assess abuse or neglect risk?: No | |
| | | Risk of Suicide | |
| | | Do you feel down, depressed, or hopeless?: Yes | |
| | | (Retired) Suicide Rating Scale: Columbia-Suicide Severity Rating Scale (C-SSRS) | |
| | | Do you wish you were dead or have you had thoughts of killing yourself?: No | |

| 12:53 | Intervention(s) | Intervention(s) | Maher, Shannon |
|---|---|---|---|
| | | Intervention(s): Ice | |

| 12:53:03 | Pain reassessment completed | | Maher, Shannon |
|---|---|---|---|
| 12:53:08 | Allergies Reviewed | | Maher, Shannon |

| 12:54 | STAMP Assessment | STAMP Assessment | Maher, Shannon |
|---|---|---|---|
| | | STAMP Assessment: None at present time | |

| 12:54:06 | Triage Completed | | Maher, Shannon |
|---|---|---|---|

000018



Offical Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd        MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000      Adm: 3/1/2019

## 03/01/2019 - ED in VCP Emergency Department (continued)

### ED Care Timeline (continued)

| | | | |
|---|---|---|---|
| 13:24:14 | **Imaging Result** | XR Hand 3 Views Left | Shc, In-Radiant Results Multiple Systems |
| 13:31:30 | **XR Shoulder 2 Views Right Resulted** | Collected: 3/1/2019 13:29 Last updated: 3/1/2019 13:34 Status: Final result | Shc, In-Radiant Results Multiple Systems |
| 13:31:35 | **Orders Acknowledged** | New - Ibuprofen (MOTRIN) tablet 600 mg | Maher, Shannon |
| 13:31:45 | **History Reviewed** | Sections Reviewed: Medical, Surgical, Family, Tobacco, Alcohol, Drug Use, Custom | Tjoe, Andreas, MD |
| 13:34:35 | **Imaging Result** | XR Shoulder 2 Views Right | Shc, In-Radiant Results Multiple Systems |
| 13:35:08 | **Home Medications Reviewed** | | Maher, Shannon |
| 13:36 | **Medication Given** | Ibuprofen (MOTRIN) tablet 600 mg - Dose: 600 mg ; Route: Oral ; Scheduled Time: 1317 | Maher, Shannon |
| 13:51 | **Patient/CareGiver/ MSE** | **Medical Screen Exam** Medical Screen Exam: I have performed a medical screening examination on this patient and no emergency medical condition exists at this time | Tjoe, Andreas, MD |
| 13:51:46 | **Discharge Disposition Selected** | ED Disposition set to Discharge | Tjoe, Andreas, MD |
| 13:51:46 | **Disposition Selected** | | Tjoe, Andreas, MD |
| 13:51:50 | **ED Provider Notes** | Note filed at this time | Tjoe, Andreas, MD |
| 13:51:50 | **ED Attending Note Signed** | ED Prov Note filed by Tjoe, Andreas, MD | Tjoe, Andreas, MD |
| 14:01 | **Homeless Discharge Checklist** | **Homeless Discharge Checklist - Nursing Documentation** The homeless patient has been offered a meal: Yes The homeless patients has been offered weather-appropriate clothing: Yes | Maher, Shannon |
| 14:02:57 | **AVS Printed** | | Maher, Shannon |
| 14:02:58 | **AVS Printed** | | Maher, Shannon |
| 14:02:58 | **AVS Printed** | ED Additional Information Jail/Medical Screening Examination Letter | Maher, Shannon |



**Official Copy**
**Stanford**
**HEALTH CARE**

VALLEYCARE PLEASANTON    Luckert, Michael
5555 W Las Positas Blvd       MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000     Adm: 3/1/2019

03/01/2019 - ED in SDF Emergency Department (continued)

| ED Care Timeline (continued) | | | Maher, Shannon |
|---|---|---|---|
| 14:04 | Homeless Discharge Checklist | **Homeless Discharge Checklist - Nursing Documentation** The physician or designee has communicated post-discharge medical needs to the homeless patient.: Yes The homeless patient has been provided with a prescription, if needed:  N/A The homeless patient has been offered or referred to screening for infectious disease : Yes The homeless patient has been offered vaccinations appropriate to the homeless patient's presenting medical condition: N/A **Homeless Discharge Checklist - Social Work Documentation** The homeless patient has been referred to a source of follow-up care, if medically necessary:  Yes The hospital has offered the homeless patient transportation after discharge to a maximum travel time of 30 minutes or a maximum travel distance of 30 miles of the hospital: N/A Reason patient was not offered transportation, or not applicable:: in custody The homeless patient has been provided with a medical screening examination and evaluation. At this time, follow-up behavioral health care is:: Not clinically indicated The homeless patient has been screened for, and provided assistance to enroll in, any affordable health insurance coverage for which he or she is eligible: Yes The homeless patient has been referred to homeless shelters:  N/A | |
| 14:07:41 | ED Notes | Discussed with case management, patient cleared for discharge. | Montano, Briana, RN |
| 14:09 | Transfer Disposition | E - Vitals (15 min before transfer) Pulse: 70 Resp: 18 BP: 125/87 | Severance, Susan, RN |
| 14:09 | Custom Formula Data | Hemodynamics Mean Arterial Pressure (Calculated): 100 mmHg | Severance, Susan, RN |
| 14:10 | Patient Discharge | **Patient Discharge** Reassessment of Chief Complaint:  discharged in US Marshall custody Patient Teaching: Discharge Instructions reviewed Discharge Mode: Ambulatory Accompanied by: Law Enforcement Discharge Transportation: Law Enforcement **Patient Discharge** Discharge AMA:  No | Severance, Susan, RN |
| 14:12 | Patient discharged | | Severance, Susan, RN |
| 14:12:14 | Patient Summary Extract Created | | Severance, Susan, RN |

---

## Imaging

### Imaging

**XR Hand 3 Views Left (Final result)**

Resulted: 03/01/19 1321, Result status: Final result

**XR Hand 3 Views Left**

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD

Order status: Completed
Filed by: Shc, In-Radiant Results Multiple Systems  03/01/19 1324
Accession number: VC14336047

Performed: 03/01/19 1251 - 03/01/19 1311
Resulting lab: RADIOLOGY
Narrative:



**Official Copy**
**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON
5555 W Las Positas Blvd
Pleasanton CA 94588-4000

Luckert, Michael
MRN: 75861773, DOB: 7/12/1969, Sex: M
Adm: 3/1/2019

## 03/01/2019 - ED in VCP Emergency Department (continued)

**Imaging (continued)**

RADIOGRAPHIC EXAMINATION OF THE BILATERAL HANDS 3/1/2019 12:55

CLINICAL HISTORY: 49 years of age, Male, pain and swelling following trauma.

COMPARISON: None.

PROCEDURE COMMENTS: 3 views of the bilateral hands.

FINDINGS:

There is no visible fracture or malalignment. The joint spaces are preserved. There is regional soft tissue swelling. There is a punctate hyperdensity in the distal left thumb.

Impression:
IMPRESSION:

1. No fracture or malalignment.
2. Punctate hyperdensity in the distal left thumb may represent external artifact versus foreign body.

Physician to Physician Radiology Consult Line: (650) 736-1173

Signed

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - RIS | RADIOLOGY | Unknown | Unknown | 11/22/10 0854 - Present |

**XR Hand 3 Views Left**

Resulted: 03/01/19 1251, Result status: In process

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD
Performed: 03/01/19 1251 - 03/01/19 1311
Resulting lab: RADIOLOGY

Order status: Completed
Filed by: Gill, Italo, RT  03/01/19 1251
Accession number: VC14336047

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - RIS | RADIOLOGY | Unknown | Unknown | 11/22/10 0854 - Present |

**Signed**
Electronically signed by Ye, Xin, MD on 3/1/19 at 1321 PST

**XR Hand 3 Views Right (Final result)**

Resulted: 03/01/19 1321, Result status: Final result

**XR Hand 3 Views Right**

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD

Performed: 03/01/19 1251 - 03/01/19 1311
Resulting lab: RADIOLOGY

Order status: Completed
Filed by: Shc, In-Radiant Results Multiple Systems  03/01/19 1324
Accession number: VC14336050

Narrative:
RADIOGRAPHIC EXAMINATION OF THE BILATERAL HANDS 3/1/2019 12:55

CLINICAL HISTORY: 49 years of age, Male, pain and swelling following trauma.



**HEALTH CARE**
STANFORD MEDICINE

VALLEYCARE PLEASANTON
5555 W Las Positas Blvd
Pleasanton CA 94588-4000

Luckert, Michael
MRN: 75861773, DOB: 7/12/1969, Sex: M
Adm: 3/1/2019

## 03/01/2019 - ED In VCP Emergency Department (continued)

Imaging (continued)

COMPARISON: None.

PROCEDURE COMMENTS: 3 views of the bilateral hands.

FINDINGS:

There is no visible fracture or malalignment. The joint spaces are preserved. There is regional soft tissue swelling. There is a punctate hyperdensity in the distal left thumb.

Impression:
IMPRESSION:

1. No fracture or malalignment.
2. Punctate hyperdensity in the distal left thumb may represent external artifact versus foreign body.

Physician to Physician Radiology Consult Line: (650) 736-1173

Signed

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - RIS | RADIOLOGY | Unknown | Unknown | 11/22/10 0854 - Present |

XR Hand 3 Views Right

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD
Performed: 03/01/19 1251 - 03/01/19 1311
Resulting lab: RADIOLOGY

Resulted: 03/01/19 1252, Result status: In process
Order status: Completed
Filed by: Gill, Italo, RT  03/01/19 1252
Accession number: VC14336050

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - RIS | RADIOLOGY | Unknown | Unknown | 11/22/10 0854 - Present |

Signed

Electronically signed by Ye, Xin, MD on 3/1/19 at 1321 PST

## XR Shoulder 2 Views Right (Final result)

XR Shoulder 2 Views Right

Ordering provider: Tjoe, Andreas, MD  03/01/19 1236
Resulted by: Ye, Xin, MD

Performed: 03/01/19 1252 - 03/01/19 1311
Resulting lab: RADIOLOGY
Narrative:
RADIOGRAPHIC EXAMINATION OF THE SHOULDER: 3/1/2019 13:05

Resulted: 03/01/19 1331, Result status: Final result
Order status: Completed
Filed by: Shc, In-Radiant Results Multiple Systems  03/01/19 1334
Accession number: VC14336052

CLINICAL HISTORY: 49 years of age, Male, pain following assault.

COMPARISON: None.

PROCEDURE COMMENTS: 3 views of the right shoulder.

# EXHIBIT-1·H

## VALLEY CARE PLEASANTON

Official Copy


Stanford
HEALTH CARE
STANFORD MEDICINE

VALLEYCARE:PLEASANTON   Luckert, Michael
5555 W Las Positas Blvd      MRN: 76861773; DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000   Adm: 3/1/2019

## 03/01/2019 - ED in VCP Emergency Department (continued)

### ED Care Timeline (continued)

| Time | Type | Documentation | Provider |
|---|---|---|---|
| 14:04 | Homeless Discharge Checklist | **Homeless Discharge Checklist - Nursing Documentation**<br>The physician or designee has communicated post-discharge medical needs to the homeless patient.: Yes<br>The homeless patient has been provided with a prescription, if needed: N/A<br>The homeless patient has been offered or referred to screening for infectious disease : Yes<br>The homeless patient has been offered vaccinations appropriate to the homeless patient's presenting medical condition: N/A<br>**Homeless Discharge Checklist - Social Work Documentation**<br>The homeless patient has been referred to a source of follow-up care, if medically necessary: Yes<br>The hospital has offered the homeless patient transportation after discharge to a maximum travel time of 30 minutes or a maximum travel distance of 30 miles of the hospital: N/A<br>Reason patient was not offered transportation, or not applicable:: In custody<br>The homeless patient has been provided with a medical screening examination and evaluation. At this time, follow-up behavioral health care is:: Not clinically indicated<br>The homeless patient has been screened for, and provided assistance to enroll in, any affordable health insurance coverage for which he or she is eligible: Yes<br>The homeless patient has been referred to homeless shelters: N/A | Maher, Shannon |
| 14:07:41 | ED Notes | Discussed with case management, patient cleared for discharge. | Montano, Briana, RN |
| 14:09 | Transfer Disposition | E - Vitals (15 min before transfer)<br>Pulse: 70<br>Resp: 18<br>BP: 125/87 | Severance, Susan, RN |
| 14:09 | Custom Formula Data | Hemodynamics<br>Mean Arterial Pressure (Calculated): 100 mmHg | Severance, Susan, RN |
| 14:10 | Patient Discharge | **Patient Discharge**<br>Reassessment of Chief Complaint: discharged in US Marshall custody<br>Patient Teaching: Discharge Instructions reviewed<br>Discharge Mode: Ambulatory<br>Accompanied by: Law Enforcement<br>Discharge Transportation: Law Enforcement<br>**Patient Discharge**<br>Discharge AMA: No | Severance, Susan, RN |
| 14:12 | Patient discharged | | Severance, Susan, RN |
| 14:12:14 | Patient Summary Extract Created | | Severance, Susan, RN |

## Imaging

### Imaging

#### XR Hand 3 Views Left (Final result)

| XR Hand 3 Views Left | Resulted: 03/01/19 1321, Result status: Final result |
|---|---|
| Ordering provider: Tjoe, Andreas, MD 03/01/19 1236<br>Resulted by: Ye, Xin, MD | Order status: Completed<br>Filed by: Sho, In-Radiant Results Multiple Systems 03/01/19 1324 |
| Performed: 03/01/19 1251 - 03/01/19 1311<br>Resulting lab: RADIOLOGY<br>Narrative: | Accession number: VC14336047 |

# EXHIBIT · 1 · I

## SANTA RITA JAIL MEDICAL INTAKE/RECEIVING SCREENING DOCUMENTS:

PAGE'S: 15, 128, 132, 134, 326

ON PAGE; 326 CALL DATE: 3-15-2019 1:36
SUBJECTIVE: Please Just Pay attention to
Patient reports 5/10 Pain on Right hand AND
8/10 Pain on L HAND FROM BEING HAND CUFFED
2½ weeks ago. Pt. states hes unable to
close his Left hand. Pt states he needs
Pain medication.

Case 4:19-cv-08204-PJH   Document 105-1   Filed 02/16/24   Page 33 of 98
Case 4:19-cv-08204-PJH   Document 85-1   Filed 08/05/22   Page 14 of 35

7/28/22, 7:32 AM

CorEMR - LUCKERT, MICHAEL LANDON - #ULW491 (07-12-1969) :: Full Patient History | v5.5.0

| | | | | Cheryl | 2019 7:08 pm |
|---|---|---|---|---|---|
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Contusion/redness: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Lacerations: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Incisions: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Soreness: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Swelling: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Other: | Bilateral hands tender and swollen | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Pain? | Yes | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Pain scale /10: | 3 | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | LOC: A/O x | 3 | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Pupils: | Equal | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Size Left Pupil: | Reactive | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Size Right Pupil: | Reactive | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Appearance: | Normal | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving | Affect: | Normal | Clark, Cheryl | 03-01-2019 7:08 pm |

(I.I)          (⁻)ML
EXHIBIT (I) Page 15

7/28/22, 7:32 AM                    CorEMR - LUCKERT, MICHAEL LANDON - #ULW491 (07-12-1969) :: Full Patient History | v5.05.0

| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | **Signs of depression? | No | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Anxiety? | No | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Emotional flatness? | No | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | **Incoherent or strange manner? (If yes, describe) | No | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Bruises: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Contusion/redness: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Lacerations: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Incisions: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Soreness: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Swelling: | Denies | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Other: | Bilateral hands tender and swollen | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Pain? | Yes | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | Pain scale /10: | 3 | Clark, Cheryl | 03-01-2019 7:15 pm |
| 148603 | Retired - Medical Intake Triage/Receiving Screening - CMG | LOC: A/O x | 3 | Clark, Cheryl | 03-01-2019 7:08 pm |
| 148603 | Retired - Medical Intake | Pupils: | Equal | Clark, Cheryl | 03-01-2019 |

EXHIBIT (I)\\ Page 128

7/28/22, 7:32 AM                    CorEMR - LUCKERT, MICHAEL LANDON - #ULW491 (07-12-1969) :: Full Patient History | v5.5.0

| 148603 | Initial Health History and Physical Exam (NCCHC) | Interpreter used? (If yes, list language and name of interpreter) *If Yes is marked, an alert will automatically generate for Interpreter Needed | No | Sadri, Maria | 03-13-2019 2:10 pm |
|---|---|---|---|---|---|
| 148603 | Initial Health History and Physical Exam (NCCHC) | *Pulse of 110 or greater; *Systolic BP of 180 or greater *Diastolic BP of 110 or greater *Temp of 100.0 or greater *SPO2 of less than 90 *Respirations of less than 12/min or greater than 24/min | [blank] | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Blood Sugar (if indicated): | na | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Current medications including psychotropics. List medication name, dose, frequency, last use, and reason: | no meds | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Medication Allergies? | nkda | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Other Allergies? | nkda | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Problem: | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | [blank] | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | [blank] | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Problem: *indicate which family member | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | [blank] | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | [blank] | no | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Hospitalizations/Operations? | If Yes, Describe: When? Where? (rt. and lt. hand pain went to valley memoria hospital x rays taken neg) | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Assistive Device? | No | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Diagnosed with STD in past 6 months? | No | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Any sexual contacts in the past 3 months diagnosed with STD? | No | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Recently had any of the following: Pain/burning with urination? Discharge from penis/vagina? Genital sores, blisters, ulcers? Unexplained rash on large area of the body? Lower abdominal pain? | No | Sadri, Maria | 03-13-2019 2:10 pm |

*EXHIBIT,*
*(1 · I)  page 132*

EXHIBIT (1 · I) page 132  ML

| | Physical Exam (NCCHC) | for Withdrawal History | | | | 2:10 pm |
|---|---|---|---|---|---|---|
| 148603 | Initial Health History and Physical Exam (NCCHC) | Hallucinogens: *If Yes, list Type, How Much, How Often, How Long, Last Use: | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Hallucinogens: History of Withdrawal? *If Yes is marked, an alert will automatically generate for Withdrawal History | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Tobacco: *If Yes, list Type, How Much, How Often, How Long, Last Use: | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Tobacco: History of Withdrawal? *If Yes is marked, an alert will automatically generate for Withdrawal History | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Ever had withdrawal tremors, seizures, or DT's associated with stopping alcohol? *If Yes is marked, an alert will automatically generate for Withdrawal History | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Orientation | Alert | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Appearance: | Normal | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Speech: | Clear/Coherent | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Mood: | Depressed | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Affect: | Appropriate | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Hallucinations: | None/Denies | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Delusions: | None | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Activity: | Appropriate | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Have you been diagnosed with schizophrenia, major depression, or bipolar disorder? *If Yes is marked, an alert will automatically generate for Mental Health Alert | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | History of Mental Health Disorder? *If Yes is marked, an alert will automatically generate for Mental Health Alert | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and Physical Exam (NCCHC) | Currently feeling hopeless/helpless? | No | | Sadri, Maria | 03-13-2019 2:10 pm |
| 148603 | Initial Health History and | Have you ever attempted suicide? | No | | Sadri, Maria | 03-13-2019 2:10 pm |

EXHIBIT (I.I) Page 134

Case 4:19-cv-08204-PJH   Document 165-1   Filed 08/26/24   Page 37 of 58
Case 4:19-cv-08204-PJH   Document 85-1   Filed 08/05/22   Page 20 of 35
CorEMR - LUCKERT, MICHAEL LANDON - #ULW491 (07-12-1969) :: Full Patient History | v5.5.0

7/28/22, 7:32 AM

| Call Date | 03-01-2019 7:14 pm |
|---|---|
| Clinician Name | Cheryl Clerk |
| Requested by Patient? | Yes |
| Subjective | 03-01-2019 7:14 pm - Clark, Cheryl : Patient screened in ITR |
| Objective | 03-01-2019 7:14 pm - Clark, Cheryl : See flow sheet for vital signs |
| Assessment | 03-01-2019 7:14 pm - Clark, Cheryl : Patient alert and oriented x 3. Patient denies any medical or mental health concerns. Patient denies any SI and HI. Patient denies any Drug / ETOH use. Patient cleared at Valley Care for Soft tissue injury / Sprain on bilateral hands. |
| Plan | 03-01-2019 7:14 pm - Clark, Cheryl : Patient given 500 mg Tylenol for 3/10 pain level on hands. Patient placed on NSC for F/U to hospital clearance |
| Education | 03-01-2019 7:14 pm - Clark, Cheryl : PEG about access to medical care |
| Recorded By | Clark, Cheryl |
| Notes Regarding Note Off | [blank] |

| Call Date | 03-15-2019 2:07 pm |
|---|---|
| Clinician Name | Gabriela Pamintuan |
| Requested by Patient? | No |
| Subjective | 03-15-2019 1:36 pm - Pamintuan, Gabriela : " I need to get my hand x rayed. It has been 2 weeks and it still seems broken between the webbing and the knuckle on my L hand," @1055. Patient reports 5/10 pain on R hand and 8/10 pain on L hand from being handcuffed 2 1/2 weeks ago. Pt states swelling in R hand subsided already. Pt states he's unable to close his L hand. Pt states he needs pain medication, states ibuprofen hurts his stomach. |
| Objective | 03-15-2019 1:36 pm - Pamintuan, Gabriela : AOX3, speech clear. Ambulates with steady gait. Skin w/d to touch. No noted swelling on R hand. Mild swelling noted on L hand. Pt has difficulty moving his L ring finger and middle finger. has difficulty making a fist. |
| Assessment | 03-15-2019 1:36 pm - Pamintuan, Gabriela : Alteration in comfort |
| Plan | 03-15-2019 1:36 pm - Pamintuan, Gabriela : Will consult the provider for pain medication<br>03-15-2019 2:07 pm - Pamintuan, Gabriela : Provider consulted VO given for meloxicam 7.5 mg PO BID prn x 7 days. Order read back noted and carried out. |
| Education | 03-15-2019 1:36 pm - Pamintuan, Gabriela : Advised to alert medical if swelling and pain is not resolved. Pt voiced understanding. |
| Recorded By | Pamintuan, Gabriela |
| Notes Regarding Note Off | [blank] |

| Call Date | 09-23-2019 1:47 pm |
|---|---|
| Clinician Name | Mi You |
| Requested by Patient? | Yes |
| Subjective | 09-23-2019 1:29 pm - You, Mi : ITR |
| Objective | [blank] |
| Assessment | [blank] |
| Plan | [blank] |
| Education | [blank] |
| Recorded By | You, Mi |
| Notes Regarding Note Off | [blank] |

| Call Date | 09-30-2019 1:14 pm |
|---|---|
| Clinician Name | Padmaja Murtinty |
| Requested | No |

EXHIBIT (1.I), page 326

# EXHIBIT - I.J

## ZUCKERBERG SAN FRANCISCO GENERAL HOSPITAL PAGE 1 AND2

* DO NOT PAY ATTENTION TO LEFT HAND 2-5 fingers that are in extreme PAIN.

**LUCKERT, MICHAEL LANDER**
49 y old Male, DOB: 07/12/1969. External MRN: 01836459
External Pt Account Number: 200059340581
Account Number: 01836459
At: TAYLOR STREET, SAN FRANCISCO, CA-91501087
Home: 415-198-3672

Insurance: THIS SPECIMEN 1 PRE

Appointment Facility: Urgent Care Clinic
Patient's Default Facility: Potrero Hill Health Center

04/17/2019

Progress Notes: Aldo Gomez, PA CHN#: 100834

**Current Medications**
Not-Taking/PRN
• Ibuprofen 600 MG Tablet 1 tablet with food or milk Orally Three times a day
• Ibuprofen 600 MG Tablet 1 tablet with food or milk as needed Orally Three times a day
• Penicillin V Potassium 500 MG Tablet 1 tablet Orally 3 x day
• Clindamycin HCl 300 MG Capsule 1 capsule Orally every 8 hrs

**Allergies**
N.K.A.

**Reason for Appointment**
1. LT HAND/BODY PAIN

**Assessments & Plan**
1. Pain in right hand - M79.641
2. Pain of left hand - M79.642

1. Bilat hand pain. Per radiology plain films clear. Please use rx as directed. F/u with PCP at PHHC.

**Treatment & Orders**
1. Pain in right hand
Start Voltaren Gel, 1 %, as directed, Transdermal, use as directed, 14 days, 1, Refills 0
   IMAGING: HAND AND WRIST LEFT
   IMAGING: HAND AND WRIST RIGHT

2. Pain of left hand
   IMAGING: HAND AND WRIST LEFT
   IMAGING: HAND AND WRIST RIGHT

**Disposition & Communication**
Discharge Disposition: Discharged, instructions/precautions given, Condition at Discharge: Good

**Follow Up**
prn

**History of Present Illness**
*Screening/ Risk Assessments:
   Nursing Assessment and history 49 yo male injured approx 2 mos ago. L> R fingers and hands. Numbness
   B/L Unable to close L fist completely. Seen at hospital in Dublin and told no fx. Pt feels may be fracture that xr done while hand swollen.
   Neg: open lac, head injury.
   PCP: needs
   Pharmacy: Wgreen's 5th/Market

*Tobacco Use
   *Smoking Status: never__
*Falls Risk Screening
   Have you fallen in the past six months? No __
*Depression
   In last 2 weeks have you been bothered by little Interest or pleasure in doing things No
   Feeling down, depressed, or hopeless No
*INTAKE:
   Means of Arrival
   : Ambulatory__
   Accompanied by:__, self.
Pain Assessment::
   Pain Screening
   Does the patient have pain? Yes__
   (IfYes) Pain quality: stiff, aching
   (IfYes) Pain location: 2-5 fingers L hand
   (IfYes) Pain frequency: Intermittent
   Relief Measures warmth, hot water

**Vital Signs**

| | HR | |
|---|---|---|
| 64 /min | 04/17/2019 10:46:07 AM | Alice Schwab |
| | RR | |
| 16 /min | 04/17/2019 10:46:07 AM | Alice Schwab |
| | Temp | |
| 36.5 C | 04/17/2019 10:46:07 AM | Alice Schwab |
| | Wt | |
| 180 lbs | 04/17/2019 10:46:07 AM | Alice Schwab |
| | Wt-kg | |
| 81.65 kg | 04/17/2019 10:46:07 AM | Alice Schwab |
| | Ht | |
| 68 in | 04/17/2019 10:46:07 AM | Alice Schwab |

EXHIBIT

Page 1 of 2


San Francisco
Department of Public Health

SFDPH MAIN SERVICE AREA  Lucker, Michael Landon
MRN: 01836459, DOB: 7/12/1969, Sex: M

## 04/17/2019 - Legacy Encounter in OUTPATIENT CONVERSIONS

### Imaging

#### Imaging

##### X-ray hand and wrist left (Final result)

**X-ray hand and wrist left**

Resulted: 04/17/19 1222, Result status: Final result

Order status: Completed
Filed by: Interface, Radiology Results Conversion 07/26/19 1821
Accession number: 4878425
Narrative:
HAND AND WRIST LT

Resulted by: Terry C.P. Lynch, MD
Performed: - 04/17/19 1138

Resulting lab: SAN FRANCISCO DEPT OF PUBLIC HEALTH

Indication For Exam: PAIN POST ARREST

Impression:

There is no evidence of fracture.

Joint spaces are normal with normal alignment.

Mineralization is normal.

There is no evidence of soft tissue swelling or calcifications.

Electronically signed by Terry Lynch on 4/17/2019 12:22 PM

My electronic signature on this consultation report indicates my direct involvement in the interpretation of the examination and/or the direct supervision of the entire procedure and agreement with the report.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 20 - SFDPH | SAN FRANCISCO DEPT OF PUBLIC HEALTH | Godfred, Masinde | 101 Grove ST, Room 419 San Francisco CA 94102 | 07/02/18 1041 - 01/24/20 1137 |

**Signed**

Electronically signed by Terry C.P. Lynch, MD on 4/17/19 at 1222 PDT

##### X-ray hand and wrist right (Final result)

**X-ray hand and wrist right**

Resulted: 04/17/19 1232, Result status: Final result

Order status: Completed
Filed by: Interface, Radiology Results Conversion 07/26/19 1821
Accession number: 4878426
Narrative:
HAND AND WRIST RT

Resulted by: Terry C.P. Lynch, MD
Performed: - 04/17/19 1138

Resulting lab: SAN FRANCISCO DEPT OF PUBLIC HEALTH

Indication For Exam: PT ARRESTED 52 MO AGO CONT POOR ROM

Impression:

There is no evidence of fracture of the right hand and wrist.

Joint spaces are normal with normal alignment.

Mineralization is normal.

There is no evidence of soft tissue swelling or calcifications.

EXHIBIT

OUT OF POCKET
EXPENSES FOR
GETTING KICKED
OFF THE READY TO
GO TO WORKLIST

# EXHIBIT - I·K

## CARPENTERS DUES CARD
## LOCAL 22 PAGE'S 1-3

**PATRICK MULLIGAN**
Financial Secretary



**CARPENTERS LOCAL UNION NO. 22**
2085 - 3rd STREET, SAN FRANCISCO, CA 94107
PH: (415) 355-1322 • FAX: (415) 355-1422
DISPATCH FAX: (415) 355-0816 www.local22.org

### OFFICIAL RECEIPT AND DUES CARD

Michael Luckert
111 Taylor St
San Francisco, CA 94102-2802

CARPENTERS LOCAL UNION NO. 22 DUES CARD

Michael Luckert
MbrID:U-5956-3998           Local: UBC00022
Class:MEMBER                Code : JOURNEYMAN
Rcpt#:794839               Date : 12/20/2018
Total Paid         : $51.00 CR
Dues Amount Paid          : $51.00
Assess/Other Paid        : $0.00
Unapplied/Overpay        : $0.00
Dues Paid Through Date    : 01/31/2019
Balance Due              : $0.00

**CARPENTERS LOCAL UNION NO. 22**
**PATRICK MULLIGAN**
Financial Secretary

Monthly Membership Meeting, 1st Tuesday of each Month - 7:00 PM
Meeting Location: 450 Harrison St., San Francisco, CA



Roll Call 1st & 3rd Thursdays of the Month: 7:00am - 12:00pm
Dispatch Office Hours: 7:00am - 9:00am & 3:00pm - 5:00pm
Dispatch Office E-mail: local22dispatch@nccrc.org
Carpenters Trust Fund: carpenterfunds.com, (888) 547-2054
Carpenters Training Center: ctcnc.org, (925) 462-9644
Drywall Training Center: ctcnc.org, (510) 785-6885

"DUES, CONTRIBUTIONS OR GIFTS TO CARPENTERS LOCAL UNION NO. 22 ARE NOT DEDUCTIBLE AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES. DUES PAID TO CARPENTERS LOCAL UNION NO. 22, HOWEVER, MAY QUALIFY AS BUSINESS EXPENSES, AND MAY BE DEDUCTIBLE IN LIMITED CIRCUMSTANCES SUBJECT TO VARIOUS RESTRICTIONS IMPOSED BY THE INTERNAL REVENUE CODE."

EXHIBIT (L), Page 1, DUES CARD FOR,
PROOF OF OUT OF POCKET EXPENSES

**PATRICK MULLIGAN**
Financial Secretary



**CARPENTERS LOCAL UNION NO. 22**
2085 - 3rd STREET, SAN FRANCISCO, CA 94107
PH: (415) 355-1322 • FAX: (415) 355-1422
DISPATCH FAX: (415) 355-0816 www.local22.org

**OFFICIAL RECEIPT AND DUES CARD**

Michael Luckert
111 Taylor St
San Francisco, CA 94102-2802

CARPENTERS LOCAL UNION NO. 22 DUES CARD

Michael Luckert

| | | |
|---|---|---|
| | Local: | UBC00022 |
| | Code : | |
| Class:MEMBER | Date : | 02/25/2019 |
| Rcpt#:800675 | : $51.00 CR | |
| Total Paid | : $51.00 | |
| Dues Amount Paid | : $0.00 | |
| Assess/Other Paid | : $0.00 | |
| Unapplied/Overpay | : $0.00 | |
| Dues Paid Through Date | : 03/31/2019 | |
| Balance Due | : $0.00 | |

(I·K)
DUES CARD FOR PROOF OF
EXHIBIT ( ), Page 2 / out of Pocket Expenses

## CARPENTERS LOCAL UNION NO. 22

**PATRICK MULLIGAN**
Financial Secretary

Monthly Membership Meeting, 1st Tuesday of each Month - 7:00 PM



Roll Call 1st & 3rd Thursdays of the Month, 7:00am - 12:00pm
Dispatch Office Hours: 7:00am - 9:00am & 3:00pm - 5:00pm
Dispatch Office E-mail: local22dispatch@nccrc.org
Carpenters Trust Fund: carpenterfunds.com, (888) 547-2054
Carpenters Training Center: ctcnc.org, (925) 462-9644
Drywall Training Center: ctcnc.org, (510) 785-5885

"DUES, CONTRIBUTIONS OR GIFTS TO CARPENTERS LOCAL UNION NO. 22 ARE NOT DEDUCTIBLE AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES. DUES PAID TO CARPENTERS LOCAL UNION NO. 22, HOWEVER, MAY QUALIFY AS BUSINESS EXPENSES, AND MAY BE DEDUCTIBLE IN LIMITED CIRCUMSTANCES SUBJECT TO VARIOUS RESTRICTIONS IMPOSED BY THE INTERNAL REVENUE CODE."

DUES CARD FOR PROOF OF
(1.K) Page 3
EXHIBIT ( ) Page 3 mL OUT of PocKeT EXPENS
mL

# EXHIBIT-I.L

CUSTODY ACTIVITY CEN.

9389699    PFN: ULW·491

## Custody Activity CEN: 9389699 PFN: ULW491

Name: LUCKERT, MICHAEL LANDON

| Arrest Date / Time | Booking Date / Time | HFAC | HFAC In Date / Time | In Status | HFAC Out Date / Time | Out Status | Days Served |
|---|---|---|---|---|---|---|---|
| 03/01/2019 / 11:00 AM | 03/01/2019 / 05:33 PM | 00S00 | 03/01/2019 / 11:00 AM | HELD | 03/25/2019 / 10:17 PM | REL | 25 |

Document printed using CRIMS web site

CONFIDENTIAL INFORMATION
NOT TO BE REPRODUCED
NOT FOR EMPLOYMENT PURPOSES



EXHIBIT

ALAMEDA COUNTY SHERIFF'S OFFICE
EDEN TOWNSHIP SUBSTATION
15001 FOOTHILL BLVD.
SAN LEANDRO, CA 94578

# EXHIBIT-I.M
## CARPENTERS DETAIL HOURS

CXR300
REQUESTED BY: RA
UBC:U5956399B

Carpenters Detail Hours
As Of Date: 06/23/2022
Carpenter Name -   LUCKERT, MICHAEL L

Date: 06/23/2022
PAGE: 2
Time: 05:55:23 AM

| ID NUMBER | CARPENTER NAME | OCC LVL | EMPLOYER NBR | EMPLOYER NAME | AGREE CODE | YEAR | WORK MONTH | HW HOURS | PENSION HOURS | PENSION CONTRIBUTIONS |
|---|---|---|---|---|---|---|---|---|---|---|
| U5956399B | LUCKERT, MICHAEL L | C | 036607-036607 | DOME CONSTRUCTION CORP | 021 | 2017 | 09/01/2017 | 24.00 | 24.00 | 231.60 |
| U5956399B | LUCKERT, MICHAEL L | C | 030811-058890 | TUTOR PERINI BUILDING CORP. | 141 | 2017 | 09/01/2017 | 46.00 | 46.00 | 414.95 |
| U5956399B | LUCKERT, MICHAEL L | C | 036607-036607 | DOME CONSTRUCTION CORP | 021 | 2017 | 10/01/2017 | 43.00 | 43.00 | 77.20 |
| U5956399B | LUCKERT, MICHAEL L | C | 036607-036607 | DOME CONSTRUCTION CORP | 021 | 2017 | 11/01/2017 | 8.00 | 8.00 | 328.09 |
| U5956399B | LUCKERT, MICHAEL L | C | 051807-093795 | I S E C INC | 021 | 2017 | 11/01/2017 | 34.00 | 34.00 | 173.70 |
| U5956399B | LUCKERT, MICHAEL L | C | 030811-058890 | TUTOR PERINI BUILDING CORP. | 141 | 2017 | 11/01/2017 | 18.00 | 18.00 | |
| U5956399B | LUCKERT, MICHAEL L | C | 037969-037969 | BOMEL CONSTRUCTION CO | 021 | 2017 | 12/01/2017 | 148.00 | 148.00 | 1,428.20 |
| | | | | | | **2017 Total** | | 1,087.50 | 1,087.50 | 10,420.33 |
| U5956399B | LUCKERT, MICHAEL L | C | 037969-037969 | BOMEL CONSTRUCTION CO | 021 | 2018 | 01/01/2018 | 13.00 | 13.00 | 125.45 |
| U5956399B | LUCKERT, MICHAEL L | C | 058743-058743 | BJORK CONSTRUCTION CO., INC. | 001 | 2018 | 05/01/2018 | 4.00 | 4.00 | 38.60 |
| U5956399B | LUCKERT, MICHAEL L | C | 058743-058743 | BJORK CONSTRUCTION CO., INC. | 001 | 2018 | 05/01/2018 | 76.00 | 76.00 | 752.70 |
| U5956399B | LUCKERT, MICHAEL L | C | 030811-058890 | TUTOR PERINI BUILDING CORP, | 141 | 2018 | 06/01/2018 | 2.00 | 2.00 | 19.30 |
| U5956399B | LUCKERT, MICHAEL L | C | 004126-059302 | CAHILL CONTRACTORS LLC | 021 | 2018 | 07/01/2018 | 24.00 | 24.00 | 242.40 |
| U5956399B | LUCKERT, MICHAEL L | D | 005402-050402 | R F J INC | 026 | 2018 | 07/01/2018 | 8.00 | 8.00 | 80.80 |
| U5956399B | LUCKERT, MICHAEL L | D | 005402-050402 | R F J INC | 026 | 2018 | 08/01/2018 | 189.00 | 189.00 | 1,908.90 |
| U5956399B | LUCKERT, MICHAEL L | D | 005016-051418 | PERFORMANCE CONTRACTING INC | 028 | 2018 | 09/01/2018 | 104.00 | 104.00 | 1,050.40 |
| U5956399B | LUCKERT, MICHAEL L | D | 005402-050402 | R F J INC | 026 | 2018 | 09/01/2018 | 40.00 | 40.00 | 404.00 |
| U5956399B | LUCKERT, MICHAEL L | D | 005016-051418 | PERFORMANCE CONTRACTING INC | 021 | 2018 | 10/01/2018 | 180.00 | 180.00 | 1,404.00 |
| U5956399B | LUCKERT, MICHAEL L | D | 005016-051418 | PERFORMANCE CONTRACTING INC | 021 | 2018 | 11/01/2018 | 20.00 | 20.00 | 202.00 |
| | | | | | | **2018 Total** | | 662.00 | 662.00 | 6,642.55 |
| U5956399B | LUCKERT, MICHAEL L | D | 057519-058141 | IRONWOOD COMMERCIAL BUILDERS INC | 028 | 2019 | 05/01/2019 | 2.00 | 2.00 | 20.20 |
| U5956399B | LUCKERT, MICHAEL L | D | 032912-032912 | PACE INC | 028 | 2019 | 05/01/2019 | 24.00 | 24.00 | 242.40 |
| U5956399B | LUCKERT, MICHAEL L | D | 032912-032912 | PACE INC | 028 | 2019 | 08/01/2019 | 139.00 | 139.00 | 1,445.58 |
| | | | | | | **2019 Total** | | 165.00 | 165.00 | 1,708.18 |
| | | | | | | **Grand Total** | | 4,373.50 | 4,373.50 | 19,267.00 |

ML
EXHIBIT B (I.M), Carpenters detail hours

# EXHIBIT-1·N

ORIGINAL COMPLAINT UNDER
THE CIVIL RIGHTS ACT, 42 U·S·C·S
1983, Document 1 Filed 12/17/19, Page 4, Line
4 —5

## III Statement of Claim. (Continued)

1. Then the officer told me to roll over on my stomach.
2. I complied. Then officer: D. Smith #2275 put his full weight
3. on my back again and grabed my already swollen wrists
4. and bent it backwards. At this time the police officer's
5. took turns on me. Doing the same thing. This whole time
6. I am screaming to stop it hurts, Fuck. Then "officer:
7. D. Smith" got on top of me again bending my left wrist
8. and fingers out of joint until I heard a loud pop. "officer:
9. D. Smith" keep doing this for a little bit more. Then
10. finally took the cuffs off. This whole time there where
11. police officer's at the cell door watching. I hold them
12. responsible as well for letting the pain and suffering
13. to continue to happen. "causing me more pain and
14. suffering." I then sat in the cell for 2 days with
15. out no kind of medical attention for my hands and
16. fingers. Causing me even more pain and suffering. These
17. actions by the one officer: D. Smith and by the San
18. Francisco Police, which will be determined, and
19. medical staff has caused pain in my hand muscles,
20. finger joints and nerves. In my left hand these
21. nerve muscles, fingers and joints "DO NOT work right"
22. and close all the way without pain and suffering.
23. And still to this present day there is still pain and
24. suffering that I am still going through. With more
25. discovery of evidence and Subpeona of video surveillance
26. and body cameras you will see that officer: D. Smith and
27. other officers involved in this incident have committed
28. excessive force and medical malpractice

# EXHIBIT - I.N

# EXHIBIT-1.0

## OFFICE OF THE CITY ATTORNEY, LETTER DATED APRIL 17, 2024

CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DAVID CHIU
City Attorney

Edmund T. Wong
Deputy City Attorney

Direct Dial:    (415) 554-3857
Email:          edmund.wong@sfcityatty.org

April 17, 2024

**VIA U.S. MAIL AND EMAIL**

Michael Landon Luckert
PFN: ULW-491
Santa Rita County Jail
5325 Broder Blvd.
Dublin, CA 94568
michaelluckert703@gmail.com

     Re:   *Michael Landon Luckert v. O. Smith, et al.*
           Northern District Court Case No. 19-cv-08204-PJH

Dear Mr. Luckert:

     This letter responds to your "Meet and Confer Letter on Document Production," which is dated April 8 2024, but which we did not receive until April 11, 2024.

     With respect to your request for "the documented date that the video surveillance/body cameras were erased or destroyed," it is not clear what you claim has not been provided to you. You previously requested, "a copy of the documents that you filed about the day in January of 2020 the the defence erased, destroyed or did not preserve the video surveillance." (ECF No. 125.) And we agreed to re-produce "copies of documents previously exchanged by the parties and/or submitted to the Court, . . . , as well as subpoenaed documents." (ECF No. 130.) These documents were produced to you on March 15, 2024, in paper copies, except for the subpoenaed radiology records.

     The March 15, 2024 document production included each defendant's responses to your discovery requests, as well as the following:

- Reply In Support of Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment, which explained that "The surveillance video of Plaintiff's assault on library staff was transferred to the San Francisco Police Department on December 10, 2019, and disposed of on February 14, 2020—well before this lawsuit was ordered to be served on September 30, 2020" (ECF No. 57, at 3, n.2);

- Reply in Support of Defendants' Motion for Summary Judgment, which explained "[t]he Summons for Defendants were not issued until September 4, 2020 (ECF No. 22), while the surveillance video was disposed of months prior on February 14, 2020 (ECF No. 79, at 3:4 (citing Wang Ex. E))"; and

- Exhibit E to the Declaration of Edmund T. Wang in Support of Reply in Support of Defendants' Motion for Summary Judgment, which is the "Memorandum" which concerned the handling of the surveillance video (ECF No. 79-2).

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2020\210347\01751198.docx

EXHIBIT 1.0

# EXHIBIT-1·P

DECLARATION OF EDWARD GUTIERREZ
IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT DOCUMENT 70-8
FILED 05/11/2022, pages 2,3

1    Library. I was at San Francisco City Hall located at 1 Dr. Carlton B. Goodlett Place. While I was at

2    City Hall, Deputy Smith advised me over the radio to meet him in the Main Library's security office

3    for a "148," an individual resisting arrest.

4         3.    When I arrived at the security office, the individual who I now know is Plaintiff

5    Michael Luckert was in the office. Plaintiff was handcuffed behind his back. Plaintiff was agitated and

6    verbally hostile and aggressive. Plaintiff was slurring his words and was sweating profusely.

7         4.    I searched Plaintiff's person for weapons and contraband. Before conducting the pat

8    search, I asked Plaintiff whether he had anything on his person that could poke, stab, or hurt me.

9    Plaintiff did not respond. Plaintiff continued to be verbally hostile and aggressive. I found a folding

10   knife concealed in his left pant pocket. The photographs attached hereto as **Exhibit A** depict the

11   folding knife that I found concealed in Plaintiff's left pant pocket.

12        5.    I do not recall using any force on Plaintiff. The only physical contact with Plaintiff that

13   I recall is when I pat searched him. To conduct the search, I applied a rear wrist lock on Plaintiff with

14   one hand while I pat searched him with my other hand. I applied only minimal pressure, if any at all. I

15   applied only enough pressure to be able to detect any resistance and to maintain control of Plaintiff. I

16   do not recall whether any other deputies made any physical contact with Plaintiff in the security office.

17        6.    I participated in escorting Plaintiff from the security office to a Sheriff's Office

18   transport van parked outside of the Main Library on Grove Street. I walked alongside of Plaintiff. I

19   had one hand on his shoulder and one hand on his elbow. Although I was in physical contact with

20   Plaintiff, I do not recall using any force to escort Plaintiff to the transport van. I only applied a light

21   touch to detect any resistance and to guide Plaintiff to the transport van. Plaintiff was agitated and

22   verbally hostile and aggressive during the escort from the security office to the transport van.

23        7.    Plaintiff was then placed in the back of the transport van. I drove the transport van from

24   the Main Library to San Francisco County Jail #1, which is the Intake Center and Release Center

25   where people are booked after they are arrested. I could not see Plaintiff while I was driving. Plaintiff,

26   however, continued to be verbally hostile and aggressive and was repeatedly banging against the

27   transport van during the drive.

28   EXHIBIT-1·P, page 2

Decl. of Edward Gutierrez ISO Defs.' MSJ
Luckert v. Smith, et al., Case No.. 19-cv-08204-PJH

                              2

8. Upon arriving at San Francisco County Jail #1, Plaintiff refused orders to exit the vehicle, and continued to be verbally hostile and aggressive.

9. Plaintiff was placed in a holding cell to wait for the booking process. I searched Plaintiff again before he was left in the holding cell. To conduct the search, I applied a rear wrist lock on Plaintiff with one hand while I pat searched him with my other hand. I applied only minimal pressure, if any at all. I applied only enough pressure to be able to detect any resistance. I do not recall using any force on Plaintiff. The only physical contact with Plaintiff that I recall is when I searched him, as described above.

10. During the fingerprinting and photographing components of the booking process, Plaintiff continued to be resistive and refused to follow orders. During the medical triage component of the booking process, Plaintiff continued to be resistive and refused to answer the questions of Jail Medical Services, including refusing to answer whether he was suicidal. I do not recall making physical contact with Plaintiff during the booking process.

11. Plaintiff was then placed in a safety cell. A safety cell is a padded single cell used in certain situations, including for prisoners who are physically combative or otherwise present an imminent danger to others, or who are a danger to self. While I was present during Plaintiff's safety cell placement, I did not make any physical contact with Plaintiff during his safety cell placement. I do not recall who participated in placing Plaintiff in a safety cell.

12. At some point at San Francisco County Jail #1, Plaintiff soiled his clothes. I smelled feces on his person and clothes.

13. I did not threaten or use deadly force against Plaintiff at any time. I did not hit, kick, strike, or otherwise deliver any physical blows to Plaintiff at any time. I did not threaten or deploy any weapons against Plaintiff at any time.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this __5th__ day of August, 2021 at San Francisco, California.

*C. Gutierrez #1928*

_____

EDWARD GUTIERREZ

EXHIBIT-1.P, Page 3

Decl. of Edward Gutierrez ISO Defs.' MSJ
Luckett v. Smith, et al., Case No.. 19-cv-08204-PJH

3

# EXHIBIT-1·Q

SAN FRANCISCO SHERIFF'S
DEPARTMENT INCIDENT REPORT
NARRATIVE INCIDENT NO: 190·143·778

# SAN FRANCISCO SHERIFF'S DEPARTMENT INCIDENT REPORT NARRATIVE

On February 26, 2019, I was assigned to the San Francisco Public Library located at 30 Grove Street. I was partnered with Deputy E. Gutierrez #1928. At approximately 1625 hours Building and Grounds Dispatcher advised me that an assault had occurred on the sixth floor. When I arrived on scene I identified myself as a Deputy Sheriff. Building and Grounds Patrol Officers where standing by with an unknown male adult who I later identified as Luckert, Michael SF# Redacted

Building and Grounds Patrol Officers notified me that Luckert had assaulted a library staff member. I asked Luckert to explain what had happened and he stated, "To be honest I do not like black people!" I then asked Luckert again to tell me what happened. Luckert stated, "I don't like perverts, so I pinned the man against the wall and told him to sit down!" for Luckert's safety and my safety I told Luckert to turn around so I could place handcuffs on him. Luckert refused and stated, "fuck no!" Luckert had clenched fists and was sweating profusely. I stepped in towards Luckert to place him in handcuffs and he began to resist by attempting to pull away. Building and Grounds Patrol Officers and I were able to secure Luckert into handcuffs. I told Luckert that he was being placed under arrest.

I escorted Luckert down to the Building and Grounds Patrol office. Luckert continued to try to pull away from us the entire way down to the office. I went over the radio on SO-A16 to advise Deputy Gutierrez to meet me in the office. Deputies Gutierrez #1928, Brule #2005 and Espiritu #1952 arrived on scene. While searching Luckert Deputy Gutierrez found a folding knife (E1) concealed in Luckert's left pant pocket. Deputies Espiritu #1952, Gutierrez #1928 and Brule #2005 escorted Luckert to the Sheriff's van parked on Grove street and secured him in the back. Deputy Gutierrez called CWB and spoke to Lena #56. She advised Gutierrez that Luckert was on Federal Probation. Deputy Gutierrez spoke to Luckert's probation officer Figueroa, Jose. Figueroa advised Gutierrez that Luckert would be placed on a Federal Probation Hold.

I spoke to Building and Grounds Patrol Officer Ochoa, Anthony after the incident and he stated he would write a San Francisco Sheriff Department Incident Report Statement (E2). I also spoke to Building and Grounds Patrol Supervisor Ancheta, Walter who stated they had footage of the incident. Ancheta burned a copy of the footage on to a DVD-R (E3).

Deputy Gutierrez and Deputy B. Mendoza #2324 transported Luckert to County Jail #1. Where he was medically cleared and booked for the following: 148(a) PC, 602.1(b) PC, 171(b)(a) PC, and 415 PC.

I took (2) photographs of the folding knife. I booked (E1, E2, and E3) in the City Hall Security Evidence Locker located at 1 Dr. Carlton B. Goodlett Place, Room 017.

EXHIBIT - 1.Q

# EXHIBIT-1.R

SAN FRANCISCO MEDICAL
REPORT, PAGE 33

JHS Live03/24/21 13:01

## Encounter Report

| | | | |
|---|---|---|---|
| ID: | 19641 (2266017) | Date: | 02/26/19 18:48 |
| Patient: | Luckert,Michael L | Provider: | Yu,Laura |
| BirthDate: | 07/12/69 | Type: | BHS Screening |
| Location: | | Site: | County Jail 1 |
| Primary RFV | Psychotic Disorder (Provisional) | Secondary RFV | Amphetamine Induced Psychotic Disorder (Provisional) |

Patient Information
Arrest Date02/26/2019
Referral from JMS Safety Cell
Safety Cell Date: 02/26/2019
Safety Cell Time: 17:50
Safety Cell Placement Reason: Danger to Self,Danger to Others Per S/C sheet: Client was "combative with arresting officers. Resistive with triage process. Did not answer if he was suicidal."
"Pt resistive, and combative with custody. Talking to self during triage. Denied si/hi. Placed into SC due to DTO"-JMS
Charges at Arrest 148(a)(1): RESISTING, OBSTRUCTING, DELAYING OF A PEACE OFFICER OR EMT
602.1(b):INTERFERING WITH A PUBLIC AGENCY
415:DISTURBING THE PEACE
171(b):POSSESSION OF WEAPON IN COURTHOUSE OR PUBLIC BUILDING
Legal Status: Misdemeanor
Language Used to Provide Service: English
History of Community Mental Health Treatment: Yes
Inpatient Psychiatric Hospitals: true
Client reported he has been hospitalized for multiple days in San Leandro before. No MH services or hospitalizations in LCR/CCMS.
Current Mental Health ProviderDenies. None on LCR/CCMS.
Psychiatric History In Custody
History of Hospitalizations or 5150 Hold: false
History of Safety Cell Placements: true
Client has been in SF county jail in 2005, 2011, and 2019. Last time he was in custody was in February 2019, he was placed in the s/c for DTO at CJ4 and said he will fight if housed on mainline. Signed out and housed per class, diagnosed personality disorder nos.
Currently Conserved: No
Regional Center Client: No
Are You Licensed: Yes
Reports Psychiatric Medication Last 3 Months: No
Current Substance Use: Alcohol Amphetamine Cocaine Reported he drank alcohol last night. Ambiguous of about cocaine use. Reported history of head banging when on meth. Appeared to be detoxing from alcohol, bloodshot eyes. Labile mood could be due to stimulant use.
Risk Assessment
Wish to be Dead: No
Suicidal Thoughts: No
Risk Assessment End

EXHIBIT - 1.R

000033

# EXHIBIT-1·S

AMENDED COMPLAINT, DOCUMENT 20,
Filed 08/03/20, Page 5

Case 4:19-cv-08204-PJH    Document 175-1    Filed 12/16/24    Page 62 of 98
Case 4:19-cv-08204-PJH    Document 165-1    Filed 08/21/24    Page 59 of 95
Case 4:19-cv-08204-PJH    Document 20    Filed 08/03/20    Page 5 of 110

1  O. Smith #2275 was on one side of me. In (EXHIBIT.B)
2  Second Paragraph, Highlighted area, Anthony P. Ochoa,
3  Building grounds patrol/security, states "While the
4  Deputy's and security attempted to detain him to the
5  Bench." So with these statements, I am lead to believe
6  that, O. Smith #2275, Gutierrez #1928, Brule #2005,
7  Espiritu #1952 and Building ground patrol/security,
8  Anthony P. Ochoa were the officers responsible for
9  the excessive force that took place in the building
10 grounds Patrol Office. These officers maliciously
11 and sadistically with violence that was unnessesary,
12 pushed me to the bench and floor twisting my wrists,
13 causing me pain and suffering. And my wrists to
14 swell even more. At this point I am screaming ouch, stop.
15 Deputy's: O. Smith #2275, Gutierrez #1928, Brule #
16 2005, Espiritu #1952 and Building ground patrol/security,
17 Anthony P. Ochoa either helped with the excessive force
18 or just stood around while other deputys took there
19 place. I hold them all responsible for the excessive
20 force because either they helped with the excessive
21 force or just stood around letting the pain and
22 suffering to continue. Through out this whole
23 incident I am handcuffed with my hands behind my
24 back.
25    3. In (EXHIBIT. A), paragraph 5, O. SMITH #2275, states
26 "Deputy Gutierrez and Deputy B. Mendoza #2324
27 transported Luckert to County Jail #1." So Deputy
28 Gutierrez #1928 and Deputy B. Mendoza #2324

AMENDED ~~STATEMENT OF CLAIM~~ complaint

# EXHIBIT-2

## VERIFICATION OF EMPLOYMENT

Case 4:19-cv-08204-PJH    Document 175-1    Filed 12/16/24    Page 64 of 98
Case 4:19-cv-08204-PJH    Document 165-1    Filed 08/21/24    Page 61 of 96

(1/2) 04/29/2019  03:41:37 PM  -0700

# Drywall Lathers Local Union #9068

100 Hegenberger Rd, Suite 300
Oakland, CA  94621

Phone: (510) 430-1412
Fax: (510) 568-6809

## Work Referral

Dispatch Date: 4/29/2019              Start Date: 4/30/2019

**Employee:  Michael Luckert - U59563998**

| | | | |
|---|---|---|---|
| Local: | Carpenters #22 | Dispatch Type: | Order |
| Job Class: | Journeyman - Drywall | Apprenticeship Completion: | No completion date |

### Member certifications are listed on page two.

| | | |
|---|---|---|
| Employer: | Ironwood Commercial Builders 1 - 058144 | |
| Report To: | Stacey Doty 925-876-4159 | Non ADR Employer |
| Location: | 3953 Industrial way Suite E Concord ca, 94520 | |

| | |
|---|---|
| Project: | Heritage Point Mixed Use Building - 2018001236 |
| Address: | 1500 Fred Jackson Way |
| City: | Richmond, CA  94804 |

Dispatching Union Representative:  Edward Americano

| | | | | | |
|---|---|---|---|---|---|
| **Wages:** | 48.40 | **Health & Welfare:** | 11.45 | **Industry Promotion:** | 0.95 |
| **Vacation:** | 2.45 | **Pension:** | 10.10 | **Work Preservation:** | 0.05 |
| **Work Fee:** | 1.99 | **Annuity:** | 2.75 | **Travel:** | 0.00 |
| | | **Apprenticeship:** | 0.87 | **Subsistence:** | 0.00 |

Job Information: Report to the shop at 7 am for new hire paper work. Must have two forms of ID for E-Verify. Report to Stacey Doty. The shift on site will be 7 am to 3:30. You will be reporting to the job site immediately following the completion of paper work.

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated local unions and district councils as the majority collective bargaining representative of his or its employee employed in the 46 Northern California counties performing work covered by the Carpenters Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining agent for such employees and further agrees that he or it is bound to said Master Agreement(s) including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of Industrial injury, I hereby designate _____
as my physician.

3BBBCFBC00

Date    04/30/2019

Michael Luckert

**Eighty Seven Dollars ---66/100

# PREVIEW

**87.66

Michael Luckert
111 Taylor St
San Francisco, CA 94102

| Employee / Independent - | Michael Luckert | | |
|---|---|---|---|

| Earnings | Qty | Rate | Current |
|---|---|---|---|
| Regular Hours | 2 00 | 48 40 | 96 80 |
| Supplemental Dues- - Drywall. | | | 3 98 |
| Vacation Pay Union- Drywall. P | | | 4 90 |
| | | | 105.68 |

| Withholdings | | | Current |
|---|---|---|---|
| Social Security - Employee | | | -6.55 |
| Medicare - Employee | | | -1.53 |
| State Disability Insurance | | | -1.08 |
| Supplemental Dues - Ded | | | -3.98 |
| Vacation - Ded | | | -4.90 |
| | | | -18.02 |
| Net Pay | | | 87.66 |

Federal Filing Single with 3 Exemptions
State Filing Single with 3 Exemptions

**Pay Period 04/24/2019 - 04/30/2019    Date 04/30/2019**

YTD as of  04/30/2019

| 2019 Earnings | | Qty | YTD Total |
|---|---|---|---|
| Regular Hours | | 2 00 | 86 80 |
| Supplemental Dues- - Drywall, Plasters & Labo | | | 3.98 |
| Vacation Pay Union- Drywall, Plasters & Labor | | | 4.90 |
| | | | 105.68 |

| 2019 Withholdings | | | YTD Total |
|---|---|---|---|
| Social Security - Employee | | | -6 55 |
| Medicare - Employee | | | -1 53 |
| State Disability Insurance | | | -1 08 |
| Supplemental Dues - Ded | | | -3 98 |
| Vacation - Ded | | | -4 90 |
| | | | -18 02 |
| Year to Date Net Pay | | | 87.66 |

000008

# Drywall Lathers Local Union #9144

2102 Almaden Rd., Ste. 116
San Jose, CA 95125

Phone: (408) 264-3080
Fax: (408) 264-3089

## Work Referral

Dispatch Date: 9/6/2018                    Start Date: 9/6/2018

**Employee:** **Michael Luckert - U59563998**

Local:        Carpenters #22                    Dispatch Type:              Request
Job Class:    Journeyman - Drywall              Apprenticeship Completion:  No completion date

### Member certifications are listed on page two.

Employer:     Performance Contracting Inc - 051418
Report To:                                                Non ADR Employer
Location:

Project:      Genentech B-40 - 2017002400
Address:      620 E Grand Ave
City:         South San Francisco, CA 94080

Dispatching Union Representative:   José Cabrera

| Wages: | 48.40 | Health & Welfare: | 11.45 | Industry Promotion: | 0.95 |
|--------|-------|-------------------|-------|---------------------|------|
| Vacation: | 2.45 | Pension: | 10.10 | Work Preservation: | 0.05 |
| Work Fee: | 1.99 | Annuity: | 2.75 | Travel: | 0.00 |
| | | Apprenticeship: | 0.87 | Subsistence: | 0.00 |

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated local unions and district councils as the majority collective bargaining representative of his or its employee employed in the 46 Northern California counties performing work covered by the Carpenters Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining agent for such employees and further agrees that he or it is bound to said Master Agreement(s) including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3BFFFE2B00

## W-2 Wage and Tax Statement 2018 — City or Local Filing Copy

**Employee's name, address, and ZIP code**
MICHAEL L LUCKERT
111 TAYLOR STREET
SAN FRANCISCO, CA 94102

**Employer's name, address, and ZIP code**
PERFORMANCE CONTRACTING INC
11145 THOMPSON AVENUE
LENEXA, KS 66219

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 16,450.56 | 2,261.91 |
| 3 Social security wages | 4 Social security tax withheld |
| 16,450.56 | 1,019.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 16,450.56 | 238.53 |

Employer's FED ID number: 34-1467168
16 State wages, tips, etc. 16,450.56 — CA — 321-6403
17 State income tax 987.94

## W-2 Wage and Tax Statement 2018 — CA State Filing Copy

MICHAEL L LUCKERT
111 TAYLOR STREET
SAN FRANCISCO, CA 94102

PERFORMANCE CONTRACTING INC
11145 THOMPSON AVENUE
LENEXA, KS 66219

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 16,450.56 | 2,261.91 |
| 3 Social security wages | 4 Social security tax withheld |
| 16,450.56 | 1,019.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 16,450.56 | 238.53 |

Employer's FED ID number: 34-1467168
16 State wages, tips, etc. 16,450.56 — CA — 321-6403
17 State income tax 987.94

## W-2 Wage and Tax Statement 2018 — Federal Filing Copy

MICHAEL L LUCKERT
111 TAYLOR STREET
SAN FRANCISCO, CA 94102

PERFORMANCE CONTRACTING INC
11145 THOMPSON AVENUE
LENEXA, KS 66219

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 16,450.56 | 2,261.91 |
| 3 Social security wages | 4 Social security tax withheld |
| 16,450.56 | 1,019.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 16,450.56 | 238.53 |

Employer's FED ID number: 34-1467168
16 State wages, tips, etc. 16,450.56 — CA — 321-6403
17 State income tax 987.94

PAGE 01 OF 01

© 2018 ADP, LLC

To change your employee W-4 profile information file a new W-4 with your payroll department.

MICHAEL L LUCKERT
111 TAYLOR STREET
SAN FRANCISCO, CA 94102

Social Security Number: 5723

## 2018 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | |
|---|---|---|
| GROSS PAY | | 16,450.56 |
| SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | | 1,019.93 |
| MEDICARE TAX WITHHELD BOX 06 OF W-2 | | 238.53 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | | 2,261.91 |
| STATE INCOME TAX BOX 14 OF W-2 | | 987.94 |
| LOCAL INCOME TAX BOX 19 OF W-2 | | 0.00 |
| SOCIAL SECURITY | | 164.51 |

## W-2 Wage and Tax Statement 2018 — Employee Reference Copy

MICHAEL L LUCKERT
111 TAYLOR STREET
SAN FRANCISCO, CA 94102

PERFORMANCE CONTRACTING INC
11145 THOMPSON AVENUE
LENEXA, KS 66219

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 16,450.56 | 2,261.91 |
| 3 Social security wages | 4 Social security tax withheld |
| 16,450.56 | 1,019.93 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 16,450.56 | 238.53 |

Employer's FED ID number: 34-1467168
16 State wages, tips, etc. 16,450.56 — CA — 321-6403
17 State income tax 987.94

**Payroll for MICHAEL L LUCKERT**

03/03/23

RFJ/MEISWINKEL COMPANY

Payroll for MICHAEL L LUCKERT

| Record# | Status | Check# | Check Date | Total Hrs | Gross Pay | Adds | Deducts | Net Pay | Direct Deposit Batch# |
|---------|--------|--------|------------|-----------|-----------|------|---------|---------|-----------------------|
| 5956 | 3 | 79027 | 07/09/2018 | 8.00 | 371.20 | 35.52 | 83.59 | 323.13 | |
| 5958 | 3 | 79028 | 07/09/2018 | | | 20.00 | | 20.00 | |
| 6731 | 3 | 79506 | 08/02/2018 | 32.00 | 1,548.80 | 142.08 | 661.13 | 1,029.75 | |
| 6938 | 3 | 79661 | 08/10/2018 | 39.00 | 1,887.60 | 173.16 | 854.99 | 1,205.77 | |
| 6983 | 3 | 79662 | 08/10/2018 | 8.00 | 580.80 | 35.52 | 136.94 | 479.38 | |
| 7196 | 3 | 79776 | 08/17/2018 | 31.00 | 1,500.40 | 137.64 | 633.50 | 1,004.54 | |
| 7461 | 3 | 79972 | 08/24/2018 | 39.00 | 1,887.60 | 173.16 | 854.99 | 1,205.77 | |
| 7714 | 3 | 80073 | 08/30/2018 | 40.00 | 1,936.00 | 177.60 | 884.19 | 1,229.41 | |
| 7880 | 3 | 80483 | 09/04/2018 | 8.00 | 387.20 | 35.52 | 86.57 | 336.15 | |
| 7881 | 3 | 80484 | 09/04/2018 | 8.00 | 387.20 | 35.52 | 86.57 | 336.15 | |
| 7990 | 3 | 80572 | 09/07/2018 | 24.00 | 1,161.60 | 106.56 | 440.12 | 828.04 | |
| | | | | 237.00 | 11,648.40 | 1,072.28 | 4,722.59 | 7,998.09 | |

000003

**W-2 (Top Left) — REISSUED STATEMENT**

| Box | Description | Amount |
|---|---|---|
| a Employee's SSN | ...-5723 | |
| 1 Wages, tips, other compensation | | 12700.68 |
| 2 Federal income tax withheld | | 1886.16 |
| OMB No. 1545-0008 | | |
| 3 Social security wages | | 12700.68 |
| 4 Social security tax withheld | | 787.45 |
| b Employer identification number | 94-2900416 | |
| 5 Medicare wages and tips | | 12700.68 |
| 6 Medicare tax withheld | | 184.17 |

c Employer's name, address, and ZIP code
RFJ/MEISWINKEL COMPANY
930 INNES AVENUE
CA CORP #1143201- CSLB #468556
SAN FRANCISCO          CA   94124

e Employee's first name and initial   Last name   Suff.
MICHAEL                L. LUCKERT
111 TAYLOR STREET
SAN FRANCISCO          CA   94102

| 14 Other | |
|---|---|
| SDI | 127.02 |
| Pension | 651.75 |
| PENS SUP | 2393.70 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 318-9960-2 | 12700.68 | 685.51 |

Form **W-2** Wage and Tax Statement  2018
Department of the Treasury-Internal Revenue Service
Copy B - To Be Filed With Employee's FEDERAL Tax Return.

---

**W-2 (Top Right) — REISSUED STATEMENT**

| Box | Description | Amount |
|---|---|---|
| a Employee's SSN | ...-5723 | |
| 1 Wages, tips, other compensation | | 12700.68 |
| 2 Federal income tax withheld | | 1886.16 |
| OMB No. 1545-0008 | | |
| 3 Social security wages | | 12700.68 |
| 4 Social security tax withheld | | 787.45 |
| b Employer identification number | 94-2900416 | |
| 5 Medicare wages and tips | | 12700.68 |
| 6 Medicare tax withheld | | 184.17 |

c Employer's name, address, and ZIP code
RFJ/MEISWINKEL COMPANY
930 INNES AVENUE
CA CORP #1143201- CSLB #468556
SAN FRANCISCO          CA   94124

e Employee's first name and initial   Last name   Suff.
MICHAEL                L. LUCKERT
111 TAYLOR STREET
SAN FRANCISCO          CA   94102

| 14 Other | |
|---|---|
| SDI | 127.02 |
| Pension | 651.75 |
| PENS SUP | 2393.70 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 318-9960-2 | 12700.68 | 685.51 |

Form **W-2** Wage and Tax Statement  2018
Department of the Treasury-Internal Revenue Service
Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return

---

**W-2 (Bottom Left) — REISSUED STATEMENT**

| Box | Description | Amount |
|---|---|---|
| a Employee's SSN | ...-5723 | |
| 1 Wages, tips, other compensation | | 12700.68 |
| 2 Federal income tax withheld | | 1886.16 |
| OMB No. 1545-0008 | | |
| 3 Social security wages | | 12700.68 |
| 4 Social security tax withheld | | 787.45 |
| b Employer identification number | 94-2900416 | |
| 5 Medicare wages and tips | | 12700.68 |
| 6 Medicare tax withheld | | 184.17 |

c Employer's name, address, and ZIP code
RFJ/MEISWINKEL COMPANY
930 INNES AVENUE
CA CORP #1143201- CSLB #468556
SAN FRANCISCO          CA   94124

e Employee's first name and initial   Last name   Suff.
MICHAEL                L. LUCKERT
111 TAYLOR STREET
SAN FRANCISCO          CA   94102

| 14 Other | |
|---|---|
| SDI | 127.02 |
| Pension | 651.75 |
| PENS SUP | 2393.70 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 318-9960-2 | 12700.68 | 685.51 |

Form **W-2** Wage and Tax Statement  2018
Copy C - FOR EMPLOYEE'S RECORDS.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**W-2 (Bottom Right) — REISSUED STATEMENT**

| Box | Description | Amount |
|---|---|---|
| a Employee's SSN | ...-5723 | |
| 1 Wages, tips, other compensation | | 12700.68 |
| 2 Federal income tax withheld | | 1886.16 |
| OMB No. 1545-0008 | | |
| 3 Social security wages | | 12700.68 |
| 4 Social security tax withheld | | 787.45 |
| b Employer identification number | 94-2900416 | |
| 5 Medicare wages and tips | | 12700.68 |
| 6 Medicare tax withheld | | 184.17 |

c Employer's name, address, and ZIP code
RFJ/MEISWINKEL COMPANY
930 INNES AVENUE
CA CORP #1143201- CSLB #468556
SAN FRANCISCO          CA   94124

e Employee's first name and initial   Last name   Suff.
MICHAEL                L. LUCKERT
111 TAYLOR STREET
SAN FRANCISCO          CA   94102

| 14 Other | |
|---|---|
| SDI | 127.02 |
| Pension | 651.75 |
| PENS SUP | 2393.70 |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 318-9960-2 | 12700.68 | 685.51 |

Form **W-2** Wage and Tax Statement  2018
Department of the Treasury-Internal Revenue Service
Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107
Phone: (415) 355-1322
Fax: (415) 355-0816

## Work Referral

Dispatch Date: 7/19/2018                    Start Date: 7/19/2018

**Employee:  Michael Luckert - U59563998**

| | | | |
|---|---|---|---|
| Local: | Carpenters #22 | Dispatch Type: | Order |
| Job Class: | Journeyman - Carpenter | Apprenticeship Completion: | No completion date |

### Member certifications are listed on page two.

| | | | |
|---|---|---|---|
| **Employer:** | **Cahill Construction Services : 052978** | | |
| Report To: | Kendra Gomez 415-677-0665 | | Non ADR Employer |
| Location: | Job site | | |

| | | | |
|---|---|---|---|
| Project: | Parcel O - Low Income Affordable Housing - 2018000507 | | |
| Address: | 455 Fell St | | **Drug Testing** |
| City: | San Francisco, CA  94102 | | |

Dispatching Union Representative:  Todd Williams

| **Wages:** | **48.40** | **Health & Welfare:** | 11.45 | **Industry Promotion:** | 0.29 |
|---|---|---|---|---|---|
| **Vacation:** | 2.45 | **Pension:** | 10.10 | **Work Preservation:** | 0.05 |
| **Work Fee:** | 1.99 | **Annuity:** | 2.25 | **Travel:** | 0.00 |
| | | **Apprenticeship:** | 0.93 | **Subsistence:** | 0.00 |

Job Information: 2 pcs ID / Drug Test E-Verify Experience Framing & Hoisting. Report to Kendra @
4398 Jensen St, Oakland, Ca 94601 for Drug testing and employment paperwork

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated local unions and district councils as the majority collective bargaining representative of his or its employee employed in the 46 Northern California counties performing work covered by the Carpenters Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining agent for such employees and further agrees that he or it is bound to said Master Agreement(s) including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3B9FEB8000

| 12845 MICHAEL LUCKERT | | | | Check Date: 7/23/18 | Check Number: | 7516 |

Period Dates: 7/17/18 to 7/23/18

Fed Filing Status/ Deducts: S    3    Pay Frequency: Weekly


CAHILL

### EARNINGS

| DESCRIPTION | THIS PAY PERIOD RATE | THIS PAY PERIOD HRS/UNITS | THIS PAY PERIOD AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|
| Regular Pay | 48.40000 | 24.00 | 1,161.60 | 1,161.60 |
| Union Vacation | 4.44000 | | 106.56 | 106.56 |

### DEDUCTIONS

| DESCRIPTION | THIS PAY PERIOD AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|
| Federal Income tax | 132.58 | 132.58 |
| Social Security | 78.63 | 78.63 |
| Medicare | 18.39 | 18.39 |
| California State Tax | 58.25 | 58.25 |
| CA SDI | 12.68 | 12.68 |
| Union Vacation | 106.56 | 106.56 |

| THIS PAY PERIOD | | | | YEAR TO DATE | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | EARNINGS | DEDUCTIONS | NET PAY | EARNINGS | DEDUCTIONS | NET PAY |
| 7/23/18 | 1,268.16 | 407.09 | 861.07 | 1,268.16 | 407.09 | 861.07 |

CAHILL
425 CALIFORNIA STREET, SUITE 2200
SAN FRANCISCO, CA 94104

UNION BANK
SAN FRANCISCO, CA 94104
16-49-6/1220

| Date | Check Number | Amount |
|---|---|---|
| 7/23/18 | 7516 | $861.07 |

PAY    ***Eight Hundred Sixty-One and 07 / 100 Dollars***

TO THE
ORDER
OF    MICHAEL LUCKERT
111 TAYLOR ST., #318
SAN FRANCISCO, CA 94102

*Non-Negotiable*

000021

# 2018 W-2 and EARNINGS SUMMARY

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2018**

| d Control number | Dept | Corp. | Employer use only |
|---|---|---|---|
| 0000001121 TDQ | 101109 | WMR5 | A S    203 |

c Employer's name, address, and ZIP code
**TUTOR PERINI CORPORATION**
**15901 OLDEN STREET**
**SYLMAR, CA 91342**

e/f Employee's name, address, and ZIP code
**MICHAEL L LUCKERT**
**475 BUENA VISTA AVENUE**
**APT 111**
**ALAMEDA, CA 94501-1927**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 04-1717070 | XXX-XX-5723 |

| 1 Wages, tips, other comp. 101.56 | 2 Federal income tax withheld |
| 3 Social security wages 101.56 | 4 Social security tax withheld 6.30 |
| 5 Medicare wages and tips 101.56 | 6 Medicare tax withheld 1.47 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other    1.02  CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 478-7535    4 | 101.56 |

17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

The wages, tips, and other compensation reflected in box 1 are the sum of those wages shown on your last pay statement, plus any additional compensation or adjustments received after the payroll close.

Your gross pay may not match your box 1 totals due to adjustments made for GTL, 401(k), cafeteria plans, etc...

To change your employee W-4 profile information, file a new W-4 with your payroll department.

**MICHAEL L LUCKERT**
**475 BUENA VISTA AVENUE**
**APT 111**
**ALAMEDA, CA 94501-1927**

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
Federal: 0
State: 0
Local: 0

© 2018 ADP, LLC

**PAGE 01 OF 01**

---

| 1 Wages, tips, other comp. 101.56 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 101.56 | 4 Social security tax withheld 6.30 |
| 5 Medicare wages and tips 101.56 | 6 Medicare tax withheld 1.47 |

| d Control number | Dept | Corp. | Employer use only |
|---|---|---|---|
| 0000001121 TDQ | 101109 | WMR5 | 203 |

c Employer's name, address, and ZIP code
**TUTOR PERINI CORPORATION**
**15901 OLDEN STREET**
**SYLMAR, CA 91342**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 04-1717070 | XXX-XX-5723 |

| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other    1.02  CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

e/f Employee's name, address and ZIP code
**MICHAEL L LUCKERT**
**475 BUENA VISTA AVENUE**
**APT 111**
**ALAMEDA, CA 94501-1927**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 478-7535    4 | 101.56 |

17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2018**
Copy B to be filed with employee's Federal Income Tax Return.    OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 101.56 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 101.56 | 4 Social security tax withheld 6.30 |
| 5 Medicare wages and tips 101.56 | 6 Medicare tax withheld 1.47 |

| d Control number | Dept | Corp. | Employer use only |
|---|---|---|---|
| 0000001121 TDQ | 101109 | WMR5 | 203 |

c Employer's name, address, and ZIP code
**TUTOR PERINI CORPORATION**
**15901 OLDEN STREET**
**SYLMAR, CA 91342**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 04-1717070 | XXX-XX-5723 |

| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other    1.02  CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

e/f Employee's name, address and ZIP code
**MICHAEL L LUCKERT**
**475 BUENA VISTA AVENUE**
**APT 111**
**ALAMEDA, CA 94501-1927**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 478-7535    4 | 101.56 |

17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**CA. State Filing Copy**
**W-2** Wage and Tax Statement **2018**
Copy 2 to be filed with employee's State Income Tax Return.    OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 101.56 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 101.56 | 4 Social security tax withheld 6.30 |
| 5 Medicare wages and tips 101.56 | 6 Medicare tax withheld 1.47 |

| d Control number | Dept | Corp. | Employer use only |
|---|---|---|---|
| 0000001121 TDQ | 101109 | WMR5 | 203 |

c Employer's name, address, and ZIP code
**TUTOR PERINI CORPORATION**
**15901 OLDEN STREET**
**SYLMAR, CA 91342**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 04-1717070 | XXX-XX-5723 |

| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other    1.02  CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay |

e/f Employee's name, address and ZIP code
**MICHAEL L LUCKERT**
**475 BUENA VISTA AVENUE**
**APT 111**
**ALAMEDA, CA 94501-1927**

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 478-7535    4 | 101.56 |

17 State income tax | 18 Local wages, tips, etc.
19 Local income tax | 20 Locality name

**City or Local Filing Copy**
**W-2** Wage and Tax Statement **2018**
Copy 2 to be filed with employee's City or Local Income Tax Return.    OMB No. 1545-0008

**BJORK CONSTRUCTION COMPANY, INC.**    4420 ENTERPRISE PLACE, FREMONT, CA 94538

| Rec#: 1810 | Emp#: 1724 Michael Luckert | | | | | Quarter: 2 | State: CA |
|---|---|---|---|---|---|---|---|
| Check 54085 | Date: 06/01/2018 | | | | Period 06/21/2018 | TO 09/27/2018 | |

| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Rate: | 46.4000 | 69.6000 | 92.8000 | | | | Diem | 0.00 |
| Hours: | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Pay: | 1,438.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | | | | Sick Hrs Bal. | Vac. Hrs Bal. | | Salary | 0.00 |
| | | | | 0.00 | 0.00 | | | |

| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | Ytd Wages | | |
|---|---|---|---|---|---|---|---|---|
| Totals: | 31.00 | 1,438.40 | 135.78 | 561.41 | 1,012.77 | 3,804.80 | | |

| Paygroup | Hours | Type | Payrate | Wage | Deduction | Check | Ytd |
|---|---|---|---|---|---|---|---|
| Carp_JM_Area 1 | 31.00 | Reg | 46.40 | 1,438.40 | Social Security | 97.60 | 110.19 |
| | | | | | Medicare | 22.83 | 25.78 |
| | | | | | Federal Income Tax | 199.91 | 199.91 |
| | | | | | State Income Tax | 89.55 | 89.55 |
| | | | | | State Disability Ins | 15.74 | 17.77 |
| | | | | | VAC/Hol/Sick | 75.95 | 85.75 |
| | | | | | WF | 59.83 | 67.55 |

BJORK CONSTRUCTION COMPANY, INC
4420 ENTERPRISE PLACE
FREMONT, CA  94538
510-656-4688

06/01/2018    $    ***********

Non-negotiable

Michael  Luckert
391 Ellis Stret
San Francisco CA 94102

**NON-NEGOTIABLE**

000018

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107
Phone: (415) 355-1322
Fax: (415) 355-0816

## Work Referral

Dispatch Date:  5/18/2018                    Start Date:  5/18/2018

**Employee:  Michael Luckert - U59563998**

Local:              Carpenters #22                    Dispatch Type:                    Request
Job Class:      Journeyman - Carpenter         Apprenticeship Completion:  No completion date

Employer:      Bjork Construction Co. Inc. - 058743
Report To:                                                     Non ADR Employer
Location:

Project:          The Exchange on 16th - 2015002154
Address:        1800 Owens Street
City:              San Francisco, CA  94107

Dispatching Union Representative:  Rick Aldridge

| Wages: | 46.40 | Health & Welfare: | 11.45 | Industry Promotion: | 0.24 |
|---|---|---|---|---|---|
| Vacation: | 2.45 | Pension: | 9.65 | Work Preservation: | 0.05 |
| Work Fee: | 1.93 | Annuity: | 2.25 | Travel: | 0.00 |
| | | Apprenticeship: | 0.88 | Subsistence: | 0.00 |

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated local unions and district councils as the majority collective bargaining representative of his or its employee employed in the 46 Northern California counties performing work covered by the Carpenters Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining agent for such employees and further agrees that he or it is bound to said Master Agreement(s) including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3FBACF1900

000028

**Top-left W-2:**

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ███-██-5723 | 4163.96 | 456.38 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 4163.96 | 258.16 |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 68-0157795 | 4163.96 | 60.39 |

REISSUED STATEMENT

c Employer's name, address, and ZIP code
Bjork Construction Company, Inc.
4420 Enterprise Place
Fremont                    CA    94538

d Control number  1724
e Employee's first name and initial   Last name   Suff.
Michael                    Luckert
111 Taylor Street, Apt 318
San Francisco              CA    94102
f Employee's address and ZIP code

| 12a | | 14 Other |
| 12b | | CA SDI    41.63 |
| 12c | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| CA  360-4624-1 | 4163.96 | 197.11 |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2018**   Department of the Treasury-Internal Revenue Service
Copy B - To Be Filed With Employee's FEDERAL Tax Return.

---

**Top-right W-2:**

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ███-██-5723 | 4163.96 | 456.38 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 4163.96 | 258.16 |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 68-0157795 | 4163.96 | 60.39 |

REISSUED STATEMENT

c Employer's name, address, and ZIP code
Bjork Construction Company, Inc.
4420 Enterprise Place
Fremont                    CA    94538

| d Control number  1724 | 7 Social security tips | 8 Allocated tips |

e Employee's first name and initial   Last name   Suff.
Michael                    Luckert
111 Taylor Street, Apt 318
San Francisco              CA    94102
f Employee's address and ZIP code

| 13 Statutory employee | Retirement plan | Third-party sick pay |
| 9 Verification code | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
| 12b | CA SDI    41.63 |
| 12c | |
| 12d | |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| CA  360-4624-1 | 4163.96 | 197.11 |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2018**   Department of the Treasury-Internal Revenue Service
Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

---

**Bottom-left W-2:**

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ███-██-5723 | 4163.96 | 456.38 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 4163.96 | 258.16 |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 68-0157795 | 4163.96 | 60.39 |

REISSUED STATEMENT

c Employer's name, address, and ZIP code
Bjork Construction Company, Inc.
4420 Enterprise Place
Fremont                    CA    94538

e Employee's first name and initial   Last name   Suff.
Michael                    Luckert
111 Taylor Street, Apt 318
San Francisco              CA    94102
f Employee's address and ZIP code

| d Control number  1724 | 7 Social security tips | 8 Allocated tips |
| 9 Verification code | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
| 12b | CA SDI    41.63 |
| 12c | |
| 12d | |

| 13 Statutory employee | Retirement plan | Third-party sick pay |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| CA  360-4624-1 | 4163.96 | 197.11 |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2018**   Copy C - For EMPLOYEE'S RECORDS.

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Bottom-right W-2:**

| a Employee's SSN | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| ███-██-5723 | 4163.96 | 456.38 |
| OMB No. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 4163.96 | 258.16 |
| b Employer identification number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 68-0157795 | 4163.96 | 60.39 |

REISSUED STATEMENT

c Employer's name, address, and ZIP code
Bjork Construction Company, Inc.
4420 Enterprise Place
Fremont                    CA    94538

e Employee's first name and initial   Last name   Suff.
Michael                    Luckert
111 Taylor Street, Apt 318
San Francisco              CA    94102
f Employee's address and ZIP code

| d Control number  1724 | 7 Social security tips | 8 Allocated tips |
| 9 Verification code | 10 Dependent care benefits | 11 Nonqualified plans |

| 12a | 14 Other |
| 12b | CA SDI    41.63 |
| 12c | |
| 12d | |

| 13 Statutory employee | Retirement plan | Third-party sick pay |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| CA  360-4624-1 | 4163.96 | 197.11 |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2018**   Department of the Treasury-Internal Revenue Service
Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

000021

Case 4:19-cv-08284-PJH    Document 169-1    Filed 08/21/24    Page 75 of 95

Bonzi Construction Co., Inc.
Design: N:\Timberline\accounting\REPORT\PRCHKACT.rpt

Check Activity Report

04-05-23       Page 1
System Date: 04-05-23
System Time: 3:27 pm
Files Used: MASTER.PRM
HISTORY.PRT,CURRENT.PRT,NEW.PRT

| | Period | Check | <----- Regular -----> | | <----- Overtime -----> | | Other Pay | Gross Pay | Taxes | Other Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 12133 | | MICHAEL D. BUCKNER | | | | | | | | | |
| | 05/27 | | 1,656.00 | 40.00 | 626.40 | 9.00 | 214.62 | 2,697.02 | 579.23 | 214.62 | 1,503.17 |
| | 05/12 | | 1,656.00 | 40.00 | 696.00 | 10.00 | 219.00 | 2,771.00 | 1,013.83 | 219.00 | 1,538.17 |
| | 05/05 | | 1,656.00 | 40.00 | 626.40 | 9.00 | 214.62 | 2,697.02 | 979.21 | 214.62 | 1,503.19 |
| | 05/05 | | 510.40 | 11.00 | 139.20 | 2.00 | 56.94 | 706.54 | 127.47 | 56.94 | 522.13 |
| | Employee Totals | | 6,078.40* | 131.00* | 2,088.00* | 30.00* | 705.18* | 8,871.58* | 3,099.74* | 705.18* | 5,066.66* |
| | Report Totals | | 6,078.40* | 131.00* | 2,088.00* | 30.00* | 705.18* | 8,871.58* | 3,099.74* | 705.18* | 5,066.66* |

V = Voided Check

000003

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107
Phone: (415) 355-1322
Fax: (415) 355-0816

---

## Work Referral

Dispatch Date: 11/30/2017                    Start Date: 12/1/2017

**Employee:** **Michael Luckert - U59563998**

| | | | |
|---|---|---|---|
| Local: | Carpenters #22 | Dispatch Type: | Order |
| Job Class: | Journeyman - Carpenter | Apprenticeship Completion: | No completion date |

| | | |
|---|---|---|
| Employer: | Bomel Construction Co - 037969 | |
| Report To: | Hollis Emry | Non ADR Employer |
| Location: | 520 South Airport Blvd. South San Francisco 94080 | |

| | | |
|---|---|---|
| Project: | SFO Long Term Parking Garage (Phase 2) - 2016001009 | |
| Address: | Long Term Surface Lot | **Drug Testing** |
| City: | San Francisco Intnl Airport, CA  94128 | |

Dispatching Union Representative:  Todd Williams

| | | | | | |
|---|---|---|---|---|---|
| **Wages:** | 46.40 | **Health & Welfare:** | 11.45 | **Industry Promotion:** | 0.24 |
| **Vacation:** | 2.45 | **Pension:** | 9.65 | **Work Preservation:** | 0.05 |
| **Work Fee:** | 1.93 | **Annuity:** | 2.25 | **Travel:** | 0.00 |
| | | **Apprenticeship:** | 0.88 | **Subsistence:** | 0.00 |

Job Information: Member are to report at 6:30 am;Friday 12/1/17 (per Hollis). Company is working
5-10's and 8 on Saturday. Utilizing E-Verify. Please email dispatch's to
hemry@bomelconstruction.com

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated
local unions and district councils as the majority collective bargaining representative of his or its
employee employed in the 46 Northern California counties performing work covered by the Carpenters
Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the
Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining
agent for such employees and further agrees that he or it is bound to said Master Agreement(s)
including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including
the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3FBECBF200

000002

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107

Phone: (415) 355-1322
Fax: (415) 355-0816

## Work Referral

Dispatch Date: 11/15/2017     Start Date: 11/15/2017

**Employee: Michael Luckert - U59563998**

| | | | |
|---|---|---|---|
| Local: | Carpenters #22 | Dispatch Type: | Order |
| Job Class: | Journeyman - Carpenter | Apprenticeship Completion: | No completion date |

**Employer:**  100 First Building Corp - 058850
Report To:    Traci Storr 314-239-3242              Non ADR Employer
Location:     530 Bush St SF CA Suite302

Project:      Central Subway Stations (4) 530 Bush - office - 2014000487
Address:      4th & Folsom,Washington & OFarrell, Brannan &        **Drug Testing**
City:         San Francisco, CA  94103

Dispatching Union Representative:  Sean McGarry

| | | | | | |
|---|---|---|---|---|---|
| **Wages:** | 46.40 | **Health & Welfare:** | 11.45 | **Industry Promotion:** | 0.24 |
| Vacation: | 2.45 | **Pension:** | 9.65 | **Work Preservation:** | 0.05 |
| Work Fee: | 1.93 | **Annuity:** | 2.25 | **Travel:** | 0.00 |
| | | **Apprenticeship:** | 0.88 | **Subsistence:** | 0.00 |

Job Information: 2 pcs ID DRUG TEST E-VERIFY Clean Shaven No hair on face or chin. NO APPOINTMENT FOR THE NEXT 10 DAYS. 6 Journeyman and as needed apprentices carpenters with Concrete form certs or equivalent concrete form experience.  Report Wednesday by 10:00AM.

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated local unions and district councils as the majority collective bargaining representative of his or its employee employed in the 46 Northern California counties performing work covered by the Carpenters Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining agent for such employees and further agrees that he or it is bound to said Master Agreement(s) including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3FBBEBBA00

| Address Number | Alpha Name | Check Date | Payment/ Item | Pay Per Date | Home Business Unit | Gross Pay | Net Pay | Total Benefits | Taxes Withheld | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 474461 | Luckert, Michael L. | 06/19/2018 | 1182618 | 06/23/2018 | 1011099 | 92.8 | 84.01 | 57.8 | 8.79 | 2 |
| 474461 | Luckert, Michael L. | 11/17/2016 | 1036483 | 11/18/2016 | 1011099 | 881.6 | 697.29 | 520.2 | 184.31 | |
| 474461 | Luckert, Michael L. | 09/15/2017 | 1011600 | 09/16/2017 | 1011099 | 2,320.00 | 1,350.44 | 1,329.40 | 969.56 | 46 |

TUTOR-PERINI

000038

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107
Phone: (415) 355-1322
Fax: (415) 355-0816

## Work Referral

Dispatch Date: 10/31/2017                     Start Date: 11/1/2017

**Employee:**  **Michael Luckert - U59563998**

| | | | |
|---|---|---|---|
| Local: | Carpenters #22 | Dispatch Type: | Order |
| Job Class: | Journeyman - Carpenter | Apprenticeship Completion: | No completion date |

Employer:   I S E C Inc - 093795
Report To:   Lisa Rodriguez 925-368-2656                     Non ADR Employer
Location:    7077 Koll Center Parkway, Suite 200, Pleasanton

Project:    41 Tehama Development - 2015002363
Address:    41 Tehama Street                                       **Drug Testing**
City:       San Francisco, CA 94105

Dispatching Union Representative:   Lucio Sanchez

| | | | | | |
|---|---|---|---|---|---|
| **Wages:** | 46.40 | **Health & Welfare:** | 11.45 | **Industry Promotion:** | 0.24 |
| **Vacation:** | 2.45 | **Pension:** | 9.65 | **Work Preservation:** | 0.05 |
| **Work Fee:** | 1.93 | **Annuity:** | 2.25 | **Travel:** | 0.00 |
| | | **Apprenticeship:** | 0.88 | **Subsistence:** | 0.00 |

Job Information: 2pcs of ID on their first day at 7:30am PST to complete the required new hire
paperwork and drug screen. Please ask for Lisa Rodrigues upon arrival to the ISEC
Pleasanton office. A Social Security Card is also required for tax and payroll purposes.
If you want to sign up for direct deposit, please bring one blank voided check or an
account information letter from you banking institution.

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated
local unions and district councils as the majority collective bargaining representative of his or its
employee employed in the 46 Northern California counties performing work covered by the Carpenters
Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the
Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining
agent for such employees and further agrees that he or it is bound to said Master Agreement(s)
including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including
the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of Industrial injury, I hereby designate _____
as my physician.

3F9EFA5800

000021



ISEC, Inc.
33 Inverness Dr. East
Englewood, CO 80112
(303) 790-1444

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

## No. 163186

| Check Number | Date | Amount |
|---|---|---|
| 163186 | 11/06/17 | $*****1,257.69 |

ONE THOUSAND TWO HUNDRED FIFTY SEVEN AND 69/100**************************************************

Pay to
the
order
of

Michael L. Luckert
475 Buena Vista Ave.
Alameda CA 94501

_Warren Morgan_

⑈163186⑈ ⑈102001017⑈      170609521⑈

45980
Luckert, Michael L.

Route:        401
Check No:    163186
Check Date:  11/06/17
Period End:  11/05/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 10.00 | 46.4000 | 464.00 | ---------- Gross ---------- | 2,027.72 | 13,605.56 |
| Regular | 15.50 | 46.4000 | 719.20 | Federal Income Tax | 329.51 | 2,378.75 |
| Regular | | | | Federal FICA Withheld | 119.27 | 837.10 |
| Overtime | 4.50 | 69.6000 | 313.20 | Federal Medicare Withheld | 27.89 | 195.77 |
| Overtime | 4.00 | 69.6000 | 278.40 | CALIFORNIA WH | 127.13 | 904.53 |
| Park/Other | | | 104.00 | CALIFORNIA SDI EE | 17.31 | 121.49 |
| Vacation | | | 83.30 | Union Dues | 65.62 | 505.66 |
| Dues | | | 65.62 | Vacation Ded | 83.30 | 641.90 |
| Taxable | | | | | | |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 2027.72 | 1923.72 | 34.00 | 770.03 | 1257.69 |



Dome Construction Corporation · 393 E. Grand Avenue · South San Francisco, CA 94080

| Statement of Earnings and Deductions | | | |
|---|---|---|---|
| Employee Number | Employee Name | Filing Status | Net Pay |
| 1457 | MICHAEL L LUCKERT | S1 | 299.66 |
| Ref Number | Pay Frequency | Pay Period | Pay Date |
| 201710013 | Weekly | 9/25/2017 - 10/1/2017 | 10/5/2017 |

| Earnings | | | | |
|---|---|---|---|---|
| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
| RT | 46.40 | 8.00 | 371.20 | 12,704.00 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 19.60 | 687.23 |
| Vacation B (WF) | 1.93 | | 15.44 | 532.70 |
| TOTAL EARNINGS | | | 406.24 | 13,957.23 |

| Direct Deposits | |
|---|---|
| Description | Amount |
| Direct Deposit 1 | 299.66 |

| Deductions | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Federal Tax | 33.65 | 2,535.45 |
| Soc Security | 25.19 | 865.35 |
| Medicare | 5.89 | 202.38 |
| CA Tax | 3.15 | 869.63 |
| CA-SDI | 3.66 | 125.62 |
| Vacation A | 19.60 | 687.23 |
| Vacation B | 15.44 | 532.70 |
| TOTAL DEDUCTIONS | 106.58 | 5,818.36 |

| Company Paid Benefits | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Health & Welfare - Carp | 91.60 | 3,175.60 |
| Pension - Carp | 77.20 | 2,685.15 |
| Annuity - Carp | 18.00 | 631.13 |
| Training - Carp | 7.04 | 239.62 |
| Work Preservation - Carp | 0.40 | 14.03 |
| Industry Adv - Carp | 1.92 | 67.32 |

| Totals | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| Current: | 406.24 | 106.58 | 299.66 |
| YTD: | 13,957.23 | 5,818.36 | 8,138.87 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.



Dome Construction Corporation · 393 E. Grand Avenue · South San Francisco, CA 94080

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Filing Status | Net Pay |
|---|---|---|---|
| 1457 | MICHAEL L LUCKERT | S1 | 878.34 |
| **Ref Number** | **Pay Frequency** | **Pay Period** | **Pay Date** |
| 201710082 | Weekly | 10/2/2017 - 10/8/2017 | 10/12/2017 |

## Earnings

| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
|---|---|---|---|---|
| RT | 46.40 | 29.00 | 1,345.60 | 14,049.60 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 71.05 | 758.28 |
| Vacation B (WF) | 1.93 | | 55.97 | 588.67 |
| **TOTAL EARNINGS** | | | 1,472.62 | 15,429.85 |

## Direct Deposits

| Description | Amount |
|---|---|
| Direct Deposit 1 | 878.34 |

## Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Tax | 255.68 | 2,791.13 |
| Soc Security | 91.30 | 956.65 |
| Medicare | 21.35 | 223.73 |
| CA Tax | 85.68 | 955.31 |
| CA-SDI | 13.25 | 138.87 |
| Vacation A | 71.05 | 758.28 |
| Vacation B | 55.97 | 588.67 |
| **TOTAL DEDUCTIONS** | 594.28 | 6,412.64 |

## Company Paid Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Health & Welfare - Carp | 332.05 | 3,507.65 |
| Pension - Carp | 279.85 | 2,965.00 |
| Annuity - Carp | 65.25 | 696.38 |
| Training - Carp | 25.52 | 265.14 |
| Work Preservation - Carp | 1.45 | 15.48 |
| Industry Adv - Carp | 6.96 | 74.28 |

## Totals

| | Earnings | Deductions | Net Pay |
|---|---|---|---|
| Current: | 1,472.62 | 594.28 | 878.34 |
| YTD: | 15,429.85 | 6,412.64 | 9,017.21 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.

000019



**Dome Construction Corporation** · 393 E. Grand Avenue · South San Francisco, CA 94080

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Filing Status | Net Pay |
|---|---|---|---|
| 1457 | MICHAEL L LUCKERT | S1 | 233.02 |
| **Ref Number** | **Pay Frequency** | **Pay Period** | **Pay Date** |
| 201710222 | Weekly | 10/16/2017 - 10/22/2017 | 10/26/2017 |

### Earnings

| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
|---|---|---|---|---|
| RT | 46.40 | 6.00 | 278.40 | 14,328.00 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 14.70 | 772.98 |
| Vacation B (WF) | 1.93 | | 11.58 | 600.25 |
| **TOTAL EARNINGS** | | | 304.68 | 15,734.53 |

### Direct Deposits

| Description | Amount |
|---|---|
| Direct Deposit 1 | 233.02 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Tax | 18.42 | 2,609.55 |
| Soc Security | 18.89 | 975.54 |
| Medicare | 4.42 | 228.15 |
| CA Tax | 0.91 | 956.22 |
| CA-SDI | 2.74 | 141.61 |
| Vacation A | 14.70 | 772.98 |
| Vacation B | 11.58 | 600.25 |
| **TOTAL DEDUCTIONS** | 71.66 | 6,484.30 |

### Company Paid Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Health & Welfare - Carp | 68.70 | 3,576.35 |
| Pension - Carp | 57.90 | 3,022.90 |
| Annuity - Carp | 13.50 | 709.86 |
| Training - Carp | 5.28 | 270.42 |
| Work Preservation - Carp | 0.30 | 15.78 |
| Industry Adv - Carp | 1.44 | 75.72 |

### Totals

| | Earnings | Deductions | Net Pay |
|---|---|---|---|
| Current: | 304.68 | 71.66 | 233.02 |
| YTD: | 15,734.53 | 6,484.30 | 9,250.23 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.



**Dome Construction Corporation** · 393 E. Grand Avenue · South San Francisco, CA 94080

| Statement of Earnings and Deductions | | | |
|---|---|---|---|
| Employee Number | Employee Name | Filing Status | Net Pay |
| 1457 | MICHAEL L LUCKERT | S1 | 299.66 |
| Ref Number | Pay Frequency | Pay Period | Pay Date |
| 201711053 | Weekly | 10/30/2017 - 11/5/2017 | 11/9/2017 |

| Earnings | | | | |
|---|---|---|---|---|
| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
| RT | 46.40 | 8.00 | 371.20 | 14,699.20 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 19.60 | 792.58 |
| Vacation B (WF) | 1.93 | | 15.44 | 615.69 |
| TOTAL EARNINGS | | | 406.24 | 16,140.77 |

| Direct Deposits | |
|---|---|
| Description | Amount |
| Direct Deposit 1 | 299.66 |

| Deductions | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Federal Tax | 33.65 | 2,843.20 |
| Soc Security | 25.19 | 1,000.73 |
| Medicare | 5.89 | 234.04 |
| CA Tax | 3.15 | 959.37 |
| CA-SDI | 3.66 | 145.27 |
| Vacation A | 19.60 | 792.58 |
| Vacation B | 15.44 | 615.69 |
| TOTAL DEDUCTIONS | 106.58 | 6,590.88 |

| Company Paid Benefits | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Health & Welfare - Carp | 91.60 | 3,667.95 |
| Pension - Carp | 77.20 | 3,100.10 |
| Annuity - Carp | 18.00 | 727.88 |
| Training - Carp | 7.04 | 277.46 |
| Work Preservation - Carp | 0.40 | 16.18 |
| Industry Adv - Carp | 1.92 | 77.64 |

| Totals | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| Current: | 406.24 | 106.58 | 299.66 |
| YTD: | 16,140.77 | 6,590.88 | 9,549.89 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.

# Carpenters Local Union #22

2085 3rd Street
San Francisco, CA 94107
Phone: (415) 355-1322
Fax: (415) 355-0816

## Work Referral

Dispatch Date: 9/11/2017                    Start Date: 9/11/2017

**Employee:** **Michael Luckert - U59563998**
Local:          Carpenters #22                  Dispatch Type:          Order
Job Class:   Journeyman - Carpenter       Apprenticeship Completion:  No completion date

Employer:   Tutor Perini Building Corp. - 058890          Non ADR Employer
Report To:   Traci Storr 10am sharp Monday
Location:     530 Bush Street Suite 302 10am sharp

Project:      Central Subway Chinatown Station - 2012000542
Address:     933 - 949 Stockton St.                                           **Drug Testing**
City:          San Francisco, CA  94108

Dispatching Union Representative:  Todd Williams

| | | | | |
|---|---|---|---|---|
| **Wages:** | **46.40** | **Health & Welfare:** | 11.45 | **Industry Promotion:** 0.24 |
| **Vacation:** | 2.45 | **Pension:** | 9.65 | **Work Preservation:** 0.05 |
| **Work Fee:** | 1.93 | **Annuity:** | 2.25 | **Travel:** 0.00 |
| | | **Apprenticeship:** | 0.88 | **Subsistence:** 0.00 |

Job Information: E Verify = Two pcs of Valid ID.. Drug Testing.. Concrete Cert Required but then Heavy
                     Concrete & then Apprentice's with Concrete Cert.. Respirator Fit Test so all Carpenters
                     must be clean Shaven..

*Note: By accepting this referral, the individual employer recognizes the Union and each of its affiliated
local unions and district councils as the majority collective bargaining representative of his or its
employee employed in the 46 Northern California counties performing work covered by the Carpenters
Master Agreement(s) for Northern California and/or the Piledrivers Master Agreement(s) and/or the
Drywall/Lathing Master Agreement and recognizes the Union as the exclusive collective bargaining
agent for such employees and further agrees that he or it is bound to said Master Agreement(s)
including all the wages, hours, and all other terms and conditions of such Master Agreement(s) including
the payment of all wage scales, and all Trust Fund contributions required by said agreement(s)*

In case of industrial injury, I hereby designate _____
as my physician.

3FDEEF8700

000020

## 2017 W-2 and EARNINGS SUMMARY

**W-2 Wage and Tax Statement 2017**

Employee Reference Copy

TUTOR PERINI CORPORATION
15901 OLDEN STREET
SYLMAR, CA 91342

MICHAEL L LUCKERT
475 BUENA VISTA AVENUE
APT 111
ALAMEDA, CA 94501-1927

Control number: 0000083000
WMRS  Dept  Corp  Employer use only  223

1 Wages, tips, other comp.  3481.92
2 Federal income tax withheld  652.08
3 Social security wages  3481.92
4 Social security tax withheld  215.88
5 Medicare wages and tips  3481.92
6 Medicare tax withheld  50.49

b Employer's FED ID number  04-1717070
a Employee's SSA number  ***-**-5723

15 State  CA  Employer's state ID no.  478-7536
16 State wages, tips, etc.  3481.92
17 State income tax  204.08

Social Security Number: ***-**-5723
Taxable Marital Status: SINGLE
Exemptions/Allowances:
   Federal:  3
   State:    3
   Local:    0

Your gross pay may not match box 1 totals due to adjustments made for GTL, 401(k), cafeteria plans, etc.

To change your employee W-4 profile information, file a new W-4 with your payroll department.

The wages, tips, and other compensation reflected in box 1 are the sum of those wages shown on your last pay statement, plus any additional compensation or adjustments received after the payroll close.

PAGE 01 OF 01



Dome Construction Corporation · 393 E. Grand Avenue · South San Francisco, CA 94080

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Filing Status | Net Pay |
|---|---|---|---|
| 1457 | MICHAEL L LUCKERT | S1 | 757.50 |
| Ref Number | Pay Frequency | Pay Period | Pay Date |
| 201709246 | Weekly | 9/18/2017 - 9/24/2017 | 9/28/2017 |

## Earnings

| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
|---|---|---|---|---|
| RT | 46.40 | 24.00 | 1,113.60 | 12,332.80 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 58.80 | 667.63 |
| Vacation B (WF) | 1.93 | | 46.32 | 517.26 |
| TOTAL EARNINGS | | | 1,218.72 | 13,550.99 |

## Direct Deposits

| Description | Amount |
|---|---|
| Direct Deposit 1 | 757.50 |

## Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Tax | 192.20 | 2,501.80 |
| Soc Security | 75.56 | 840.16 |
| Medicare | 17.67 | 196.49 |
| CA Tax | 59.70 | 866.48 |
| CA-SDI | 10.97 | 121.96 |
| Vacation A | 58.80 | 667.63 |
| Vacation B | 46.32 | 517.26 |
| TOTAL DEDUCTIONS | 461.22 | 5,711.78 |

## Company Paid Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Health & Welfare - Carp | 274.80 | 3,084.00 |
| Pension - Carp | 231.60 | 2,607.95 |
| Annuity - Carp | 54.00 | 613.13 |
| Training - Carp | 21.12 | 232.58 |
| Work Preservation - Carp | 1.20 | 13.63 |
| Industry Adv - Carp | 5.76 | 65.40 |

## Totals

| | Earnings | Deductions | Net Pay |
|---|---|---|---|
| Current: | 1,218.72 | 461.22 | 757.50 |
| YTD: | 13,550.99 | 5,711.78 | 7,839.21 |

View your pay stub on-line anytime at www.Doculivery.com/DomeConst
You will need to provide your login ID and your password.

# EXHIBIT-2·A

## VERIFICATION OF EMPLOYMENT



ISEC, Inc.
331 Inverness Dr. East
Englewood, CO 80112
(303) 790-1999

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162416**

| Check Number | Date | Amount |
|---|---|---|
| 162416 | 07/28/17 | $*******489.53 |

FOUR HUNDRED EIGHTY NINE AND 53/100***************************************************

Pay to the order of

**Michael L. Luckert**
**111 Taylor St.**
**San Francisco CA 94102**

_Warren Morgan_

⑇162416⑇ ⑈102001017⑈      ⑉706095211⑉

45980
Luckert, Michael L.

Route:        401
Check No:   162416
Check Date:  07/28/17
Period End:  07/28/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 2.50 | 46.4000 | 116.00 | ---------- Gross ---------- | 660.14 | 660.14 |
| Regular | 7.00 | 46.4000 | 324.80 | Federal Income Tax | 48.37 | 48.37 |
| Regular | 3.50 | 46.4000 | 162.40 | Federal FICA Withheld | 40.93 | 40.93 |
| Vacation | | | 31.85 | Federal Medicare Withheld | 9.57 | 9.57 |
| Dues | | | 25.09 | CALIFORNIA WH | 8.86 | 8.86 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 5.94 | 5.94 |
| | | | | Union Dues | 25.09 | 25.09 |
| | | | | Vacation Ded | 31.85 | 31.85 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 660.14 | 660.14 | 13.00 | 170.61 | 489.53 |

000016

ISEC, Inc.
33 Inverness Dr. East
Englewood, CO 80112
(303)790-1444

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162475**

| Check Number | Date | Amount |
|---|---|---|
| 162475 | 08/04/17 | $*****1,163.66 |

ONE THOUSAND ONE HUNDRED SIXTY THREE AND 66/100**************************************************

Pay to the order of

**Michael L. Luckert**
**111 Taylor St.**
**San Francisco CA 94102**

*Warn Morgan*

⑆162475⑆ ⑈102001017⑈ 170609521⑈

45980
Luckert, Michael L.

Route: 401
Check No: 162475
Check Date: 08/04/17
Period End: 07/30/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 4.50 | 46.4000 | 208.80 | ----------- Gross ----------- | 1,980.42 | 2,640.56 |
| Regular | 29.50 | 46.4000 | 1,368.80 | Federal Income Tax | 343.69 | 392.06 |
| Regular | 5.00 | 46.4000 | 232.00 | Federal FICA Withheld | 122.78 | 163.71 |
| Vacation | | | 95.55 | Federal Medicare Withheld | 28.72 | 38.29 |
| Dues | | | 75.27 | CALIFORNIA WH | 132.93 | 141.79 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 17.82 | 23.76 |
| | | | | Union Dues | 75.27 | 100.36 |
| | | | | Vacation Ded | 95.55 | 127.40 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 1980.42 | 1980.42 | 39.00 | 816.76 | 1163.66 |

000008



JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162536**

| Check Number | Date | Amount |
|---|---|---|
| 162536 | 08/11/17 | $*****1,163.66 |

ONE THOUSAND ONE HUNDRED SIXTY THREE AND 66/100*************************************************

Pay to
the
order
of

**Michael L. Luckert
111 Taylor St.
San Francisco CA 94102**

_Warren Morgan_

⑈162536⑈ ⑆102001017⑇ ⑈706095211⑈

45980
Luckert, Michael L.

Route: 401
Check No: 162536
Check Date: 08/11/17
Period End: 08/06/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 4.50 | 46.4000 | 208.80 | ---------- Gross ---------- | 1,980.42 | 4,620.98 |
| Regular | 28.50 | 46.4000 | 1,322.40 | Federal Income Tax | 343.69 | 735.75 |
| Regular | 6.00 | 46.4000 | 278.40 | Federal FICA Withheld | 122.79 | 286.50 |
| Vacation | | | 95.55 | Federal Medicare Withheld | 28.71 | 67.00 |
| Dues | | | 75.27 | CALIFORNIA WH | 132.93 | 274.72 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 17.82 | 41.58 |
| | | | | Union Dues | 75.27 | 175.63 |
| | | | | Vacation Ded | 95.55 | 222.95 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 1980.42 | 1980.42 | 39.00 | 816.76 | 1163.66 |



ISEC Inc.
385 Inverness Dr East
Englewood CO 80112
(888)790-1444

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162592**

| Check Number | Date | Amount |
|---|---|---|
| 162592 | 08/18/17 | $*****1,163.65 |

ONE THOUSAND ONE HUNDRED SIXTY THREE AND 65/100**************************************************

Pay to
the
order
of

**Michael L. Luckert**
**111 Taylor St.**
**San Francisco CA 94102**

_Warren Morgan_

⑆ 162592 ⑆ ⑈ 1020010017⑈        170609521⑈

45980
Luckert, Michael L.

Route: 401
Check No: 162592
Check Date: 08/18/17
Period End: 08/13/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 5.50 | 46.4000 | 255.20 | ---------- Gross ---------- | 1,980.42 | 6,601.40 |
| Regular | 27.00 | 46.4000 | 1,252.80 | Federal Income Tax | 343.69 | 1,079.44 |
| Regular | 6.50 | 46.4000 | 301.60 | Federal FICA Withheld | 122.79 | 409.29 |
| Vacation | | | 95.55 | Federal Medicare Withheld | 28.72 | 95.72 |
| Dues | | | 75.27 | CALIFORNIA WH | 132.93 | 407.65 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 17.82 | 59.40 |
| | | | | Union Dues | 75.27 | 250.90 |
| | | | | Vacation Ded | 95.55 | 318.50 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 1980.42 | 1980.42 | 39.00 | 816.77 | 1163.65 |

000010

ISEC, Inc.
33 Inverness Dr. East
Englewood, CO 80112
(303)790-1444

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162643**

| Check Number | Date | Amount |
|---|---|---|
| 162643 | 08/25/17 | $******1,163.66 |

ONE THOUSAND ONE HUNDRED SIXTY THREE AND 66/100••••••••••••••••••••••••••••••••••••••••••••••

Pay to the order of
**Michael L. Luckert
111 Taylor St.
San Francisco CA 94102**

*Warren Morgan*

⑆162643⑆ ⑈102001017⑈    170609521⑈

45980
Luckert, Michael L.

Route:       401
Check No:    162643
Check Date:  08/25/17
Period End:  08/20/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 5.50 | 46.4000 | 255.20 | ----------- Gross ----------- | 1,980.42 | 8,581.82 |
| Regular | 28.50 | 46.4000 | 1,322.40 | Federal Income Tax | 343.69 | 1,423.13 |
| Regular | 5.00 | 46.4000 | 232.00 | Federal FICA Withheld | 122.78 | 532.07 |
| Vacation | | | 95.55 | Federal Medicare Withheld | 28.72 | 124.44 |
| Dues | | | 75.27 | CALIFORNIA WH | 132.93 | 540.58 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 17.82 | 77.22 |
| | | | | Union Dues | 75.27 | 326.17 |
| | | | | Vacation Ded | 95.55 | 414.05 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 1980.42 | 1980.42 | 39.00 | 816.76 | 1163.66 |

ISEC, Inc.
33 Inverness Dr. East
Englewood, CO 80112
(303)790-1444

JPMorgan Chase Bank, N.A.
Englewood, CO 80110
23-101/1020

**No. 162682**

| Check Number | Date | Amount |
|---|---|---|
| 162682 | 08/30/17 | $*****1,618.51 |

ONE THOUSAND SIX HUNDRED EIGHTEEN AND 51/100***********************************************

Pay to the order of

**Michael L. Luckert**
**111 Taylor St.**
**San Francisco CA 94102**

Waun Morgan

⑈ 16 268 2⑈ ⑆10 200 10 1 7⑇ 170609521⑈

45980
Luckert, Michael L.

Route: 401
Check No: 162682
Check Date: 08/30/17
Period End: 08/27/17

| | Hours | Rate | Gross | Detail Description | Current | YTD |
|---|---|---|---|---|---|---|
| Regular | 8.00 | 46.4000 | 371.20 | ----------- Gross ----------- | 2,996.02 | 11,577.84 |
| Regular | 40.00 | 46.4000 | 1,856.00 | Federal Income Tax | 626.11 | 2,049.24 |
| Regular | 11.00 | 46.4000 | 510.40 | Federal FICA Withheld | 185.76 | 717.83 |
| Vacation | | | 144.55 | Federal Medicare Withheld | 43.44 | 167.88 |
| Dues | | | 113.87 | CALIFORNIA WH | 236.82 | 777.40 |
| Taxable | | | | | | |
| | | | | CALIFORNIA SDI EE | 26.96 | 104.18 |
| | | | | Union Dues | 113.87 | 440.04 |
| | | | | Vacation Ded | 144.55 | 558.60 |

| Total Gross | Taxable Gross | Total Hours | Total Deductions | Net Pay |
|---|---|---|---|---|
| 2996.02 | 2996.02 | 59.00 | 1377.51 | 1618.51 |



**Dome Construction Corporation** · 393 E. Grand Avenue · South San Francisco, CA 94080

| Statement of Earnings and Deductions | | | |
|---|---|---|---|
| **Employee Number** | **Employee Name** | **Filing Status** | **Net Pay** |
| 1457 | MICHAEL L LUCKERT | S1 | 748.92 |
| **Ref Number** | **Pay Frequency** | **Pay Period** | **Pay Date** |
| 060417 | Weekly | 5/29/2017 - 6/4/2017 | 6/8/2017 |

| Earnings | | | | |
|---|---|---|---|---|
| **Description** | **Rate** | **Hrs / Units** | **Current Amount** | **YTD Amount** |
| RT | 44.40 | 24.00 | 1,065.60 | 1,065.60 |
| OT | 66.60 | 0.50 | 33.30 | 33.30 |
| Vacation A | 2.45 | | 60.03 | 60.03 |
| Vacation B (WF) | 1.87 | | 45.82 | 45.82 |
| **TOTAL EARNINGS** | | | 1,204.75 | 1,204.75 |

| Direct Deposits | |
|---|---|
| **Description** | **Amount** |
| Direct Deposit 1 | 748.92 |

| Deductions | | |
|---|---|---|
| **Description** | **Current Amount** | **YTD Amount** |
| Federal Tax | 188.71 | 188.71 |
| Soc Security | 74.69 | 74.69 |
| Medicare | 17.47 | 17.47 |
| CA Tax | 58.27 | 58.27 |
| CA-SDI | 10.84 | 10.84 |
| Vacation A | 60.03 | 60.03 |
| Vacation B | 45.82 | 45.82 |
| **TOTAL DEDUCTIONS** | 455.83 | 455.83 |

| Company Paid Benefits | | |
|---|---|---|
| **Description** | **Current Amount** | **YTD Amount** |
| Health & Welfare - Carp | 274.40 | 274.40 |
| Pension - Carp | 232.75 | 232.75 |
| Annuity - Carp | 55.13 | 55.13 |
| Training - Carp | 20.34 | 20.34 |
| Work Preservation - Carp | 1.23 | 1.23 |
| Industry Adv - Carp | 5.88 | 5.88 |

| Totals | | | |
|---|---|---|---|
| | **Earnings** | **Deductions** | **Net Pay** |
| Current: | 1,204.75 | 455.83 | 748.92 |
| YTD: | 1,204.75 | 455.83 | 748.92 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.

000010



**Dome Construction Corporation** · 393 E. Grand Avenue · South San Francisco, CA 94080

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Filing Status | Net Pay |
|---|---|---|---|
| 1457 | MICHAEL L LUCKERT | S1 | 1098.47 |
| **Ref Number** | **Pay Frequency** | **Pay Period** | **Pay Date** |
| 06112017 | Weekly | 6/5/2017 - 6/11/2017 | 6/15/2017 |

## Earnings

| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
|---|---|---|---|---|
| RT | 44.40 | 40.00 | 1,776.00 | 2,841.60 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 98.00 | 158.03 |
| Vacation B (WF) | 1.87 | | 74.80 | 120.62 |
| **TOTAL EARNINGS** | | | 1,948.80 | 3,153.55 |

## Direct Deposits

| Description | Amount |
|---|---|
| Direct Deposit 1 | 1,098.47 |

## Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| Federal Tax | 376.51 | 565.22 |
| Soc Security | 120.83 | 195.52 |
| Medicare | 28.26 | 45.73 |
| CA Tax | 134.39 | 192.66 |
| CA-SDI | 17.54 | 28.38 |
| Vacation A | 98.00 | 158.03 |
| Vacation B | 74.80 | 120.62 |
| **TOTAL DEDUCTIONS** | 850.33 | 1,306.16 |

## Company Paid Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Health & Welfare - Carp | 448.00 | 722.40 |
| Pension - Carp | 380.00 | 612.75 |
| Annuity - Carp | 90.00 | 145.13 |
| Training - Carp | 33.20 | 53.54 |
| Work Preservation - Carp | 2.00 | 3.23 |
| Industry Adv - Carp | 9.60 | 15.48 |

## Totals

| | Earnings | Deductions | Net Pay |
|---|---|---|---|
| Current: | 1,948.80 | 850.33 | 1,098.47 |
| YTD: | 3,153.55 | 1,306.16 | 1,847.39 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.



**CONSTRUCTION**

Dome Construction Corporation · 393 E. Grand Avenue · South San Francisco, CA 94080

| Statement of Earnings and Deductions | | | |
|---|---|---|---|
| Employee Number | Employee Name | Filing Status | Net Pay |
| 1457 | MICHAEL L LUCKERT | S1 | 1098.48 |
| Ref Number | Pay Frequency | Pay Period | Pay Date |
| 0618201701 | Weekly | 6/12/2017 - 6/18/2017 | 6/22/2017 |

| Earnings | | | | |
|---|---|---|---|---|
| Description | Rate | Hrs / Units | Current Amount | YTD Amount |
| RT | 44.40 | 40.00 | 1,776.00 | 4,617.60 |
| OT | | | 0.00 | 33.30 |
| Vacation A | 2.45 | | 98.00 | 256.03 |
| Vacation B (WF) | 1.87 | | 74.80 | 195.42 |
| TOTAL EARNINGS | | | 1,948.80 | 5,102.35 |

| Direct Deposits | |
|---|---|
| Description | Amount |
| Direct Deposit 1 | 1,098.48 |

| Deductions | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Federal Tax | 376.51 | 941.73 |
| Soc Security | 120.83 | 316.35 |
| Medicare | 28.25 | 73.98 |
| CA Tax | 134.39 | 327.05 |
| CA-SDI | 17.54 | 45.92 |
| Vacation A | 98.00 | 256.03 |
| Vacation B | 74.80 | 195.42 |
| TOTAL DEDUCTIONS | 850.32 | 2,156.48 |

| Company Paid Benefits | | |
|---|---|---|
| Description | Current Amount | YTD Amount |
| Health & Welfare - Carp | 448.00 | 1,170.40 |
| Pension - Carp | 380.00 | 992.75 |
| Annuity - Carp | 90.00 | 235.13 |
| Training - Carp | 33.20 | 86.74 |
| Work Preservation - Carp | 2.00 | 5.23 |
| Industry Adv - Carp | 9.60 | 25.08 |

| Totals | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| Current: | 1,948.80 | 850.32 | 1,098.48 |
| YTD: | 5,102.35 | 2,156.48 | 2,945.87 |

**View your pay stub on-line anytime at www.Doculivery.com/DomeConst**
You will need to provide your login ID and your password.