FILED

DEC 16 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# MICHAEL LUCKERT

PLAINTIFF,

VS.

# EDWARD GUTIERREZ

DEFENDANT,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 19-CV-08204-PJH

# OPPOSITION AND OBJECTIONS TO DEFENDANT EDWARD GUTIERREZ EXPERT DISCLOSURE

# TABLE OF CONTENTS/set one

(1). Opposition AND Objections to Defendant EDWARD Gutierrez's Expert Disclosure, page's 1-7, with Exhibits (1), (2), (3), (4).

1. Michael Luckert
2. 391 Ellis St, San Francisco, CA 94102
3. 707-803-3836
4. Attorney in Pro-se: Michael Luckert

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Michael Luckert | CV-19-08204-PJH |
|---|---|
| Plaintiff, | |
| vs. | Opposition AND objections |
| San Francisco Police Dept. | to Defendant Edward |
| And officer Gutierrez, | Gutierrez's Expert |
| Defendant | Disclosure. |

I, Michael Luckert, am a carpenter by trade. ~~but at this time I am a incarcerated inmate.~~ At the time of this incident at the library on February 26, 2019 I was a free man. On this day I experienced Excessive Force with officer Gutierrez assaulting me, Michael Luckert, AND injuring me with Excessive force. Violating the (8th Amendment) and also Medical Neglect which I think should be added to the charges of 2 counts of Excessive Force. I am at this time suing the San Francisco Police Dept. in there official capacity. Because the San Francisco Police dept. and officer Gutierrez have erased, destroyed video survellance/body camera's. And used medical

Opposition AND objections to defendant Edward Gutierrez/page 1 of 7
Expert Disclosure.

neglect on Michael Luckert, Gutierrez should be held responsible in his official capacity And individual capacity for using excessive force on me, Michael Luckert, And if the honorable Judge will look at my original claim form I believe that is what I asked for from the very beginning.

## OPPOSITION

(1.A) From page 1-27 in defendant Edward Gutierrez's expert disclosure is nothing but a defense based on if I, Michael Luckert, was resisting arrest, delaying police etc...

(1.a) IT has already been established that I did not resist arrest, etc., Assault a librarian, or commit any crime that day at the library on February 26, 2019. All charges got dropped and video surveillance has and would prove my innocent's that the San Francisco Police dept. and officer Gutierrez have destroyed or erased. This proof of destroyed or erased video surveillance/body camera's is in the defendant's reply to Michael Luckert's motion to compel. Which I have requested through a request for documents on March 18, 2024 but have never been sent. And should be considered as a joint undisputed fact of evidence at trial. Because of established Documentation for trial.

---

Opposition And objections to defendant Edward Gutierrez expert disclosure.

page 2 of 7

1  (2.A) In Page 28 line 15-26 of (defendant
2  Edward Gutierrez's Expert Disclosure) the Doctor
3  is saying that I, Michael Luckert, have a open wound
4  on my right thumb that is swollen a little; and left
5  4th digit tip of finger that are infected and
6  swelled up a little, on the 16th of February, 2019,
7  from working on my car.
8    (EXHIBIT.1) San Francisco Jail Medical Report,
9  Dated: 2/22/19, Page 31 shows that I was
10 perscribed antibiotics and I.B.U. for the swelling.
11   (2a). On March 1, 2019 I, Michael Luckert, was
12 seen at Valley Care Pleasanton.
13   (EXHIBIT.2), Valley Care Pleasanton, Page 11, in
14 the highlighted area does not show any diagnosis
15 or sign's of infection or open cut's on my hands.
16   (EXHIBIT.3), Valley Care Pleasanton, Page 25,
17 Highlighted area shows that the medication that
18 I got was only I.B.U. Profen (Motrin). No
19 Medication's were perscribed for infection.
20
21            CONCLUSION
22   (1.) No Antibiotics were perscribed for infection
23 at Valley Care Pleasanton. So Michael Luckert infected
24 wounds and swelling were healed from 2-16-19 San Francisco
25 Jail triage/medical Records Appointment. After all
26 it is more then likely that a small wound with
27 Antibiotic's and I.B.U. Profine would be healed
28 in 10 days.

---

1  (2.) The Excessive Force that happened
2  to Michael Luckett was a NEW INJURY.
3  Please Refer to All Medical Report's In
4  Opposition to Summary Judgment, Filing date:
5  6/29/22.
6  (3.) Video Surveillance would show the excessive
7  Force through body Cameras but the defendant
8  and San Francisco County Jail Police dept.
9  erased, destroyed the Video surveillance/Body
10 camera Footage. This Proof is in the
11 defendant's response to my motion to compel,
12 which I have already did a meet and confer
13 with and the defence did not respond
14 on that issue of sending me the documented
15 proof here at Santa Rita Jail even though
16 I asked through a document Request. The
17 defence should be held responsible for breaking
18 the Federal rules of civil procedure Rule 37 (e)
19 (1), (2), (Failure to preserve Electronically
20 stored information).
21 (3.A) The excessive Force that happened with
22 police officer Gutierrez happened after the
23 triage and in the saftey cell. As explained
24 (In opposition to Summary Judgment) Filed
25 date: 6/29/22, page 5, Line 11-24. And
26 Amended complaint. And Again Body cameras
27 and video Surveillance would show the 2
28 counts of Excessive Force.

Opposition And objection to defendant          page 4 of 7
Edward Gutierrez expert disclosure

## CONCLUSION

1. (Defendant Edward Gutierrez's Expert
2. discovery). Page 28 Line 28-41 is
3. irrelevent and the Defence and the
4. honorable Judge should pay attention to
5. time signature and EXHIBIT'S In opposition
6. to Summary Judgment. EXHIBIT (1). At
7. 22:17 I complained about my hand injury.
8. EXHIBIT.B, Page 1 and 2, Highlighted Area's. I
9. complained about my hand injury.
10. (EXHIBIT.4), San Francisco Jail Medical
11. Report, Page 33 highlighted area will
12. show that right after the excessive
13. force At safety cell time 17:50 continuing
14. on to the next page, 34 highlighted area
15. (EXHIBIT.B), (In opposition to summary Judgment)
16. Filed 6/29/22, Page 1 I complained. Page 2
17. time signature: 19:20 I complained again about
18. my hand injury.
19. (4.A) In (defendant EDWARD Gutierrez's
20. Expert disclosure), page 29 lines 19-21 the
21. defence said I said "In an attempt for the officer
22. not to injure me I put just enough force on
23. my wrists that were hand cuffed behind me so that
24. my wrists and fingers would not break.
25. (4.a) officer Gutierrez did not give me any
26. command, or reassess the situation. He pushed
27. my hand beyond the capacity of which it will

opposition and objections to defendant
EDWARD Gutierrez expert disclosure       Page 5 of 7

bend. At this time is when I tryed to stiffen my hand's but it did not work officer Gutierrez was just hell bound on Injuring me, in which he did. This behavior being objectively unreasonable.

## AUTHORITIES OF CASE LAW

Please refer to (In opposition to Summary Judgment), Filed on 6/29/22. Pages 1-4.

## OBJECTIONS

For the defence not to be able to use any of (Defendant Edward Gutierrez's Expert disclosure in trial).

## CLOSING STATEMENT

Rule 52 (6), of the Federal Rules of civil procedure. Setting aside the findings of fact, whether based on oral or other evidence, must not be set aside unless clearly erroneous, and the reviewing court must give due regard to the trial court's opportunity to judge the witnesses' credibility.

## RELIEF

For Plaintiff to win in trial [ML] with 2 count's of excessive force and a added charge of

opposition and objections to defendant        page 6 of 7
Edward Gutierrez expert disclosure

medical Neglect,

Date: ~~3-27-2024~~ [ml] 12-13-2024

Signature of Attorney in pro-se:
Michael Luckert

opposition and objections to defendant   page 7 of 7
Edward Gutierrez's expert disclosure

COURT COPY ML

EXHIBIT (1.)
---

SAN FRANCISCO JAIL
MEDICAL REPORT page 31

JHS Live03/24/21 13:01

### Encounter Report

ID:  19641 (2260817)  Date:  02/22/19 11:10
Patient:  Luckert,Michael L  Provider: System,Administrator
BirthDate: 07/12/69  Type:  Discharge
Location:  Site:  County Jail 1

Tuberculin Purified Protein 5TU ind soln x1 0.1ml OTUC 02/16/19-02/22/19
Discontinued Patient Discharged
Cephalexin 500mg po cap x1 QID 02/19/19-02/25/19 *SA
Discontinued Patient Discharged
Ibuprofen 600mg po tab x1 QID 02/19/19-02/27/19 PRN *SA
Discontinued Patient Discharged
Wound Care Dressing Change02/20/19 QD clean wounds to finger and thumb, place bacitraicin and gauze...once a day..
Discontinued. Patient Discharged
Influenza Virus Vaccine, Inactivated (PF) im susp x1 OTUC 02/19/19-02/25/19
Discontinued Patient Discharged
Septra DS (gen) 800/160mg po tab x1 TAB BID-AP 02/22/19-02/25/19 *SA
Discontinued Patient Discharged
Wound Care OtherDue: 02/17/19 17:00 right thumb and left 4th digit warm soapy soak twice a day and prn. Dressing open wounds with medihoney and DSD please. Until healed. SC if increased pain swelling redness or onset of fever.
Cancelled. Patient Discharged
JHS Return To Clinicre eval wounds to fingers, one finger is cellulitic...abx ordered
Cancelled. Patient Discharged
End-of-Report


EXHIBIT (1)

000031

EXHIBIT.(2)

Valley Care PLEASANTON MEDICAL REPORT



VALLEYCARE PLEASANTON  Luckert, Michael
5555 W Las Positas Blvd  MRN: 75861773, DOB: 7/12/1969, Sex: M
Pleasanton CA 94588-4000  Adm: 3/1/2019

## 03/01/2019 - ED in VCP Emergency Department (continued)

### Events (continued)

### Medication List

#### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Prior To Admission**
None

**Discharge Medication List**
None

**Stopped In Visit**
None

### ED Provider Note

ED Provider Notes by Tjoe, Andreas, MD at 3/1/2019 1:29 PM

Author: Tjoe, Andreas, MD         Service: ---                              Author Type: Physician
Filed: 3/1/2019 1:51 PM           Date of Service: 3/1/2019 1:29 PM         Status: Signed
Editor: Tjoe, Andreas, MD (Physician)



# Emergency Department
# Provider Note

| Name: Michael Luckert | ED Arrival: 3/1/2019 12:17 PM |
| MRN: 75861773 | Room #: 16 |

### History & Physical

**Triage:**
Chief Complaint
Patient presents with
- Hand Swelling
  *Pt reports injury to bilateral hands by PD, both hands ae swollen and pt reporting pain diffusely, +csm, +pulses.*

**HPI**
49 Y male here for medical clearance. Patient said that he was assaulted by the police officers on Tuesday. He said he was beat up. Now has swollen hands bilaterally and right shoulder pain. Denies chest pain. He does have a visible bruise to the left lower rib. No shortness of breath.
No fevers, cough.

Printed on 3/10/21 8:39 AM          EXHIBIT (2.)          Page 11
000011

# EXHIBIT (3)

VALLEY CARE PLEASANTON MEDICAL REPORT

| Official Copy | | |
|---|---|---|
| **Stanford HEALTH CARE** STANFORD MEDICINE | VALLEYCARE PLEASANTON<br>5555 W Las Positas Blvd<br>Pleasanton CA 94588-4000 | Luckert, Michael<br>MRN: 75861773, DOB: 7/12/1969, Sex: M<br>Adm: 3/1/2019 |

## 03/01/2019 - ED in VCP Emergency Department (continued)

### Medication Administrations (continued)

Frequency: ONCE
Admin Instructions: Give with food or milk.

Rate/Duration: — / —
This drug is associated with a BLACK BOX WARNING. Click on the blue hyperlink below to review the details.

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 03/01/19 1336<br>Documented: 03/01/19 1336 | Given | 600 mg | Oral | Performed by: Maher, Shannon |

### Other Orders

#### Medications

**IBUPROFEN 200 MG PO TABS (Active)**    Status: **Active**

Electronically signed by: In-Medication Dispense From Medselect on 03/01/19 1332
Ordering user: In-Medication Dispense From Medselect 03/01/19 1332    Ordering mode: Standard
Frequency:  03/01/19 1332 - Until Discontinued
Admin Instructions: SHANNON MAHER: cabinet override
This drug is associated with a BLACK BOX WARNING. Click on the blue hyperlink below to review the details.
Medication comments: SHANNON MAHER: cabinet override
Package: 0904-7914-61

**Ibuprofen (MOTRIN) tablet 600 mg (Completed)**    Status: **Completed**

Electronically signed by: Tjoe, Andreas, MD on 03/01/19 1316
Ordering user: Tjoe, Andreas, MD 03/01/19 1316    Ordering provider: Tjoe, Andreas, MD
Authorized by: Tjoe, Andreas, MD                  Ordering mode: Standard
Frequency: STAT Once 03/01/19 1317 - 1 occurrence    Class: E-Prescribe
Acknowledged: Maher, Shannon 03/01/19 1331 for Placing Order
Admin Instructions: Give with food or milk.
This drug is associated with a BLACK BOX WARNING. Click on the blue hyperlink below to review the details.
Package: 0904-7914-61

### Flowsheets

#### Advance Directive and POLST

| Row Name | 03/01/19 1238 |
|---|---|
| **Advance Directive** | |
| Does patient have an Advance Directive? | No |
| Would the patient like to establish an Advance Directive? | Patient offered information but not interested |

#### Custom Formula Data

| Row Name | 03/01/19 1409 | 03/01/19 1257 | 03/01/19 1252 | 03/01/19 1221 |
|---|---|---|---|---|
| **Relevant Labs and Vitals** | | | | |
| Temp (in Celsius) | — | — | — | 36.9 |
| Pain 1st Site | | | | |

# EXHIBIT (4.)

## SAN FRANCISCO Jail MEDICAL REPORT

JHS Live 03/24/21 13:01

## Encounter Report

| | | | |
|---|---|---|---|
| ID: | 19641 (2266017) | Date: | 02/26/19 18:48 |
| Patient: | Luckert,Michael L | Provider: | Yu,Laura |
| BirthDate: | 07/12/69 | Type: | BHS Screening |
| Location: | | Site: | County Jail 1 |
| Primary RFV | Psychotic Disorder (Provisional) | Secondary RFV | Amphetamine Induced Psychotic Disorder (Provisional) |

Patient Information
Arrest Date 02/26/2019
Referral from JMS Safety Cell
Safety Cell Date: 02/26/2019
Safety Cell Time: 17:50
Safety Cell Placement Reason: Danger to Self,Danger to Others Per S/C sheet: Client was "combative with arresting officers. Resistive with triage process. Did not answer if he was suicidal."
"Pt resistive, and combative with custody. Talking to self during triage. Denied si/hi. Placed into SC due to DTO"-JMS
Charges at Arrest 148(a)(1): RESISTING, OBSTRUCTING, DELAYING OF A PEACE OFFICER OR EMT
602.1(b):INTERFERING WITH A PUBLIC AGENCY
415:DISTURBING THE PEACE
171(b):POSSESSION OF WEAPON IN COURTHOUSE OR PUBLIC BUILDING
Legal Status: Misdemeanor
Language Used to Provide Service: English
History of Community Mental Health Treatment: Yes
Inpatient Psychiatric Hospitals: true
Client reported he has been hospitalized for multiple days in San Leandro before. No MH services or hospitalizations in LCR/CCMS.
Current Mental Health Provider Denies. None on LCR/CCMS.
Psychiatric History In Custody
History of Hospitalizations or 5150 Hold: false
History of Safety Cell Placements: true
Client has been in SF county jail in 2005, 2011, and 2019. Last time he was in custody was in February 2019, he was placed in the s/c for DTO at CJ4 and said he will fight if housed on mainline. Signed out and housed per class, diagnosed personality disorder nos.
Currently Conserved: No
Regional Center Client: No
Are You Licensed: Yes
Reports Psychiatric Medication Last 3 Months: No
Current Substance Use: Alcohol Amphetamine Cocaine Reported he drank alcohol last night. Ambiguous of about cocaine use. Reported history of head banging when on meth. Appeared to be detoxing from alcohol, bloodshot eyes. Labile mood could be due to stimulant use.
Risk Assessment
Wish to be Dead: No
Suicidal Thoughts: No
Risk Assessment End

000033

# MICHAEL LUCKERT

Plaintiff

VS.

# EDWARD GUTIERREZ

Defendant

UNITED STATES DISTRICT COURT

Case No. 19-CV-08204-PJH

## OPPOSITION TO SUMMARY JUDGMENT

# TABLE OF CONTENTS

(1.) Declaration of Michael Luckert FOR OPPOSITION TO SUMMARY Judgment

(2.) In Support of Documented Pleadings For Evidence AND EXHIBITS FOR OPPOSITION TO SUMMARY JUDGMENT

(3.) Declaration of Michael Luckert In Support of OPPOSITION TO SUMMARY Judgment

(4) OPPOSITION TO SUMMARY JUDGMENT

(5.) Supplemental TO OPPOSITION FOR SUMMARY Judgment

(6.) (I) AUTHORITY OF CASE LAW (set two)

7. Default; Default Judgment for failure to Preserve Electronically stored INFORMATION

## EXHIBITS

1. The Disposition sheet of ALL charges dropped

1.A  San Francisco Medical report  Page 32

1.B  San Francisco Medical report  Pages 34 and 35

1.C  San Francisco Medical Page 39

1.D  San Francisco medical report  Page 40

1.E  Declaration of Brian Mendoza

1.F  Declaration of Brian Mendoza

1.G  Valley care Medical Pleasanton

1.H  Valley care medical Pleasanton

# EXHIBITS

| | | | |
|---|---|---|---|
| 1.I | Santa Rita Jail Medical Intake/ Receiving screening Intake | 1.P | Declaration of Edward Gutierrez in support of defendants' motion for summary judgment Document 70-8 Filed 05/11/22 Pages 2,3 |
| 1.J | Zuckerberg general Hospital Page 1 and 2 | | |
| 1.K | Dues card for proof of out of Pocket Expenses | 1.Q | San Francisco Sheriffs' Department incident report Narrative Incident NO: 190-143-778 |
| 1.L | Custody Activity cen. 9389699 PFN: ULW-491 | 1.R | San Francisco Medical report, Page 33 |
| 1.M | Carpenters Detail hours | 1.S | Amended Complaint, Document 20, filed 06/03/20, Page 5 |
| 1.N | Original Complaint under the civil Rights Act. 42 U.S.C.S 1983, Document 1 Filed 12/17/19, Page 4, Line 4-5 | 2 | Verification of Employment |
| 1.O | Office of the city Attorney, letter Dated April 17, 2024 | 2.A | Verification of employment |