Case #19-cv-08204PJH

# CERTIFICATE OF SERVICE

Page 1

1. I, Michael Luckert, hand delivered these documents:
2. (Opposition AND Objections to Defendant Edward
3. Gutierrez's Expert Disclosure, pages 1-7, with Exhibits
4. (1),(2),(3),(4).,(Declaration of Michael Luckert For
5. Opposition TO SUMMARY JUDGMENT), pages 1-2),(In
6. Support of Documented PLEADINGS FOR Evidence AND
7. EXHIBITS FOR OPPOSITION TO SUMMARY JUDGMENT),
8. pages 1-15),(Declaration of MICHAEL LUCKERT IN
9. SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT),pages
10. 1-2),(OPPOSITION TO SUMMARY JUDGMENT),pages
11. 1-12),(Supplemental to OPPOSITION FOR SUMMARY
12. Judgment),pages 1,4,5,6,7,8,15,16,17,18,19),(I
13. AUTHORITY OF CASE LAW (set two),pages 1-4),(Default;
14. Default Judgment for failure TO Preserve Electronically
15. Stored Information),pages 1-6), FO

16. (EXHIBITS) 1, 1·A, 1·B, 1·C, 1·D, 1·E, 1·F, 1·G, 1·H,
17. 1·I, 1·J, 1·K, 1·L, 1·M, 1·N, 1·O, 1·P, 1·Q, 1·R, 1·S,
18. 2, 2·A. TO: U.S DISTRICT COURT, Northern district of, CA,
19. 450 Golden Gate ~~San Francisco, CA 94102~~ Ave., San Francisco, CA 94102
20. ADDRESSED TO: CLERK'S OFFICE, U.S. district
21. Court, Northern district OF CALIFORNIA, 1301 Clay
22. Street, Oakland, CA 4612, Suite 400s

23. EXECUTED ON THIS DAY: December 16th, 2024

24. Dated: 12/16/2024

certificate of service, opposition to
summary judgment 12/16/2024

Page 1 of 2

## CERTIFICATE OF SERVICE, Page 2

1
2
3  Signature of Attorney in pro-se: Michael Lunkert
4  391 ELLIS ST
5  SAN FRANCISCO, CA 94102
6  Michaelluckert1@gmail.com
7
8  707-803-3836
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28