DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
EDMUND T. WANG, State Bar #278755
JOHN H. GEORGE, State Bar #292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3857 [Wang]
              (415) 554-4223 [George]
Facsimile:    (415) 554-3837
E-Mail:       edmund.wang@sfcityatty.org
              john.george@sfcityatty.org

Attorneys for Defendant
EDWARD GUTIERREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL LANDON LUCKERT, | Case No. 19-cv-08204-PJH |
|---|---|
| Plaintiff, | **REPLY DECLARATION OF EDMUND T. WANG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| O. SMITH #2275; GUTIERREZ #1928; BRULE #2005; ESPIRITU #1952; MENDOZA #2324; ANTHONY P. OCHOA, | Date Action Filed:   December 17, 2019<br>Trial Date:           Not Set |
| Defendants. | |

I, Edmund T. Wang, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney of the City and County of San Francisco, and I am counsel of record for Defendant Edward Gutierrez in this action. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. A true and correct copy of a Memorandum, from San Francisco Sheriff's Deputy Kelvin Wu #2182 to the San Francisco Police Department (SFPD) Property Control Division, which concerns, *inter alia*, the evidence related to Plaintiff Michael Luckert's arrest on February 26, 2019, is

1  attached hereto as **Exhibit J**. The document has been redacted to remove information regarding other
2  unrelated incidents and cases.
3      I declare under penalty of perjury under the laws of the United States that the foregoing is true
4  and correct.  Executed on December 30, 2024 at Windham, New York.

                                          */s/ Edmund T. Wang*
                                          EDMUND T. WANG