# EXHIBIT J
# DECLARATION OF EDMUND T. WANG

# Memorandum

**San Francisco Police Department**

To: OIC Property Control Division

From: WU, K. #2182
Name

CITY HALL PATROL
Unit/Detail

Date: 12/10/19

APPROVED  YES  NO

The below listed cases have been investigated by members of the ___SFSD CIU___ unit/detail and have been adjudicated. All requirements of section 1411 of the Penal Code have been complied with. Accordingly, you are authorized to dispose of all evidence, as detailed below, connected with these cases.

| # | DATE OF INCIDENT | CASE NUMBER | BAG # | BAG TYPE | STORED IN | LOCATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 2. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 3. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 4. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 5. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 6. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 7. | ✓ 02/26/19 | 190-143-778 | 1 | D | | | FOLDING KNIFE / DVD-R FOOTAGE |
| 8. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 9. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 10. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 11. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 12. | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

SFPD 68 (03/89) *