UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUTIERREZ,<br><br>　　　　Defendant. | Case No. 19-cv-08204-PJH<br><br>**JUDGMENT** |

Pursuant to the order granting summary judgment, this case is dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: March 3, 2025

　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge