FILED

MAR 19 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Michael Luckert
2  391 ELLIS STREET
3  San Francisco, CA 94102
4  michaelluckert 1@gmail.com
5  Attorney in Pro-Se: Michael Luckert
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT Of California
9  Michael Luckert, Plaintiff | Case No. 19-cv-08204-
10      .vs                    | PJH
11 San Francisco County        |
12 Police:Police officer       | Objections to a ruling
13 Gutierrez                    | OR ORDER
14      ,defendant's           | F.R.C.P. Rule 46
15
16     A Formal exception to a ruling or order is
17  unnecessary. When the ruling or order is
18  requested or made, a party need only state
19  the action it wants the courts to take or
20  object to, along with the grounds for the
21  request or objection. Failing to object does
22  not prejudice a party who had no opportunity
23  to do so when the ruling or order was made.
24
25  (a). In General, Judges and attorneys in Federal
26  Civil procedure cases should follow the Federal
27  Rules oF Civil Procedure (FRCP) as they stand
28  in 2025, which includes amendments made

1 effective in 2019 and any subsequent
2 changes.rather than relying solely on
3 the rules as they existed in 2019.
4 ⌐(b).    Failure to Preserve Electronically¬
5 Sto    Information that should have been
6 preserved in the anticipation or conduct
7 of litigation is lost because a party failed
8 to take reasonable steps to preserve it,
9 and it can not be restored or replaced through
10 additional discovery, the court:
11 (1) upon finding prejudice to another party
12 from loss of the information, may order
13 measures no greater than necessary to cure
14 the prejudice; or
15 (2) Only upon finding that the party acted
16 with the intent to deprive another party of
17 the information's use in the litigation may:
18    (A) presume that the lost information
19 was unfavorable to the party;
20    (B) instruct the jury that it may or must
21 presume the information was unfavorable to
22 the party; OR
23    (C) dismiss the action or enter a default
24 judgment.
25
26    (c).   OBJECTIONS
27
28    (1). I, michael Luckert, have a Objection
   Objection to a Ruling or ORDER         page 2 of 11

1  that are of a Federal Rule of Civil
2  Procedure. (Rule 37(e). In which the defence and
3  Police officer: Gutierrez and the
4  San Francisco Police department Broke.
5  Because all of rule 37(e) applies when it
6  came to the Defendant Officer Gutierrez and
7  the San Francisco Police and Gutierrez Counsel.
8  Destroying/Erased Body Camera, and Video
9  Surveillance of this incident before a year was
10  up. Which that is the minimum standard that is
11  even State Law must abide by for preserving
12  Electronically Stored Information. Documents.
13
14  (d). The Federal Rules of Civil Procedure Rule 37(e)
15  was made for a Purpose. So the preservation of
16  Electronically Stored Information can stand up against
17  the lies of old school law. Where it was the
18  Policemans word against the People of the
19  United States, I believe Transparency is
20  What this rule 37(e) has in mind.
21  (e). Under the Federal Rules of Civil
22  Procedure, a defendant's duty to preserve
23  electronically stored information (ESI) begins
24  when they reasonably anticipate litigation.
25  Even before a lawsuit is Filed. Under Common
26  law and as expressly referenced in amended
27  Federal Rule of Civil Procedure (FRCP) 37(e).
28  19-CV-08204-PJH complaint is filed on: 12-17-2019.
   objection to a ruling on order          Page 3 of 11

1    (F). The defendant, his counsel and the
2 San Francisco Police need to be held accoun-
3 accountable for braking F.R.C.P. 37(e),
4

5    (g).   OBJECTION
6    On page 2 Lines 3-4 of (ORDER Denying
7 Plaintiff's Motion For Summary Judgment and
8 Granting Defendant's Motion For Summary
9 Judgment) it says: "He" (as in Plaintiff), presented
10 very few argument regarding the actions of the
11 individual defendant.
12    (9.1). In Plaintiffs (Declaration of Michael Luckert
13 for Opposition to Summary Judgment), page 2 lines 20-
14 28 and Page 3 lines 1-28 the Plaintiff is stating
15 that Officer Gutierrez charged Plaintiff on
16 February 26, 2019 with resisting arrest, obstructing/
17 Delaying a peace officer, /EMT. Interfering with a
18 Public agency, Disturbing the peace, possession of a
19 weapon at the Courthouse/public building.
20    (9.2). All charges got dropped "MEANING"'I,
21 Michael Luckert, did not (1). Resist/obstruct/delay
22 Peace Officer/EMT. (2). Interfer with Public
23 Agency. (3). Disturb the peace. (4). Possession
24 of a weapon at the Courthouse/public Building.
25    What the Plaintiff want's done is for the Judge
26 to "STRIKE" any documents that talk about the
27 above charges that got dropped. Another words
28 if the defence and it's counsel use any of the
objection to a ruling or order                    page 4 of 11

1   ——— dropped charges to try and defend
2   themselves. Or Just trying to make me,
3   Michael Luckert, Look bad with Case's ———
4   that are not even true. And did not get
5   convicted of. So how you going to make a case
6   ——— built off of things I never got
7   convicted of.
8   (h).          OBJECTION
9       on page 2 of Document 179, Lines 3-4 it
10  says "He presented very few arguments regarding
11  the actions of the individual defendant." Specifically
12  about switching defendant's when we were
13  in the discovery Phase.
14      (h.1). The reason I switched Police
15  officers in this law suit (19-08240-PJH),
16  was because my Face was always in the
17  ground and or pushed forward so I could not
18  see what officer did what to me.
19      So when I got The police incident report
20  I match it up with what police officer
21  I felt did the excessive force. Because
22  from the way the incident report went
23  I could tell what officers was around me,
24  Michael Luckert. ——————————— Plus
25  This one document called Amended Complaint,
26  (Document 7 Filed 01-27-20, page 10, Lines
27  2-8, it says: "At all times in the Amended
28  Statement of claim Complaint any Deputy/

objection to a ruling OR ORDER               page 5 OF 11

1  sheriff/ building grounds Patrol may take the
2  place of any other Deputy/sheriff/ building grounds
3  Patrol in this amended statement of claims (complaint),
4  OR names may be added. Do to camera/ video
5  surveillance, discovery and in the interest of Justice.
6     Now I hope the Judge and the defence see
7  how important it is to preserve Body Camera's,
8  Video surveillance. Which the defendant.
9  Police officer Gutierrez and the San Francisco
10 Police department need to be brought to
11 Justice for destroying, writing over Body
12 Cameras.
13
14          OBJECTION
15
16  (1), document 179, Filed 03/03/25, Page 1,
17  Line 23 - 24, it says "but what is relevant for
18  the instant motion were the allegations that
19  "defendant Gutierrez injured plaintiff's wrists
20  at the library." Plaintiffs left and right hand,
21  wrist, fingers.
22     (1.a), Document 175, Filed 12/16/24 (Declaration
23  of Michael Luckert for Opposition To Summary
24  Judgment), pages 2 and 3, As far as the
25  court clerk's stamp is on top. This
26  Declaration of Michael Luckert is all about
27  Defendant Gutierrez injuring plaintiff's
28  wrist at the library. Specially Page 2,
    objection to a ruling or ORDER
                              page 6 of 11

1 Lines 26-26, AND page 3, Lines 1-10, were
2 it says "I was brought to the San Francisco
3 county main library Security Building
4 ground Patrol office. I did not know exactly
5 what officer at the building grounds
6 security office at the main library was
7 responsible for applying pressure to my
8 handcuffed hands until I read the declaration
9 Declaration's of each officer at the scene
10 of this particular incident. Only (1) officer
11 in the building grounds security office
12 applied pressure to my handcuffed wrists.
13 And in (officer Gutierrez Declaration) he is
14 admitting to applying pressure to my wrist
15 at the building grounds security office
16 at the main library in San Francisco."
17 Lines 20-21 "These officers that applied
18 pressure to my handcuffed wrists
19 injured me.
20    (1.b) These injurys were not deminimus.
21 The police officer Gutierrez put to much pressure
22 on my right wrist. Pushing it passed what it
23 will bend. Injuring Plaintiff. And according to
24 the medical documents my right and Left
25 wrists fingers, hand were still injured and was not
26 Deminius. on 3/1/19 in Document 175-1, filed
27 12/16/24, page 19. + states "Contusion of hand,
28 unspecified laterality.
objection to a ruling OR ORDER

page 7 of 11

1  (1.0) Document 175-1, filed 12-16-24, page 37,
2  EXHIBIT 1.J, page 326 of the medical
3  report says "soft tissue injury /sprain on
4  bilateral hands. This was on 3-1-2019.
5

6  (1.D) 3-15-19 In Document 175-1, filed 12-16-24
7  page 37 it also states after 2½ week that
8  finally my right hand swelling went down "No
9  noted swelling on R hand" but I was still
10 in pain. (This is a lot of pain and suffering).
11 that went on

12   (1.E) Officer Gutierrez have caused me
13 pain and suffering from the incident at the
14 library injuring both right and left hand.
15 Finger, wrist. Causing me pain and suffering
16 for months, as the Exhibit -(1.J), Zuckerberg
17 San Francisco General Hospital will show.
18

19   (1.F) In Document 179, filed 03/03/25, page
20 4, Lines 8-10 it states "Ochoa approached
21 plaintiff, who was visibly agitated and acting
22 erratically and took up an aggressive stance."
23    I, michael Luckett, did not take up a aggressive
24 stance, which is irrelavent because Gutierrez
25 is the defendant not Ochoa and smith. And
26 the time were are talking about is the time
27 at the main library in the building grounds patrol
28 office that Officer Gutierrez injured me the
   objection to a ruling of ORDER          page 8 of 11

1  First time.

2

3   (1.G), Document 179, Filed 03/03/25, page 5,
4  Line 1, it states "Gutierrez applied minimal
5  pressure and Found a knife."
6      Gutierrez is lying. The officers did not
7  Find a knife on me Until I, Michael Luckert,
8  was in the transportation van. The officer
9  asked me if I had anything else in my Pockets
10 and I said "yes". And I reached in my Pocket
11 and gave the legal knife to the officer.

12

13   (1.H), Document 179, Filed 03/03/25, Page 6,
14 Line 5 and 6 it states "Gutierrez Dec1. ¶ 9.
15 Before, being placed in the holding cell, Gutierrez
16 again searched plaintiff by applying a rear wrist
17 lock on plaintiff with minimal pressure."
18    This incident when Gutierrez again injures
19 Michael Luckert was in the safety cell with
20 Deputy Mendoza. This rear wrist lock was not
21 Deminimus. Gutierrez push my wrist past the
22 Point that it moves injuring Plantiff.
23 Please refer to this Document, Objection
24 to a ruling or ORDER, page 7, Lines 20-28
25 and page 8, lines 1-17. With the sprained
26 wrist's, And swelling of both hands until
27 2 1/2 week later. Then For month I still
28 was in pain as the medical documents will

1  Explain.
2
3   (1.I), Document, 179, Filed 03/03/25,
4  page 6, line 11, 12 it states "when asked if he was
5  injured or had any wounds, plaintiff answerd
6  in the negative.
7   This is not how the question above was
8  asked. The Question the Police asked me
9  was. Do I have any life threatening injuries?
10  Which I said "no". The questions are
11  not the same.
12
13   (1.J) Document 179, Filed 03/03/25,
14  page 8, Line 3-5 says "Plaintiff attempted to
15  alter his allegations regarding events at the
16  Jail. He argues that the initial search at
17  the holding cell of the Jail by defendant
18  actually occured later during the incident in
19  the Safety cell.
20   IF you read my documents From the
21  beginning Amended complaint till now the
22  Judge and defendant will see I have
23  been saying this whole time that I happened
24  in the Safety cell. These incident like
25  This is way Body Camera's and Video Surveillance
26  are so important. So that we can tell a lie
27  from the truth. Lines 15, 16 it says "undisputed
28  that defendant was not involved in the relevant
   objection to a ruling or order          Page 10 oF 11

1  incident at the Jail.
2
3  (1.K). The burden is on Officer Gutierrez
4  to show that Gutierrez did not use
5  excessive Force on Me, Michael Luckert, by
6  presenting the body camera Footage.
7  And the immunity thing is off the table
8  because Officer Gutierrez broke the law
9  and commited excessive Force.
10  (1.K). I also object to Brian Mendoza not commiting
11  excessive Force. So I can appeal
12  (1) The RELIEF   should at least
13  get (1). The remaining Defendant Officer
14  Gutierrez should at least get a (default
15  Judgment in my Favor.
16  Date: 3-17-2025
17
18  Signature of Attorney in Pro-se!
19              Michael Luckert
20
21
22
23
24
25
26
27
28

objection to a ruling or order        page 11 of 11

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** _Michael Luckett_ v. _Gutierrez_

2. **Case Number:** _19-cv-08204-PJH_

3. **What documents were served?** Write the full name or title of the document(s)
   _(Objection to a ruling or order.)_

4. **How was the document served?** Check one:

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   _U.S District Court,_          _City Attorney of San_
   _Northern District of Calif._  _Francisco, John H.George_
   _450 Golden Gate Ave_          _1390 Market St, Fox Plaza_
   _San Francisco, CA 94102_      _7th Floor, San Francisco, CA 94102_

6. **When were the documents sent?** _03-17-2025_

7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _Michael Luckett_

Name: _Michael Luckett_

Address: _371 Ellis Street, San Francisco, CA 94102_