Michael Lockett
391 Ellis Street
San Francisco, CA 94102

U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

SAN FRANCISCO
18 MAR 20[25]

RECEIVED
MAR 19 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-348