UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L LUCKERT,<br><br>    Plaintiff,<br><br>    v.<br><br>GUTIERREZ,<br><br>    Defendant. | Case No. 19-cv-08204-PJH<br><br>**ORDER OVERRULING OBJECTIONS**<br><br>Re: Dkt. 181 |

On March 3, 2025, the court issued an order denying plaintiff's motion for summary judgment and granting defendant's motion for summary judgment. See Dkt. 179. On the same day, the court also entered judgment. See Dkt. 180.

Plaintiff has subsequently filed objections, seeking to challenge the court's rulings, styled as an objection under Federal Rule of Civil Procedure 46. See Dkt. 181.

The court finds no merit in the arguments raised by plaintiff's objections, and the purported objections are overruled. The court will not entertain any further filings from plaintiff.

**IT IS SO ORDERED.**

Dated: July 25, 2025

                                                /s/ *Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States District Judge