```
 1  Michael Landon Luckert
 2  125 6th Street
 3  San Francisco CA, 94103
 4  Apt. 414
 5  Phone: 628-223-9481
 6  E-Mail: MLpro.seattorney@g-mail.com
 7  Pro-se
 8
 9
10           UNITED STATES COURT OF APPEALS
11             FOR THE NINTH CURCUIT
12  Michael Landon Luckert          Case No. 19-CV-08204-
13          Plaintiff,              PJH
14      v
15  San Francisco Police Dept.     NOTICE OF CHANGE
16  AND Officers: D-Smith#          OF ADDRESS, Phone
17  2275, LENA #56, GUTIERREZ      Number, AND E-MAIL
18  #1928, Brule #2005, Espiritu
19  #1952, Mendoza #2324,
20  Mercado #1982, ANTHONY P.
21  Ochoa.
22             ,Defendant's
23      I, Michael Landon Luckert have changed
24  MY ADDRESS, Phone Number, AND EMAIL TO The
25  Above caption. Michael Landon Luckert, 125 6th
26  STREET, SAN FRANCISCO, CA 94103, Phone Number: 628-
27  223-9481, EMAIL: MLpro.se attorney@g-mail.com
28  Dated: 12-19-2025 / signature in pro-se: Michael Luckert
```

NOTICE OF CHANGE OF ADDRESS                    Page 1 of 1
Phone Number, AND E-MAIL

FILED
DEC 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

put in drop box
- M envelope

TABLE OF CONTENTS/ PAGE 1

(1). UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, Form 6. Representation Statement pages 1-4.

(2), UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCIT, MOTION TO APPEAL AS OF Right, Pages 1-14

(3) NOTICE OF CHANGE OF ADDRESS, phone number, AND e-mail.

(3). EXHIBITS: A - G's For UNITED STATES COURT OF APPEALS For the NINTH CIRCUIT. Motion to Appeal as OF Right, Pages 1-14

(EXHIBIT-A) ORDER OVER RULING objections.

(EXHIBIT-B), letter from defendant attorney of video surveillance/body cameras were erased or destroyed.

(EXHIBIT-C) F.R.C.P 37(e), Failure to preserve electronically stored information.

(EXHIBIT-D), Federal law governing body camera/video surveillance.

(EXHIBIT-D.1) state and local laws.

(EXHIBIT-E), page 1, California, AB 69 (2015) rules, AB 1953 (2016).

AND CONTINUED ON Page 2 OF EXHIBIT-E.

TABLE OF CONTENTS
(CONTINUED), PAGE 2
EXHIBITS

1.  (EXHIBIT-F), preservation of body camera/video surveillance/Retention periods.
2.  (EXHIBIT-G), California Code - PFN § 832.18
3.  (EXHIBIT-G·1), Establish specific measures
4.  (EXHIBIT-H), Evidentiary data including video and audio recorded
5.  (EXHIBIT-H·1) In determining a retention schedule.
6.  (EXHIBIT-H·2), Consulting with internal legal counsel.
7.  (EXHIBIT-I), ORDER Denying plaintiff Motion for Summary Judgment and Granting defendant's Motion for Summary Judgment.
8.  (EXHIBIT-J), Objections to a ruling or order.
9.  (EXHIBIT-K), Valley Care Medical Pleasanton.
10. (EXHIBIT-L), Disposition of ALL charges dropped.
11. (EXHIBIT-M), Notice to UNITED STATES officer's to

Table of Contents For Motion / Case # 19-CV-08204-PJH / Page 2 of 3
to Appeal as of Right

TABLE OF CONTENTS / Page 3 (continued)

be added as defendant's by Amendment AND Amended Statement of Claim Complaint.

(EXHIBIT-N), San Francisco Field Arrest Card.

(EXHIBIT-O), Notice of Motion For a New Trial.

(EXHIBIT-P), Motion For a New Trial with Brian Mendoza #2324 as a Defendant in his Official and Individual Capacity.

(EXHIBIT-Q), Opposition and Objections to Defendant Edward Gutierrez's Expert Disclosure.

(EXHIBIT-R), DEFAULT; DEFAULT JUDGMENT FOR Failure to Preserve Electronically Stored INFORMATION).

(EXHIBIT-S), Pleading Special Matters of Fraud

SOME of These EXHIBITs are refered
Please look them up.