FILED

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL LANDON LUCKERT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> O. SMITH, AKA Devin Smith, Deputy Sheriff, #2275; et al., <br><br> Defendants - Appellees. | No. 25-8105 <br><br> D.C. No. 4:19-cv-08204-PJH <br> Northern District of California, Oakland <br><br> ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The notice of appeal was filed more than 30 days after the district court judgment entered on March 3, 2025 and the post-judgment order entered on July 25, 2025. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Hollywood v. City of Santa Maria*, 886 F.2d 1228, 1231 (9th Cir. 1989) (no separate judgment required for order denying post-judgment motion; time to appeal begins to run from entry of order denying post-judgment motion).

This appeal is therefore dismissed.

**DISMISSED.**