# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**FILED**
**FEB 02 2026**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**9th Cir. Case Number(s):** 25-8105

**Case Name:** Michael Luckert vs. Smith et. al.

**Requesting Party Name(s):** Michael Landon Luckert

**I am:**
- ● The party requesting the extension.
- ○ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☐ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ■ Other (*you must describe the document*)

  Disclosure Statement

**The requested new due date is:** 01/29/26

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

I did not know that I had to fill out a Disclosure Statement until I got it in the mail on the post mark date on the envelope of: 1/14/26. Which is in (EXHIBIT 1), United States Court of Appeals (LEGAL MAIL) and the date on the Docketing Notice which is: December 30, 2025, (EXHIBIT 2) So the day I get the envelope it is already past the 14 day time to file.

**Signature:** Michael Luckert    **Date:** 1-29-2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED
FEB 02 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1

Instructions for this form: http://www.ca9.uscourts.gov/forms/form34instructions.pdf

9th Cir. Case Number(s) | 25-8105 |

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

| Michael Landon Luckert vs. Smith et. al. |

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
      ○ Yes   ● No

      If yes, identify all parent corporations of each entity, including all generations of parent corporations (attach additional pages as necessary):

      |  |

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
      ○ Yes   ● No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."
[2] To the extent it can be obtained through due diligence.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

(EXHIBIT-1)
U.S. COURT of APPEALS LEGAL MAIL ENVELOP



UNITED STATES COURT OF APPEALS
95 Seventh Street

Post Office Box 193939
San Francisco, California 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LEGAL MAIL

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
01/14/2026 ZIP 94103
043M31241397
US POSTAGE

Michael Landon Luckert
125 6th Street
Apt. 414
San Francisco, CA 94103

(EXHIBIT.1), U.S. COURT OF APPEALS LEGAL MAIL ENVELOPE



(EXHIBIT-2)
UNITED STATES COURT OF APPEALS, (LEGAL MAIL) Post-dated:
December 30th 2026.



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



FILED

DEC 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number: 25-8105
Originating Case Number: 4:19-cv-08204-PJH

Short Title: Luckert v. Smith, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Michael Luckert, v. San Francisco County Jail AND Officers: SMITH, et. al

2. **Case Number:** 25-8105 / originating case Number: 19-cv-08204-PJH

3. **What documents were served?** Write the full name or title of the document(s), Form 34., (Disclosure Statement under F.R.A.P 26.1 and Circuit Rule 26.1-1), UNITED States court of Appeals for the Ninth Circuit / with EXHIBITS-1 and 2.

4. **How was the document served?** Check one:

   ☒ Placed in U.S. Mail

   ☐ Hand-delivered

   ☐ Sent for delivery (e.g., FedEx, UPS)

   ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** Write the full name and contact information for each person you sent the document.

   U.S. District Court
   450 Golden Gate. Ave
   San Francisco, CA
   94102

   CITY ATTORNEY'S OFFICE
   1390 Market Street, Fox Plaza,
   7th Floor, San Francisco, ca
   94102

6. **When were the documents sent?** January 29th, 2026

7. **Who served the documents?** Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Michael Luckert

Name: Michael Landon Luckert.

Address: 125 6th Street, San Fran--