Michael Luckert
125 6th street
San Francisco
94103

RECEIVED
FEB 0 2 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
450 Golden Gate
San Francisco, CA
94102

SAN FRANCISCO CA 940
30 JAN 2026 PM 4 L

94102-348999