UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

FEB 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL LANDON LUCKERT,

Plaintiff - Appellant,

v.

O. SMITH, AKA Devin Smith, Deputy
Sheriff, #2275; et al.,

Defendants - Appellees.

No. 25-8105

D.C. No.
4:19-cv-08204-PJH

Northern District of California,
Oakland

MANDATE

The judgment of this Court, entered January 27, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT