MICHAEL LANDON LUCKERT
125 6th STREET
SAN FRANCISCO, CA 94103
PHONE: 415-410-8012
E-MAIL: WHITEPRESERVATION5@gmail.com
PRO-SE

**FILED**
MAR 11 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL LUCKERT, | NO. 25-8105 |
| PLAINTIFF - APPEALLANT | D.C. NO. 4-19-CV-08204-PJH |
| .VS | |
| SAN FRANCISCO POLICE.DEPT, | CHANGE OF ADDRESS, |
| SMITH et. al. | E-MAIL, AND PHONE. |
| DEFENDANT'S - APPELLEES | |

I, MICHAEL LUCKERT, IN THE ABOVE CASE NO. 25-8105 HAVE CHANGED MY E-MAIL AND PHONE. MY NEW NUMBER IS AS THE CAPTION STATES ABOVE. 415-410-8012 AND MY NEW E-MAIL IS AS THE CAPTION ABOVE STATES. WHITEPRESERVATION.5@gmail.com.

Respectfully submitted,

Date: 3-11-2026    Signature: *Michael Luckert*

Print Name: MICHAEL LUCKERT

[DOCUMENT TITLE] CHANGE OF ADDRESS, E-MAIL, AND PHONE    PAGE 1 OF 1    JDC TEMPLATE, UPDATED 11/2024