# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL LANDON LUCKERT, PLAINTIFF-APPEALLANT .VS SAN FRANCISCO POLICE DEPT., SMITH et. al. , DEFENDANT'S-APPELLEE'S | NO. 25-8105 D.C. NO. 4:19-CV-08204-PJH |

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NINTH CIRCUIT

PETITION FOR PANEL REHEARING (FED.R. APP.P.41; 9th Cir. R. 40-1 TO 40-4)

MICHAEL LUCKERT
125 6th STREET
SAN FRANCISCO, CA
94103
PHONE: 415-410-8012

**FILED**
MAR 11 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTORNEY IN PRO-SE:
*Michael Luckert*

PETITION FOR PANEL REHEARING / PAGE 1 OF 7

## STATEMENT OF COUNSEL IN PRO-SE

(1). IN COUNSEL'S JUDGMENT, ONE OR MORE OF THE SITUATIONS DESCRIBED IN THE FORGOING DOCUMENT, (STATEMENT OF THE CASE), DESCRIBES THE F.R.A.P RULE 3(c)(2). AND IN (ATTACHMENT .2), IT STATES "A PRO-SE NOTICE OF APPEAL IS CONSIDERED FILED ON BEHALF OF THE SIGNER AND THE SIGNER'S SPOUSE AND MINOR CHILDREN (IF THEY ARE PARTIES), UNLESS THE NOTICE CLEARLY INDICATES OTHERWISE."

Pl

PLANTIFF: AS THE COURT CAN SEE F.R.A.P RULE 3(c)(2) PLAINLY STATES THAT A PRO-SE LITIGANT DO NOT HAVE TO FILE A NOTICE OF APPEAL.

(2). THE PROCEEDINGS INVOLVES A QUESTION OF EXCEPTIONAL IMPORTANCE SO THAT RAPIST POLICE OFFICER'S ARE NOT EMPLOYED IN THE SAN FRANCISCO POLICE DEPARTMENT.

(3). IF THE UNITED STATES OR AN AGENCY OR OFFICER THEREOF IS A PARTY IN A CIVIL CASE, THE TIME FOR FILING A PETITION FOR REHEARING IS 45 DAYS AFTER ENTRY OF JUDGMENT.
PLAINTIFF: PLEASE LOOK AT (ATTACHMENT.1), UNITED STATES COURT COURT OF APPEALS FOR THE NINTH CIRCUIT, ORDER, DATED: JANUARY 27, 2026 FOR START OF TIME FOR

STATEMENT OF COUNSEL IN PRO-SE / PAGE 2 OF 7
FOR PETITION FOR PANEL REHEARING

1  FILING A PETITION FOR REHEARING.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STATEMENT OF COUNSEL IN PRO-SE
FOR PETITION FOR PANEL REHEARING        PAGE 3 OF 7

## STATEMENT OF THE CASE

1. (1). THE REASON THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT DISMISSED MY CASE WAS FOR THE REASONS STATED IN (ATTACHMENT .. 1), <u>UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ORDER, Filed January 27, 2026</u>. THE NOTICE OF APPEAL WAS FILED MORE THAN 30 DAYS AFTER THE DISTRICT COURT JUDGEMENT ENTERED ON MARCH 3, 2025 AND THE POST-JUDGMENT ORDER ENTERED ON JULY 25, 2025. SEE 28 U.S.C. § 2107(a); UNITED STATES V. SADLER, 480 F 3d 932, 937 (9TH CIR. 2007) (REQUIREMENT OF TIMELY NOTICE OF APPEAL IS JURISDICTIONAL); SEE ALSO HOLLYWOOD V. CITY OF SANTA MARIA, 886 F.2d 1228, 1231 (9th Cir. 1989) (NO SEPARATE JUDGMENT REQUIRED FOR ORDER DENYING POST-JUDGMENT MOTION). THIS APPEAL IS THEREFORE DISMISSED.

<u>WHAT THE FEDERAL RULE OF APPELLATE PROCEDURE '2018' HAS TO SAY ABOUT THE NOTICE OF APPEAL AND WHY THE COURT SHOULD RECONSIDER</u>

(2.) (ATTACHMENT - 2), IN UNDERLINED AREA, FEDERAL RULE OF APPELLATE PROCEDURE, RULE 3(c)(2) A PRO-SE NOTICE OF APPEAL IS CONSIDERED FILED ON BEHALF OF THE SIGNER AND THE SIGNER SPOUSE AND MINOR

1  CHILDREN (IF THEY ARE PARTIES), UNLESS THE
2  NOTICE CLEARLY INDICATES OTHERWISE.
3
4  (2.A). PLAITIFF: AS THE COURTS CAN SEE IN
5  "2018" F.R.A.P.: IT PLAINLY STATES THAT
6  I DO NOT HAVE TO FILE A NOTICE OF APPEAL.
7
8  (3).  **HOW THE COURTS SHOULD RULE**
9  (1). STRIKE THE <u>DISMISSAL ORDER</u>
10 <u>OF (ATTACHMENT .1), UNITED STATES COURT OF</u>
11 <u>APPEALS FOR THE NINTH CIRCUIT</u>, ORDER,
12 CASE NO. 25-8105, FILED: 01/27/26.
13
14 (2). (CONTINUE) THE APPEAL FROM THE UNITED
15 STATES COURT OF APPEALS FOR THE NINTH
16 CIRCUIT, MOTION TO APPEAL AS OF RIGHT,
17 CASE NO. 25-8105.
18
19 DATE: 3-11-2026
20
21 ATTORNEY IN PRO-SE: Michael Luckert
22
23
24
25
26
27
28

(ATTACHMENT.1)

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL LANDON LUCKERT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> O. SMITH, AKA Devin Smith, Deputy Sheriff, #2275; et al., <br><br> Defendants - Appellees. | No. 25-8105 <br><br> D.C. No. 4:19-cv-08204-PJH <br> Northern District of California, Oakland <br><br> ORDER |

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

(1.) The notice of appeal was filed more than 30 days after the district court judgment entered on March 3, 2025 and the (2) post-judgment order entered on July 25, 2025. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Hollywood v. City of Santa Maria*, 886 F.2d 1228, 1231 (9th Cir. 1989) (no separate judgment required for order denying post-judgment motion, time to appeal begins to run from entry of order denying post-judgment motion). which that

date 15: 07-25-28.

This appeal is therefore dismissed.

**DISMISSED.**

**FEDERAL RULE OF APPELLATE PROCEDURE 3**

(c) Contents of the Notice of Appeal. (ATTACHMENT-2)

    (1) The notice of appeal must:

        (A) specify the party or parties taking the appeal by naming each one in the caption or body of the notice, but an attorney representing more than one party may describe those parties with such terms as "all plaintiffs," "the defendants," "the plaintiffs A, B, et al.," or "all defendants except X";

        (B) designate the judgment, order, or part thereof being appealed; and

        (C) name the court to which the appeal is taken.

    (2) <u>A pro se notice of appeal is considered filed on behalf of the signer and the signer's spouse and minor children</u> (if they are parties), unless the notice clearly indicates otherwise.

    (3) In a class action, whether or not the class has been certified, the notice of appeal is sufficient if it names one person qualified to bring the appeal as representative of the class.

    (4) An appeal must not be dismissed for informality of form or title of the notice of appeal, or for failure to name a party whose intent to appeal is otherwise clear from the notice.

    (5) Form 1 in the Appendix of Forms is a suggested form of a notice of appeal.

(d) Serving the Notice of Appeal.

    (1) The district clerk must serve notice of the filing of a notice of appeal by mailing a copy to each party's counsel of record—excluding the appellant's—or, if a party is proceeding pro se, to the party's last known address. ~~When a defendant in a criminal case appeals, the clerk must also serve a copy of the notice of appeal on the defendant, either by personal service or by mail addressed to the defendant.~~ The clerk must promptly send a copy of the notice of appeal and of the docket entries—and any later docket entries—to the clerk of the court of appeals named in the notice. The district clerk must note, on each copy, the date when the notice of appeal was filed.

PETITION FOR PANEL REHEARING      PAGE 7 OF 7

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 11. Certificate of Compliance for Petitions for Rehearing/Responses

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form11instructions.pdf*

**9th Cir. Case Number(s)** 25-8105

I am the attorney or self-represented party.

I certify that pursuant to Circuit Rule 40-1, the attached petition for panel rehearing/petition for rehearing en banc/response to petition is *(select one)*:

○ Prepared in a format, typeface, and type style that complies with Fed. R. App. P. 32(a)(4)-(6) and **contains the following number of words:** _____.
*(Petitions and responses must not exceed 4,200 words)*

**OR**

● In compliance with Fed. R. App. P. 32(a)(4)-(6) and does not exceed 15 pages.

**Signature** Michael Luckert   **Date** 3-11-2026
*(use "s/[typed name]" to sign electronically-filed documents)*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 25-8105

**Case Name:** MICHAEL LUCKERT VS SAN FRANCISCO POLICE DEPT., SMITH et. al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the PETITION FOR PANEL REHEARING, CERTIFICATE OF COMPLIANCE FOR PETITION FOR reHearing, with EXHIBIT 1 and 2, CHANGE OF ADDRESS
*(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** Michael Luckert   **Date:** 3-11-2026

| Name | Address | Date Served |
|---|---|---|
| 1. U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | 450 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102 | 3-11-2026 |
| 2. SAN FRANCISCO CITY ATTORNEY'S OFFICE | FOX PLAZA, 1390 MARKET STREET 6th FLOOR, SAN FRANCISCO, CA 94102 | 3-11-2026 |
| | | |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                                                    Rev. 12/01/2018